# EXHIBIT A

# **<u>FILED UNDER</u> <u>SEAL</u>**