1   Douglas E. Lumish (CA 183863)
    doug.lumish@lw.com
2   Matthew Rawlinson (CA 231890)
    matt.rawlinson@lw.com
3   Arman Zahoory (CA 306421)
    arman.zahoory@lw.com
4   LATHAM & WATKINS LLP
    140 Scott Drive
5   Menlo Park, California 94025
    Telephone: 650-328-4600
6   Facsimile: 650-463-2600

7   Jennifer Barry (CA 228066)
    jennifer.barry@lw.com
8   LATHAM & WATKINS LLP
    12670 High Bluff Drive
9   San Diego, CA 92130
    Telephone: 858-523-5400
10  Facsimile: 858-523-5450

11  Attorneys for
    Zoom Video Communications, Inc.
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16  ZOOM VIDEO COMMUNICATIONS, INC.          CASE NO. 3:21-cv-1727

17              Plaintiff,                    **PLAINTIFF ZOOM VIDEO
                                             COMMUNICATIONS, INC.'S
18       v.                                  CORPORATE DISCLOSURE
                                             STATEMENT**
    RINGCENTRAL, INC.
19
                Defendant.
20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Zoom Video Communications,

2  Inc. ("Zoom") certifies that it does not have a parent corporation and there are no publicly held

3  companies that own 10% or more of Zoom's stock.

4

5  Dated: March 11, 2021                    Respectfully submitted,

6                                           LATHAM & WATKINS LLP

7                                           By:   /s/  Douglas E. Lumish
                                                  Douglas E. Lumish
8                                                 Matthew Rawlinson
                                                  Jennifer Barry
9                                                 Arman Zahoory

10                                                Attorneys for Plaintiff Zoom Video
                                                  Communications, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1