Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
Matthew Rawlinson (CA 231890)
matt.rawlinson@lw.com
Arman Zahoory (CA 306421)
arman.zahoory@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

Jennifer Barry (CA 228066)
jennifer.barry@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450

*Attorneys for
Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RINGCENTRAL, INC., <br><br> Defendant. | CASE NO. 3:21-cv-1727 <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COMPLAINT AND EXHIBIT A** |

Pursuant to the Northern District of California Civil Local Rules 7-11 and 79-5(e), Plaintiff Zoom Video Communications, Inc. ("Zoom") files an administrative motion regarding sealing portions of Zoom's Complaint and Exhibit A to the Complaint, pending the submission of a declaration by Defendant RingCentral, Inc. ("RingCentral") providing justification as to whether those portions should be sealed.

The portions of the Complaint to be conditionally sealed reflect information that Zoom understands RingCentral considers sealable. Given that, consistent with Local Rule 79-5(e), Zoom files these references under seal and has done so in an abundance of caution. Specifically, Zoom moves to seal the following:

| **Document** | **Portions to be Sealed** |
| --- | --- |
| Complaint | 1:6-18; 1:20; 1:22-24; 1:28; 2:4; 2:6; 2:16; 2:18-19; 4:9-12; 4:23-28; 5:1-6; 5:8; 5:9; 5:11-17; 5:19; 5:21-28; 6:1; 6:3; 6:6-15; 6:17-18; 6:20; 6:22; 6:25-28; 7:4; 7:6; 7:9-11; 7:14; 7:27; 8:3; 8:12; 8:15; 8:17-18; 9:5-7; 9:9; 9:12-13; 9:15; 9:17-18; 10:17-25; 11:2; 11:4-5; 11:7-8; 11:11; 11:13-14; 12:1; 12:8-15; 12:18-24; 13:4-11; 13:15-16; 13:22-28; 14:17-18; 15:19-27; 16:1-2; 16:6; 16:9-11; 16:16-17. |
| Exhibit A | Entirety |

The present motion is accompanied by the attached Declaration of Arman Zahoory and the [Proposed] Order.

Dated: March 11, 2021                                   LATHAM & WATKINS LLP


                                                        By /s/ Douglas E. Lumish
                                                           Douglas E. Lumish
                                                           Matthew Rawlinson
                                                           Jennifer Barry
                                                           Arman Zahoory
                                                           of Latham & Watkins LLP

                                                        *Attorneys for Plaintiff*
                                                        *Zoom Video Communications, Inc.*