| | |
|---|---|
| 1 | Douglas E. Lumish (CA 183863) |
| | doug.lumish@lw.com |
| 2 | Matthew Rawlinson (CA 231890) |
| | matt.rawlinson@lw.com |
| 3 | Arman Zahoory (CA 306421) |
| | arman.zahoory@lw.com |
| 4 | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| 5 | Menlo Park, California 94025 |
| | Telephone: 650-328-4600 |
| 6 | Facsimile: 650-463-2600 |

Jennifer Barry (CA 228066)
jennifer.barry@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450

*Attorneys for*
*Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., | CASE NO. 3:21-cv-1727 |
| Plaintiff, | **DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COMPLAINT AND EXHIBIT A** |
| vs. | |
| RINGCENTRAL, INC., | |
| Defendant. | |

I, Arman Zahoory, state and declare as follows:

1. I am a member in good standing with the State Bar of California and an associate at the law firm Latham & Watkins LLP, counsel of record for Zoom Video Communications, Inc. ("Zoom") in the above-captioned action.

2. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify as to these facts under oath.

3. I submit this declaration in accordance with Civil Local Rule 7-11(a) and Civil Local Rule 79-5(e) in support of Zoom's Administrative Motion to Seal Portions of the Complaint.

4. The Complaint, as well as the attached Exhibit, contain information that Zoom believes RingCentral considers sealable. Accordingly, Plaintiff has filed the following conditionally under seal: portions of the Complaint[1], as well as the entirety of Exhibit A to the Complaint.

5. Pursuant to Local Rule 79-5(e), Defendant has 4 days to file a declaration justifying that these sections remain under seal.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of March, 2021 in Redwood City, California.

By: /s/ *Arman Zahoory*
Arman Zahoory

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Arman Zahoory.

By: /s/ *Douglas E. Lumish*
Douglas E. Lumish

---

[1] The relevant redacted portions of Zoom's Complaint are located at the following page and line numbers: 1:6-18; 1:20; 1:22-24; 1:28; 2:4; 2:6; 2:16; 2:18-19; 4:9-12; 4:23-28; 5:1-6; 5:8; 5:9; 5:11-17; 5:19; 5:21-28; 6:1; 6:3; 6:6-15; 6:17-18; 6:20; 6:22; 6:25-28; 7:4; 7:6; 7:9-11; 7:14; 7:27; 8:3; 8:12; 8:15; 8:17-18; 9:5-7; 9:9; 9:12-13; 9:15; 9:17-18; 10:17-25; 11:2; 11:4-5; 11:7-8; 11:11; 11:13-14; 12:1; 12:8-15; 12:18-24; 13:4-11; 13:15-16; 13:22-28; 14:17-18; 15:19-27; 16:1-2; 16:6; 16:9-11; 16:16-17.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

ZAHOORY DECL. ISO
ADMIN. MOT. TO SEAL