1 | Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
2 | Matthew Rawlinson (CA 231890)
matt.rawlinson@lw.com
3 | Arman Zahoory (CA 306421)
arman.zahoory@lw.com
4 | LATHAM & WATKINS LLP
140 Scott Drive
5 | Menlo Park, California 94025
Telephone: 650-328-4600
6 | Facsimile: 650-463-2600

7 | Jennifer Barry (CA 228066)
jennifer.barry@lw.com
8 | LATHAM & WATKINS LLP
12670 High Bluff Drive
9 | San Diego, CA 92130
Telephone: 858-523-5400
10 | Facsimile: 858-523-5450

11 | *Attorneys for*
*Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., | CASE NO. 3:21-cv-1727 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COMPLAINT AND EXHIBIT A** |
| vs. | |
| RINGCENTRAL, INC., | |
| Defendant. | |

Now before the Court is Plaintiff Zoom Video Communications, Inc.'s ("Zoom's") Administrative Motion to Seal Portions of the Complaint. The Motion seeks to seal portions of the Complaint, as well as Exhibit A to the Complaint, pending the submission of a declaration from Defendant RingCentral, Inc. pursuant to Civil Local Rule 79-5(e). Having considered the Motion, the supporting Declaration of Arman Zahoory, and Defendant's declaration in support, the Court finds that compelling reasons exist to seal. Thus, IT IS HEREBY ORDERED THAT the Motion is GRANTED as follows:

| **Document** | **Text to be Sealed** |
|---|---|
| Complaint | 1:6-18; 1:20; 1:22-24; 1:28; 2:4; 2:6; 2:16; 2:18-19; 4:9-12; 4:23-28; 5:1-6; 5:8; 5:9; 5:11-17; 5:19; 5:21-28; 6:1; 6:3; 6:6-15; 6:17-18; 6:20; 6:22; 6:25-28; 7:4; 7:6; 7:9-11; 7:14; 7:27; 8:3; 8:12; 8:15; 8:17-18; 9:5-7; 9:9; 9:12-13; 9:15; 9:17-18; 10:17-25; 11:2; 11:4-5; 11:7-8; 11:11; 11:13-14; 12:1; 12:8-15; 12:18-24; 13:4-11; 13:15-16; 13:22-28; 14:17-18; 15:19-27; 16:1-2; 16:6; 16:9-11; 16:16-17. |
| Exhibit A | Entirety |

**IT IS SO ORDERED.**

Dated: _____     _____
UNITED STATES DISTRICT JUDGE