1  Douglas E. Lumish (CA 183863)
   doug.lumish@lw.com
2  Matthew Rawlinson (CA 231890)
   matt.rawlinson@lw.com
3  Arman Zahoory (CA 306421)
   arman.zahoory@lw.com
4  LATHAM & WATKINS LLP
   140 Scott Drive
5  Menlo Park, California 94025
   Telephone: 650-328-4600
6  Facsimile: 650-463-2600

7  Jennifer Barry (CA 228066)
   jennifer.barry@lw.com
8  LATHAM & WATKINS LLP
   12670 High Bluff Drive
9  San Diego, CA 92130
   Telephone: 858-523-5400
10 Facsimile: 858-523-5450

11 *Attorneys for*
   *Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ZOOM VIDEO COMMUNICATIONS, INC. | CASE NO. 4:21-cv-01727-DMR |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| RINGCENTRAL, INC. | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years. My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.

On **March 12, 2021**, I served the following documents described as:

1. COMPLAINT (REDACTED)
2. COMPLAINT and EXHIBIT A (UNDER SEAL)
3. CIVIL COVER SHEET
4. PROPOSED SUMMONS
5. CORPORATE DISCLOSURE STATEMENT
6. PLAINTIFF ZOOM VIDEO COMMUNICATIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15
7. PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COMPLAINT AND EXHIBIT A
8. DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COMPLAINT AND EXHIBIT A
9. [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COMPLAINT AND EXHIBIT A
10. SUPPLEMENTARY MATERIAL PURSUANT TO L.R. 4-2

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

The above-described documents were transmitted via electronic mail to the following parties:

Clement Seth Roberts
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2660
croberts@orrick.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 15, 2021**, at Menlo Park, California.

*/s/ Douglas E. Lumish*