1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   ROBERT L. URIARTE (SBN 258274)
8  ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   MENLO PARK, CA 94021
10 Telephone: +1 650 614 7400
   Facsimile: +1 650 614 7401
11
   *Attorneys for Defendant*
12 *RingCentral, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., | Case No. 4:21-cv-01727-DMR |
| Plaintiff, | **RINGCENTRAL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS COUNTERCLAIMS AND PORTIONS OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| v. | |
| RINGCENTRAL, INC., | |
| Defendant. | |
| RINGCENTRAL, INC., | |
| Counterclaimant, | |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC. | |
| Counterdefendant. | |

Defendant-Counterclaimant RingCentral, Inc. ("RingCentral") hereby moves to file under seal its Counterclaims and portions of its Motion for a Temporary Restraining Order pursuant to Northern District of California Civil Local Rules 7-11 and 79-5.  The present motion is accompanied and supported by the attached Declaration of Tiffany Wan, the Declaration of Nathan Shaffer, and a Proposed Order.

## I.  INFORMATION DESIGNATED BY ZOOM

Pursuant to Local Rule 79-5(e), RingCentral seeks to seal Exhibit 1 to the Makagon Declaration in support of its Motion for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, which is the Zoom – RingCentral Strategic Alliance Agreement ("SAA") attached as Exhibit A to Zoom's Complaint (ECF No. 1).  Zoom initially filed the SAA under seal solely because "Zoom understands RingCentral considers" the SAA "sealable," and Zoom did not assert its own confidentiality interest as a basis to seal the SAA.  ECF No. 5 (Zoom Admin. Mot.) at 2 (seeking a sealing order pursuant to L.R. 79-5(e) based on RingCentral's confidentiality interest).  Subsequently, Zoom, via an email from counsel, asserted a confidentiality interest in the SAA that requires sealing the document.  Shaffer Decl. Ex. A. Accordingly, RingCentral seeks to file the SAA entirely under seal and portions of its filings that quote from that document under seal pending submission of a declaration from Zoom within four days providing justification as to whether those portions should be sealed pursuant to L.R. 79-5(e)(1).[1]

Accordingly, RingCentral requests an order authorizing the filing for the following materials under seal based on Zoom's asserted confidentiality interest:

| Document | Text to be Sealed |
|---|---|
| Makagon Declaration | The highlighted text in ¶¶ 4–9, 11–14, and 19–21. |
| Exhibit 1 to Makagon Declaration ("SAA") | The entire document. |

---

[1] Presumably, Zoom will also seek to amend or supplement its motion to seal, ECF No. 5, to likewise reflect its asserted confidentiality interest with respect to its Complaint and the copy of the SAA attached thereto as Exhibit A.

| Document | Text to be Sealed |
|---|---|
| Exhibit 3 to the Marlow Declaration | The highlighted text. |
| Exhibit 4 to the Marlow Declaration | The highlighted text. |
| Exhibit 5 to the Marlow Declaration | The highlighted text. |
| Exhibit 6 to the Marlow Declaration | The highlighted text. |
| Exhibit 7 to the Marlow Declaration | The highlighted text. |
| Exhibit 8 to the Marlow Declaration | The highlighted text. |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 7 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 8 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 10 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 11 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 12 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 13 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 14 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 16 |

| Document | Text to be Sealed |
|---|---|
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 17 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 19 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 20 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 21 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 27 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 30 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 41 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶¶ 46–48 |
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof | The highlighted text at page 1, lines 10, 19–22; page 2, lines 10, 12–15, 19, 21–23; page 3 lines 1–4, 8–9, 16–19, 21–28; page 4, lines 1–22, 24–25; 5, page 5, lines 2–4, 14–16, 20, 23, 25; page 6, line 19; page 7, lines 14, 19–20; page 8, lines 10–28; page 9, lines 1–8, 12–13, 15–17, 20–25; page 10, lines 1–7, 9–11, 17–25; page 11, lines 6, 9, 10, 18–19, 21–26; page 12, lines 1–7, 9–17, 19–20, 25, note 4; page 13, lines 2–3, 6, 10–16, 19–28; page 14, lines 1–4, 11; page 15, lines 17–18. |

## II. INFORMATION RINGCENTRAL SEEKS TO FILE UNDER SEAL

RingCentral moves for a limited, narrow sealing order to file under seal specifically redacted portions of the following documents reflecting confidential business information, including confidential licensing deal terms and pricing information:

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
| --- | --- | --- |
| Makagon Declaration | The last date in ¶ 11 at page 4, line 28–page 5, line 1. | The text reflects confidential deal terms. |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 10 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 13 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 20 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 21 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 22 | The text reflects confidential licensing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 31 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 32 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 33 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 34 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 37 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 38 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 39 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 40 | The text reflects confidential pricing information |

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 41 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 48 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 49 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 60 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 61 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 63 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 64 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 65 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 66 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 67 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 68 | The text reflects confidential pricing information and a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 69 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 76 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 77 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 78 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 79 | The text reflects confidential pricing information |

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 81 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 85 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 86 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 87 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 88 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 96 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 97 | The text reflects confidential pricing information |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 8 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 12 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 16 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 17 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 27 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 30 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 41 | The text reflects confidential deal terms |

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 46. | The text reflects confidential deal terms |
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof | The highlighted text at page 1, lines 11, 21; page 2, line 19; page 3, lines 23–29; page 4, lines 1–5, 10; page 5, lines 2–3; page 6, line 19; page 9, line 5; page 10, lines 3–6; page 11, lines 10, 18–19. | The text reflects confidential deal terms. |

Courts routinely recognize that commercially sensitive pricing, deal terms, and revenue information satisfies the "compelling reasons" standard for filing information under seal. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1181 (9th Cir. 2006) (setting standard); *Pace Anti-Piracy, Inc. v. Inside Secure*, No. 17-cv-06744-BLF, 2018 WL 10517182, at *2 (N.D. Cal. Jan. 8, 2018) (finding that confidential licensing terms meet the "compelling reasons" standard); *DiscoverOrg Data, LLC v. Bitnine Global, Inc.*, No. 19-CV-08098-LHK, 2020 WL 8669859, at *3 (N.D. Cal. Nov. 6, 2020) ("Compelling reasons to seal may exist if sealing is required to prevent documents from being used as sources of business information that might harm a litigant's competitive standing." (internal quotation marks omitted)); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-CV-00220-LHK, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (granting request to seal "information that, if published, may harm … competitive standing").

As set forth in the Declaration of Tiffany Wan, the limited information RingCentral seeks to seal is sensitive information that RingCentral maintains in confidence. The information includes confidential and competitively sensitive deal terms, revenue data, and pricing information. If such information were available to RingCentral's competitors, they could use the information to their unfair advantage, including by undercutting RingCentral's pricing and anticipating RingCentral's competitive deal terms. *Id.* ¶¶ 4–5. Similarly, RingCentral's partners and customers could leverage the information RingCentral seeks to file under seal against

1  RingCentral in negotiations and harm RingCentral. *See Johnstech Int'l Corp. v. JF*
2  *Microtechnology SDN BHD*, No. 14-cv-02864-JD, 2016 WL 4091388, at *1 (N.D. Cal. Aug. 2,
3  2016) (sealing information that gives an "unfair advantage" to competitors); *see also In re Elec.*
4  *Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) ("affirming order sealing "pricing terms, royalty
5  rates, and guaranteed minimum payment terms"). RingCentral's request is also narrowly tailored
6  to encompass only sensitive and recent confidential competitive business information through
7  specific redactions. *See Kamakana*, 447 F.3d at 1183 ("[Specific] redactions have the virtue of
8  being limited and clear, identifying specific names or references to be kept secret.").

Accordingly, RingCentral respectfully requests that the Court permit RingCentral to file the limited information identified above under seal and to file appropriately redacted versions of the under-seal documents on the public record.

Dated:   March 15, 2021

CLEMENT SETH ROBERTS
KAREN G. JOHNSON-MCKEWAN
NATHAN SHAFFER
Orrick, Herrington & Sutcliffe LLP

By:   */s/ Clement Seth Roberts*
CLEMENT SETH ROBERTS
Attorneys for Defendant
RingCentral, Inc.