1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
7
   ROBERT L. URIARTE (SBN 258274)
8  ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   MENLO PARK, CA 94021
10 Telephone: +1 650 614 7400
   Facsimile: +1 650 614 7401
11
   *Attorneys for Defendant*
12 *RingCentral, Inc.*

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | ZOOM VIDEO COMMUNICATIONS, INC., | Case No. 21-cv-01727-DMR

17 |     Plaintiff, | **[PROPOSED] ORDER GRANTING RINGCENTRAL, INC.'S**

18 |     v. | **ADMINISTRATIVE MOTION TO SEAL**

19 | RINGCENTRAL, INC.,

20 |     Defendant.

21

22 | RINGCENTRAL, INC.,

23 |     Counterclaimant,

24 |     v.

25 | ZOOM VIDEO COMMUNICATIONS, INC.

26 |     Counterdefendant.

27

28

Before the Court is Defendant-Counterclaimant RingCentral Inc.'s Administrative Motion To File Under Seal Its Portions of its Counterclaims and Motion for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction. Having considered the Motion and the Declaration of Tiffany Wan in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to Seal is **GRANTED.**

**IT IS HEREBY ORDERED** that RingCentral may file the following materials in which Zoom asserts a confidentiality interest under seal pursuant to Local Rule 79-5(e):

| Document | Text to be Sealed |
|---|---|
| Makagon Declaration | The highlighted text in ¶¶ 4–9, 11–14, and 19–21. |
| Exhibit 1 to Makagon Declaration ("SAA") | The entire document. |
| Exhibit 3 to the Marlow Declaration | The highlighted text. |
| Exhibit 4 to the Marlow Declaration | The highlighted text. |
| Exhibit 5 to the Marlow Declaration | The highlighted text. |
| Exhibit 6 to the Marlow Declaration | The highlighted text. |
| Exhibit 7 to the Marlow Declaration | The highlighted text. |
| Exhibit 8 to the Marlow Declaration | The highlighted text. |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 7 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 8 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 10 |

| Document | Text to be Sealed |
|---|---|
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 11 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 12 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 13 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 14 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 16 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 17 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 19 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 20 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 21 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 27 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 30 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 41 |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶¶ 46–48 |

| Document | Text to be Sealed |
|---|---|
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof | The highlighted text at page 1, lines 10, 19–22; page 2, lines 10, 12–15, 19, 21–23; page 3 lines 1–4, 8–9, 16–19, 21–28; page 4, lines 1–22, 24–25; 5, page 5, lines 2–4, 14–16, 20, 23, 25; page 6, line 19; page 7, lines 14, 19–20; page 8, lines 10–28; page 9, lines 1–8, 12–13, 15–17, 20–25; page 10, lines 1–7, 9–11, 17–25; page 11, lines 6, 9, 10, 18–19, 21–26; page 12, lines 1–7, 9–17, 19–20, 25, note 4; page 13, lines 2–3, 6, 10–16, 19–28; page 14, lines 1–4, 11; page 15, lines 17–18. |

**IT IS FURTHER ORDERED** that the following materials should be sealed and that RingCentral may file the following materials designated as confidential by RingCentral under seal:

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Makagon Declaration | The last date in ¶ 11 at page 4, line 28–page 5, line 1. | The text reflects confidential deal terms. |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 10 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 13 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 20 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 21 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 22 | The text reflects confidential licensing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 31 | The text reflects a confidential deal term |

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 32 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 33 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 34 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 37 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 38 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 39 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 40 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 41 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 48 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 49 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 60 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 61 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 63 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 64 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 65 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 66 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 67 | The text reflects confidential pricing information |

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 68 | The text reflects confidential pricing information and a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 69 | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 76 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 77 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 78 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 79 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 81 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 85 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 86 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 87 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 88 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 96 | The text reflects confidential pricing information |
| Exhibit 1 to Makagon Declaration ("SAA") | The highlighted text on page 97 | The text reflects confidential pricing information |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 8 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 12 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 16 | The text reflects confidential deal terms |

| Document | Text to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 17 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 27 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 30 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 41 | The text reflects confidential deal terms |
| RingCentral's Counterclaims Against Zoom Video Communications, Inc. | The highlighted text in ¶ 46. | The text reflects confidential deal terms |
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof | The highlighted text at page 1, lines 11, 21; page 2, line 19; page 3, lines 23–29; page 4, lines 1–5, 10; page 5, lines 2–3; page 6, line 19; page 9, line 5; page 10, lines 3–6; page 11, lines 10, 18–19. | The text reflects confidential deal terms. |

**IT IS SO ORDERED.**

DATED:

_____
HON. DONNA RYU
United States Magistrate Judge

4132-7690-9100