1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:   +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   ROBERT L. URIARTE (SBN 258274)
8  ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   MENLO PARK, CA 94021
10 Telephone:  +1 650 614 7400
   Facsimile:  +1 650 614 7401
11
   *Attorneys for Defendant*
12 *RingCentral, Inc.*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  ZOOM VIDEO COMMUNICATIONS, INC.,      Case No. 4:21-cv-01727-DMR

17          Plaintiff,                    **DECLARATION OF NATHAN SHAFFER RE: RINGCENTRAL'S MOTION TO SEAL**

18          v.

19  RINGCENTRAL, INC.,

20          Defendant.

21

22  RINGCENTRAL, INC.,

23          Counterclaimant,

24          v.

25  ZOOM VIDEO COMMUNICATIONS, INC.

26          Counterdefendant.

27

28

1    I, Nathan Shaffer, declare and state as follows:

2    1.   I am a member of the State Bar of California and a senior associate at Orrick, Herrington & Sutcliffe LLP.  I represent RingCentral, Inc. ("RingCentral") with respect to RingCentral's lawsuit against Zoom Video Communications, Inc. ("Zoom").  The statements in this declaration are based on my personal knowledge.  If called to testify as a witness, I could and would competently do so under oath.

3.   Exhibit A is a true and correct copy of the relevant excerpts of an email received from Zoom's counsel on March 15, 2021.

I declare under penalty of perjury under the laws of the State of California and the United States of America that all statements made herein are true and correct to the best of my knowledge.

Executed this 15th day of March, 2021, at Oakland, California.

_____
NATHAN SHAFFER