1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     +1 415 773 5700
   Facsimile:     +1 415 773 5759
7
   ROBERT L. URIARTE (SBN 258274)
8  ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, CA 94021
10 Telephone: +1 650 614 7400
   Facsimile: +1 650 614 7401
11
   *Attorneys for Defendant*
12 *RingCentral, Inc.*

13                   UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 | ZOOM VIDEO COMMUNICATIONS, INC., | Case No. 4:21-cv-01727-DMR |
17 | Plaintiff, | **DECLARATION OF KIRA MAKAGON RE: RINGCENTRAL'S MOTION FOR *EX PARTE* TRO** |
18 | v. | |
19 | RINGCENTRAL, INC., | **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |
20 | Defendant. | |
21 | | |
22 | RINGCENTRAL, INC., | Proposed Date: March 17, 2021 Proposed Time:   10:00 a.m. |
23 | Counterclaimant,. | |
24 | v. | |
25 | ZOOM VIDEO COMMUNICATIONS, INC. | |
26 | Counterdefendant. | |

27

28

I, Kira Makagon, declare as follows:

1. I am an Executive Vice President and the Chief Innovation Officer at RingCentral, Inc. I state the following facts based on my personal knowledge, except as to facts stated on information and belief, which I believe to be true. I could and would testify to the facts in this declaration if called to do so.

2. I joined RingCentral in the summer of 2012 as the Executive Vice President of Innovation. Over the course of my career at RingCentral, I have led RingCentral's global product, user experience, engineering, and operations functions. In my current role as RingCentral's Chief Innovation Officer, I am responsible for helping to define RingCentral's global product strategy and leading RingCentral's Corporate Ventures division. I hold a bachelor's degree in computer science from the University of California, Berkeley, and an MBA from the Haas School of Business at UC Berkeley.

3. Founded in 1999, RingCentral is headquartered in Belmont, California, and employs more than 3,000 employees. RingCentral is a leading provider of enterprise cloud communications, collaboration, and contact center solutions. RingCentral provides unified voice, video meetings, team messaging, digital customer engagement, and integrated contact center solutions for enterprises of all sizes.

4. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███ I have worked with Zoom and RingCentral personnel to ensure that products are integrated and function properly, and I have helped manage the parties' relationship by resolving periodic technical issues and disagreements over the parties' respective contractual duties.

5. At the time Zoom and RingCentral negotiated the SAA, RingCentral was a leader

1  in unified Communications as a Service (uCaaS),[1] but it did not yet have its own video
2  communications solution.  Zoom, on the other hand, had a well-developed video conferencing
3  solution but no real business telephony capabilities. ▇
4  ▇
5  ▇
6  ▇
7  RingCentral continues to drive revenue to Zoom as it signs up new customers. ▇
8  ▇
9  ▇
10 ▇
11 ▇
12 ▇

13    6.   RingCentral devotes substantial resources to integrating Zoom's technology with
14 RingCentral's. ▇
15 ▇
16 ▇

17    7.   ▇
18 ▇
19 ▇
20 ▇
21 ▇
22 ▇

23    8.   ▇
24 ▇
25 ▇

---

[1] uCaaS refers to a cloud-delivered unified communications model that supports six communications functions: (1) Enterprise telephony; (2) Meetings; (3) Unified messaging; (4) Instant messaging; (5) Mobility; and (6) Communications-enabled business processes.

1 ▮

2 ▮

3 ▮

4 ▮

5 ▮

6 ▮

7   9.     In 2019, tensions began to arise between the parties as Zoom started trying to

8 compete with RingCentral in the uCaaS telephony space. ▮

9 ▮

10 ▮ At some point in 2019,

11 Zoom began telling customers that the parties' strategic relationship had ended. ▮

12 ▮

13 ▮ Zoom then used feature gaps

14 created by its delays to try and win business away from RingCentral.  Later, in or about early

15 2020, Zoom removed required RingCentral branding from the Zoom SDK embedded in

16 RingCentral applications. ▮

17 ▮ Eventually, Zoom restored RingCentral's branding into RingCentral's

18 version of the Zoom SDK, and for a time, Zoom represented to RingCentral that it would honor

19 its contractual commitments in good faith.  But Zoom's actions were not always consistent with

20 its statements.

21   10.    Tensions continued to escalate after RingCentral's announced RCV in April 2020.

22 When multiple Zoom security and privacy flaws came to light around that same time, Zoom was

23 slow to provide RingCentral with information related to those issues and was even slower to

24 provide RingCentral with code updates to remedy certain Zoom security flaws.

25   11.    ▮

26 ▮

27 ▮

28 ▮

- 4 -  MAKAGON DECL. RE: RINGCENTRAL'S
MOTION FOR TRO
4:21-cv-01727-DMR

1

2      12.     RingCentral began offering RCV to select customers in April 2020, and in early

3   2021, RingCentral began to transition some customers' video communications service from

4   Zoom to RCV.

5

6

7

8

9

10

11

12

13      13.

14

15

16

17

18

19

20

21      14.

22

23

24                                                              This statement from Zoom

25   prompted a panicked call from the customer to their RingCentral Customer Service Manager,

26   during which the customer expressed its fears about disruption of video conferencing services that

27   are critical to the customer's business.  Further investigation revealed that other RingCentral sales

28   specialists were hearing similar reports from other customers.

MAKAGON DECL. RE: RINGCENTRAL'S
MOTION FOR TRO
4:21-CV-01727-DMR

|   |   |
|---|---|
| 1 | ████████████████████████████████████████████████████████████ |
| 2 | ████████████████████████████████████████████████████████████ |
| 3 | ████████████████████████████████████████████████████████████ |

██████████████████████████████████████. RingCentral's customers have been upset by Zoom's statements and threatened actions, and RingCentral's relationships with these customers have been harmed.

19. It is my belief that Zoom's conduct threatens to cause RingCentral loss of goodwill and business. Customer deals and contract extensions that RingCentral is currently working to close have been in process for months, and RingCentral will face great reputational harm and loss of trust if it is unable to make good on the commitments contemplated for such deals. ████████████████████████████████████████████████████

20. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ I am informed and believe that Zoom understands these facts because of the nature of the parties' competitive efforts over the last few years.

21. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Zoom's position makes no sense to me. ████████████████████████████████████████████████████████████████████████████████████████████████ RingCentral has never sold the Zoom APIs or SDKs as stand-alone software.

22. A true and correct copy of the SAA is attached to the Index of Evidence as **Exhibit 1**.

- 6 -

MAKAGON DECL. RE: RINGCENTRAL'S
MOTION FOR TRO
4:21-cv-01727-DMR

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct to the best of my knowledge.  Executed this 15th day of March, 2021
3    at Hillsborough, California.

*Kira Makagon*
_____
Kira Makagon