# EXHIBIT 1

ENTIRE DOCUMENT SOUGHT TO BE SEALED