# EXHIBIT 3

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



April 8, 2020

*Via E-Mail*

Aparna Bawa
General Counsel
Zoom Video Communications
Aparna.bawa@zoom.us

Eric Yuan
CEO
Zoom Video Communications
eric.yuan@zoom.us

**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700
**orrick.com**

**Clement Seth Roberts**

E  croberts@orrick.com
D  +1 415 773 5484
F  +1 415 773 5759

Re:   Zoom Security Issues, Notice of Breach, and Invocation of Audit Rights

Dear Ms. Bawa & Mr. Yuan:

I write to follow up on John Marlow's letter of April 5, 2020, to which we have received no response.  Mr. Marlow followed up on that letter with a phone call yesterday to underscore the seriousness and importance of a prompt response but – despite your assurances that a response would be forthcoming today – RingCentral has not received any of the information it requested, *and to which it is entitled*.

Given Zoom's willful refusal to comply with its contractual obligations, RingCentral must act swiftly to protect itself and its customers. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████



Aparna Bawa
Eric Yuan
April 8, 2020
Page 2

on-site inspection of Your processing of RingCentral Data and the security ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

RingCentral demands an **immediate call between the parties' security teams** during which Zoom will fully apprise RingCentral of any known security or privacy issues, and commit to providing both (a) up to date information on all known privacy and security issues; and (b) all security patches and fixes *as soon* as they become available.

During this initial call, we will also discuss a schedule for RingCentral to visit Zoom to ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This letter is not intended to be a full exposition of RingCentral's rights, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or of RingCentral's potential claims against Zoom. Rather, this letter is an attempt to immediately obtain the information and commitments from Zoom necessary to abate ongoing irreparable harm to RingCentral. RingCentral favors an efficient, cooperative, and amicable approach to resolving the issues discussed above, but time is of the essence, and if you continue to ignore the urgent security issues Zoom has created and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we will have no choice but to seek expedited relief from the courts.

Very truly yours,

*[signature]*

Clement Seth Roberts

4148-7203-6131