# EXHIBIT 4

REDACTED VERSION OF DOCUMENT SOUGHT TO
BE SEALED

zoom

July 27, 2020

John Marlow
General Counsel
RingCentral, Inc.
Attn: Legal
1400 Fashion Island Boulevard
Seventh Floor
San Mateo, California 94404
legal@ringcentral.com

**RE:** ███████████████████████████████████████

Dear Mr. Marlow:

This letter constitutes formal notice pursuant to ████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████   ████████████████.

This letter does not constitute a waiver of any of Zoom's rights, all of which it continues to reserve.

Best regards,

Aparna Bawa
Chief Operating Officer and Interim Chief Legal Officer

cc:  Ryan Azus