# EXHIBIT 5

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Aparna Bawa
Zoom Video Communications, Inc.
Attn: CEO
4633 Old Ironsides Drive #478
Santa Clara, CA 94404

July 29, 2020

Dear Ms. Bawa:

Thank you for your letter of July 27, 2020 informing RingCentral of Zoom's intent not to renew the parties' Strategic Alliance Agreement ("SAA"). ███████████████████████████████████████████████████████████████████████

We appreciate the spirit of candor and cooperation the parties have exhibited towards each other over the several years of the partnership, and it is in that spirit that I write to document RingCentral's expectations for the balance of the parties' contractual relationship.

First, as mutually agreed in our recent agreement dated July 22, RingCentral expects that, ███████████████████████████████████████████████████████████████████████████████████████.

Second, RingCentral expects that, ████████████████████████████████████████████████████████████████████████████████████████████████████████.

Last, ████████████████████████████████████████████████████████████.  ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

This letter does not constitute a waiver of any of RingCentral's rights, all of which it continues to reserve.

Thank you in advance for your cooperation.

Sincerely,

John Marlow
Chief Administrative Officer
General Counsel