1 | CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
2 | KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
3 | NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
5 | 405 Howard Street
San Francisco, CA  94105-2669
6 | Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759
7
ROBERT L. URIARTE (SBN 258274)
8 | ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
9 | 1000 Marsh Road
MENLO PARK, CA 94021
10 | Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401
11
*Attorneys for Defendant*
12 | *RingCentral, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RINGCENTRAL, INC.,<br><br>Defendant. | Case No. 4:21-cv-01727-DMR<br><br>**DECLARATION OF JOHN MARLOW RE: RINGCENTRAL'S MOTION FOR *EX PARTE* TRO** |
| RINGCENTRAL, INC.,<br><br>Counterclaimant,.<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.<br><br>Counterdefendant. | Date:     March 17, 2021<br>Time:     10:00 a.m. |

I, John Marlow, declare as follows:

1. I am the General Counsel and Chief Administrative Officer at RingCentral, Inc. I state the following facts based on my personal knowledge, except as to facts stated on information and belief, which I believe to be true. I could and would testify to the facts in this declaration if called to do so.

2. Attached to the Index of Evidence as **Exhibit 2** is a true and correct copy of a letter I sent to Zoom on April 5, 2020 regarding Zoom security and privacy issues.

3. Attached to the Index of Evidence as **Exhibit 3** is a true and correct copy of a follow up letter to my letter of April 5, 2020, sent to Zoom by RingCentral's counsel on April 8, 2020.

4. Attached to the Index of Evidence as **Exhibit 4** is a true and correct copy of Zoom's Notice of Non-Renewal of Strategic Alliance Agreement, which I received on July 27, 2020.

5. Attached to the Index of Evidence as **Exhibit 5** is a true and correct copy of a letter I sent to Zoom on July 29, 2020 invoking RingCentral's right to defer termination of the SAA to July 31, 2022.

6. Attached to the Index of Evidence as **Exhibit 6** is a letter I sent to Zoom on December 21, 2020.

7. Attached to the Index of Evidence as **Exhibit 7** is a letter I received from Zoom on February 24, 2021.

8. Attached to the Index of Evidence as **Exhibit 8** is a letter I sent to Zoom on February 26, 2021.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of March, 2021 at San Francisco, CA.

_____
John Marlow