CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
MENLO PARK, CA 94021
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Defendant*
*RingCentral, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RINGCENTRAL, INC., <br><br> Defendant. <br><br> RINGCENTRAL, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC. <br><br> Counterdefendant. | Case No. 4:21-cv-01727-DMR <br><br> **DECLARATION OF CLEMENT ROBERTS RE: RINGCENTRAL'S MOTION FOR *EX PARTE* TRO** |

I, Clement Roberts, declare and state as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel of record for RingCentral in this action. I am a member of the State Bar of California admitted to practice before this Court. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would competently do so under oath.

3. Attached to the Index of Evidence as **Exhibit 9** is a true and correct copy of an email chain between myself and Doug Lumish, counsel for Zoom.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed this 15th day of March, 2021, at Belvedere, California.

*/s/ Clement Seth Roberts*
CLEMENT SETH ROBERTS