1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   ROBERT L. URIARTE (SBN 258274)
8  ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   MENLO PARK, CA 94021
10 Telephone:  +1 650 614 7400
   Facsimile:  +1 650 614 7401
11
12 *Attorneys for Defendant*
   *RingCentral, Inc.*
13
                        UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16 ZOOM VIDEO COMMUNICATIONS, INC.,          Case No. 4:21-cv-01727-DMR

17              Plaintiff,                    **INDEX OF EVIDENCE IN SUPPORT OF**
                                             **TEMPORARY RESTRAINING ORDER**
18       v.

19 RINGCENTRAL, INC.,

20              Defendant.

21 RINGCENTRAL, INC.,
                                             Date:      March 17, 2021
22              Counterclaimant,             Time:      10:00 a.m.

23       v.

24 ZOOM VIDEO COMMUNICATIONS, INC.

25              Counterdefendant.

26

27

28

**Exhibit 1**   Makagon Declaration – (SAA) RingCentral/Zoom Strategic Alliance Agreement + 10 Amendments thereto.

**Exhibit 2**   Marlow Declaration – 2020.04.05 Letter from Marlow to Bawa re Security Issues

**Exhibit 3**   Marlow Declaration 2020.04.08 Letter from Roberts to Bawa & Yuan re April 5, 2020 Letter

**Exhibit 4**   Marlow Declaration – Letter from Bawa to Marlow re Non-Renewal

**Exhibit 5**   Marlow Declaration – 2020.07.29 Letter from Marlow to Bawa

**Exhibit 6**   Marlow Declaration – 2020.12.21 Letter from Marlow re RingCentral's Rights

**Exhibit 7**   Marlow Declaration – 2021.02.24 Letter from True to Marlow re SAA

**Exhibit 8**   Marlow Declaration – 2021.02.26 Letter from Marlow to True re SAA

**Exhibit 9**   Roberts Declaration –March 2021 Email Communications between Roberts and Lumish

INDEX OF EVIDENCE IN SUPPORT OF
TEMPORARY RESTRAINING ORDER
4:21-cv-01727-DMR