# EXHIBIT 2



April 5, 2020

**VIA EMAIL**

Aparna Bawa
General Counsel
Zoom Video Communications
Aparna.bawa@zoom.us

Dear Ms. Bawa:

RingCentral has become aware of various media reports, two class action lawsuits and an investigation by the New York State Attorney General, regarding alleged privacy and security issues associated with the Zoom's applications, products, and services.  We are also aware of multiple Zoom blog posts discussing several of the recently publicized privacy and security issues and Zoom's responses. Nonetheless, we are getting conflicting information and need accurate, up-to-date information to determine how these issues (and any other privacy and security issues you may be aware of) affect RingCentral Meetings (powered by Zoom) and impact RingCentral's customers and end users.  To that end, we have several specific requests.

***First***, please confirm that, going forward, Zoom will notify RingCentral in writing immediately upon becoming aware of any event that could reasonably constitute: (a) unauthorized access to, or disclosure or acquisition of, any RC End User[1] data; or (b) collection, use, or transfer of any RC End User data in violation of (i) Zoom's privacy policy,  (ii) RingCentral's privacy policy[2] (iii) the Zoom-RingCentral Strategic Alliance Agreement[3], (iv) the RingCentral Inc. Data Processing Addendum[4], or (v) any other applicable law or regulation (collectively, "Vulnerabilities").  Put simply, we cannot continue learning about Vulnerabilities from the press or from our customers. We need your assurance that we will be given information about the existence of Vulnerabilities in real time so that we can address them for our customers.

***Second***, please confirm that Zoom will provide RingCentral with all patches, remedial measures, and fixes Zoom has or develops for any Vulnerabilities in real time.  Again, we cannot be in the situation of getting fixes or patches *after* Zoom deploys them for its direct customers – as that lag will severely damage Ring Central's business and trust with its customers.

***Third***, in order to put us in the position to answer our customer's questions, we need you to describe, for each Vulnerability you have identified since January 1, 2020, (a) the nature of the Vulnerability, (b) the timeline of its discovery, investigation, and remediation, and (c) the nature of the remediation (with as much technical detail as you can provide).  We also need you immediately to deliver to RingCentral a patch, remedial measure, or other technical fix for the Vulnerability immediately if one is available and – if it isn't – provide us with regular updates as to your progress.  To that end, we would like to stand up a **daily call** (which we would like to

---

[1] "RC End User data" is any personal data of a RingCentral Customer or a user of any RingCentral product or service that Zoom may intentionally or unintentionally access, see, collect, use, share, store or process.
[2] Available at https://www.ringcentral.com/legal/last-update-October-15-2019/privacy-notice.html
[3] Dated October 8, 2013, as subsequently amended (the "SAA")
[4] Dated December 4, 2017 (the "DPA")



begin as early as tomorrow (Monday)) between our security teams until all of the identified Vulnerabilities have been resolved.

The foregoing items are the *minimum* informational and logistical items that Ring Central needs to protect the privacy and security of its customers in the near term.  We therefore need a response on these issues urgently and no later than **12:00 pm PT on Tuesday April 7, 2020**.

Please contact me at johnm@ringcentral.com or (650) 472-4071 if you have any questions or require any clarifications.

Sincerely,

John Marlow
General Counsel