# EXHIBIT 4

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**zoom**

July 27, 2020

John Marlow
General Counsel
RingCentral, Inc.
Attn: Legal
1400 Fashion Island Boulevard
Seventh Floor
San Mateo, California 94404
legal@ringcentral.com

**RE:** ██████████████████████████

Dear Mr. Marlow:

This letter constitutes formal notice pursuant to ██████████████████████████████████████████████████████████████████████████████████████████████████.

This letter does not constitute a waiver of any of Zoom's rights, all of which it continues to reserve.

Best regards,

*Aparna Bawa*
DocuSigned by:
A6C4947BAA0F447...

Aparna Bawa
Chief Operating Officer and Interim Chief Legal Officer

cc: Ryan Azus