# EXHIBIT 7

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



John Marlow
Chief Administrative Officer & General Counsel
RingCentral, Inc.
20 Davis Drive
Belmont, CA 94002
johnm@ringcentral.com

February 24, 2021

*Via Email*

        Re:     Strategic Alliance Agreement End of Life Period

Dear Mr. Marlow,

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████ See the screenshot below, taken today from https://www.ringcentral.com/office/plansandpricing_a.html.

Zoom Video Communications, Inc.
55 Almaden Blvd, Suite 600, San Jose, CA 95113
zoom.us | 1.888.799.9666





Likewise, Zoom's server data appears to show the creation of thousands of RingCentral Meetings accounts after January 31, 2021, including some enterprise accounts. In our conversations earlier this week, you also suggested that you believed that ███████████████████████████████████████████████████████████████████████████

We request that, by no later than close of business on February 26, 2021, RingCentral:

1. confirm that it has ceased all efforts to market the Zoom Service, including through reseller partners;
2. identify the number of new accounts RingCentral has created which incorporate the Zoom Service on or after February 1, 2021; and
3. provide proof that all such accounts have been terminated.

Zoom takes this matter seriously, reserves all of its rights, and is prepared to take appropriate measures to protect its rights and prevent the ongoing unlicensed sale of our Services.

To the extent it would be helpful to discuss these issues further I'm happy to discuss on a call.

Sincerely,

*[DocuSigned by: Jeff True, 42DB710137374B3...]*

Jeff True
General Counsel
Zoom Video Communications, Inc.

Zoom Video Communications, Inc.
55 Almaden Blvd, Suite 600, San Jose, CA 95113
zoom.us | 1.888.799.9666