CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
MENLO PARK, CA 94021
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Defendant
RingCentral, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RINGCENTRAL, INC.,<br><br>Defendant. | Case No. 4:21-cv-01727-DMR<br><br>**CERTIFICATE OF SERVICE** |
| RINGCENTRAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.<br><br>Counterdefendant. | |

1    I am employed in the County of San Mateo, State of California.  I am over the age of 18 years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.  On March 16, 2021, I served the following document(s):

**RINGCENTRAL'S ADMINISTRATIVE MOTION TO SEAL AND ATTACHMENTS THERETO**

on all interested parties to this action in the manner described as follows:

☒  **(VIA EMAIL)**  On March 16, 2021, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

**Service List**:

Lumish, Douglas (Doug.Lumish@lw.com);
Rawlinson, Matt (MATT.RAWLINSON@LW.com);
Zahoory, Arman (Arman.Zahoory@lw.com);
Hoesterey, Alice (Alice.Hoesterey@lw.com)

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on March 16, 2021, at Redwood City, California.

*/s/ Robert L. Uriarte*
Name

CERTIFICATE OF SERVICE
4:21-cv-01727-DMR