1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
7
   ROBERT L. URIARTE (SBN 258274)
8  ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   MENLO PARK, CA 94021
10 Telephone: +1 650 614 7400
   Facsimile: +1 650 614 7401
11
12 *Attorneys for Defendant and Counterclaimant,*
   *RingCentral, Inc.*
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | ZOOM VIDEO COMMUNICATIONS, INC., | Case No. 5:21-cv-01727-EJD |
|---|---|
17 | Plaintiff, | |
18 | v. | **NOTICE OF APPEARANCE OF COUNSEL** |
19 | RINGCENTRAL, INC., | |
20 | Defendant. | |
21 | | |
22 | RINGCENTRAL, INC., | |
23 | Counterclaimant, | |
24 | v. | |
25 | ZOOM VIDEO COMMUNICATIONS, INC. | |
26 | Counterdefendant. | |

27
28

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Nathan Shaffer of Orrick, Herrington & Sutcliffe LLP hereby appears on behalf of Defendant RingCentral, Inc. ("Defendant") in the above-captioned matter.

Defendant hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendant at the address and email set forth below:

>
> NATHAN SHAFFER
> nshaffer@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA  94105-2669
> Telephone:   +1 415 773 5700
> Facsimile:    +1 415 773 5759

Dated:  March 16, 2021

>
> CLEMENT SETH ROBERTS
> KAREN G. JOHNSON-MCKEWAN
> ROBERT L. URIARTE
> NATHAN SHAFFER
> ORRICK, HERRINGTON & SUTCLIFFE LLP
>
>
> By: */s/ Nathan Shaffer*
>     NATHAN SHAFFER
> Attorneys for Defendant and Counterclaimant,
>                 RingCentral, Inc.