```
1   CLEMENT SETH ROBERTS (SBN 209203)
    croberts@orrick.com
2   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
    kjohnson-mckewan@orrick.com
3   NATHAN SHAFFER (SBN 282015)
    nshaffer@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:   +1 415 773 5700
    Facsimile:   +1 415 773 5759
7
    ROBERT L. URIARTE (SBN 258274)
8   ruriarte@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
9   1000 Marsh Road
    MENLO PARK, CA 94021
10  Telephone: +1 650 614 7400
    Facsimile: +1 650 614 7401
11
12  Attorneys for Defendant and Counterclaimant,
    RingCentral, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RINGCENTRAL, INC., <br><br> Defendant. | Case No. 5:21-cv-01727-EJD <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |
| RINGCENTRAL, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC. <br><br> Counterdefendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Karen G. Johnson-McKewan of Orrick, Herrington & Sutcliffe LLP hereby appears on behalf of Defendant RingCentral, Inc. ("Defendant") in the above-captioned matter.

Defendant hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendant at the address and email set forth below:

>KAREN G. JOHNSON-MCKEWAN
>kjohnson-mckewan@orrick.com
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>The Orrick Building
>405 Howard Street
>San Francisco, CA  94105-2669
>Telephone:   +1 415 773 5700
>Facsimile:    +1 415 773 5759

Dated:  March 16, 2021

CLEMENT SETH ROBERTS
KAREN G. JOHNSON-MCKEWAN
ROBERT L. URIARTE
NATHAN SHAFFER
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Karen G. Johnson-McKewan*
KAREN G. JOHNSON-MCKEWAN
Attorneys for Defendant and Counterclaimant,
RingCentral, Inc.