| | |
|---|---|
| 1 | Douglas E. Lumish (CA 183863) |
|   | doug.lumish@lw.com |
| 2 | Matthew Rawlinson (CA 231890) |
|   | matt.rawlinson@lw.com |
| 3 | Arman Zahoory (CA 306421) |
|   | arman.zahoory@lw.com |
| 4 | LATHAM & WATKINS LLP |
|   | 140 Scott Drive |
| 5 | Menlo Park, California 94025 |
|   | Telephone: 650-328-4600 |
| 6 | Facsimile: 650-463-2600 |
| 7 | Jennifer Barry (CA 228066) |
|   | jennifer.barry@lw.com |
| 8 | LATHAM & WATKINS LLP |
|   | 12670 High Bluff Drive |
| 9 | San Diego, California 92130 |
|   | Telephone: 858-523-5400 |
| 10 | Facsimile: 858-523-5450 |

*Attorneys for*
*Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., | CASE NO. 5:21-cv-1727-EJD |
| Plaintiff, | **DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF ZOOM VIDEO COMMUNICATIONS, INC.'S OPPOSITION TO DEFENDANT'S REQUEST FOR PRELIMINARY INJUNCTION** |
| vs. | |
| RINGCENTRAL, INC., | Date: March 25, 2021 |
| Defendant. | Time: 9:00 a.m. |
|  | Judge: Hon. Edward Davila |
| RINGCENTRAL, INC., | |
| Counterclaimant, | |
| vs. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Counterdefendant. | |

I, Arman Zahoory, declare:

1. I am a member of the State Bar of California and a partner at Latham & Watkins LLP, counsel of record for Plaintiff Zoom Video Communications, Inc. ("Zoom") in the above-captioned matter. I submit this declaration in support of Zoom's Opposition to RingCentral, Inc.'s ("RingCentral") *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, filed March 16, 2021. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, I could and would do so competently.

2. I have reviewed communications and documents related to the relationship between Zoom and RingCentral.

3. Attached hereto as **Exhibit A** is a true and correct copy of the announcement sent by RingCentral to its partners on January 19, 2021, describing the transition to RingCentral Video.

4. Attached hereto as **Exhibit B** is a true and correct copy of the July 22, 2020 Agreement ("July Agreement") executed by Zoom and RingCentral.

5. Attached hereto as **Exhibit C** is a true and correct copy of the article "RingCentral Gets Temporary Court Approval to Keep Reselling Zoom Software," by Eric J. Savitz, published by Barron's on March 18, 2021, available at https://www.barrons.com/articles/ringcentral-gets-temporary-court-approval-to-keep-reselling-zoom-software-51616082414.

6. Attached hereto as **Exhibit D** is a true and correct copy of the RingCentral Support webpage, available at https://support.ringcentral.com/transition-to-rcv/user.html, as reflected on March 22, 2021.

7. Attached hereto as **Exhibit E** is a true and correct copy of the February 16, 2021 RingCentral earnings call for the fourth quarter of 2020, as received from S&P Global Market Intelligence.

8. Attached hereto as **Exhibit F** is a true and correct copy of the August 3, 2020 RingCentral earnings call for the second quarter of 2020, as received from S&P Global Market Intelligence.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this day of March 23, 2021, in Redwood City, California.

Dated: March 23, 2021                    By    */s/ Arman Zahoory*
                                                Arman Zahoory

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Arman Zahoory.

By: /s/ *Douglas E. Lumish*
    Douglas E. Lumish