# EXHIBIT C

Topics   Magazine   Data   Advisor   Penta

Search News & Quotes

Subscribe | Sign In

TECHNOLOGY

# RingCentral Gets Temporary Court Approval to Keep Reselling Zoom Software

By Eric J. Savitz    Updated March 18, 2021 12:38 pm ET / Original March 18, 2021 11:46 am ET      Order Reprints    Print Article

Text size


Dreamstime

RingCentral can at least temporarily continue to resell Zoom Video Communications ' conferencing software, according to a new ruling in the unfolding litigation between the two companies.

Zoom filed a trademark infringement case

Zoom Video Sues Former Ally RingCentral for Trademark Infringement
RingCentral said that it disagrees with Zoom's reading of their longstanding distribution agreement. It asserts that Zoom's actions seem to be "motivated by fear of RingCentral's success."
Continue reading

against RingCentral last week in the U.S. District Court for the Northern District of California. In the lawsuit, Zoom (ticker: ZM) notes that RingCentral (RNG) entered into a partnership with Zoom to resell its videoconferencing software in 2013. But last April, Ring announced plans

Zoom Is Getting New Competition, as RingCentral Jumps Into Video Chat
RingCentral has been licensing a version of Zoom's video chat. Now it's launching a product of its own.
Continue reading

to begin shifting customers using its broader communications suite to its own video platform, called RingCentral Video, and then introduced a free-standing version of its video software in Decembe

RingCentral Is Taking On Zoom and Slack With Just One App
The launch of RingCentral Glip, a video and chat app, marks an aggressive push into the videoconferencing business.
Continue reading

r, directly competing with Zoom's core business.

Zoom reports that in July 2020 it sent RingCentral six-month's written notice that it intended to terminate their strategic agreement on Jan. 31, 2021. Zoom says in the filing that "the license [Ring] previously had to market and resell Zoom's products, and the license it previously had to

BARRON'S NEWSLETTERS

## The Barron's Daily

A morning briefing on what you need to know in the day ahead, including exclusive commentary from Barron's and MarketWatch writers.

☐ I would also like to receive updates and special offers from Dow Jones and affiliates. I can unsubscribe at any time.

☐ I agree to the Privacy Policy and Cookie Policy.

SIGN UP

use Zoom's trademarks to market those products, immediately terminated" on that date.

Zoom added that Ring nonetheless "has continued unabated to market and resell Zoom's products to new customers after January 31, 2021, and to use Zoom's trademarks to aid that effort," despite "repeated requests from Zoom that it stop."

On Wednesday, the court issued a temporary restraining order that allows Ring to continue to resell Zoom's video services under the brand "RingCentral Meetings powered by Zoom."

"While the majority of our new customers are choosing RingCentral Video, we believe in giving customers choices," Ring said in a statement. "We will continue our laser-focused commitment to deliver an unmatched suite of products and services that will give people the freedom to work from anywhere."

The actual order issued by the judge is under seal. But in a filing with the court requesting the order, Ring asserted that it was still entitled to resell Zoom's software, until a date in the future that is redacted in the filing.

"By prematurely cutting off RingCentral customers from the Zoom service, Zoom is causing and will cause irreparable harm to RingCentral and its customer relationships," Ring said. "Among other things, absent an injunction, RingCentral will be unable to make good on commitments it has made to customers and resellers – commitments that Zoom is contractually obligated to help RingCentral fulfill. Moreover, harming RingCentral's customer relationships appears to be the entire point of Zoom's scheme: Zoom hopes to scare RingCentral's customers into abandoning RingCentral and contracting with Zoom directly."

In a statement, Zoom responded that "the court issued its temporary order before Zoom had an opportunity to respond and it remains in place only until the matter can be heard next Thursday. We remain confident in our position and look forward to making our case and resolving this issue through the court system."

William Blair analyst Bhavan Suri, who has an Outperform rating on RingCentral shares, wrote in a research note Thursday that he considered the latest ruling to be a positive for Ring. Suri, however, also finds that the risks to Ring from the lawsuit appear limited and that most of the company's distribution partnerships are focused on reselling RingCentral Video, and not the Zoom-based meetings product.

On Thursday, Zoom shares were off 2.8%, to $327.27, while Ring was down 1.9%, to $319.79.

Write to Eric J. Savitz at eric.savitz@barrons.com

MARKETS

# Dow Falls 200 Points to End Choppy Week