# EXHIBIT D

**For Users**For Admins

# User guide for transitioning from RingCentral Meetings to RingCentral Video

Your video meetings are about to get even better. We're updating your RingCentral Office plan at no additional cost with RingCentral Video from the older capability of RingCentral Meetings.

Once your account has been upgraded, you will have access to these great new features:

- Join meetings instantly from a browser with no download, sign in, or sign up required
- Switch back-and-forth between phone and computer during a live meeting
- Go from a phone call to a video meeting to a screen share with one click

This guide will help you prepare for this important transition and provide users the steps required to successfully complete the upgrade.

This preparation is important so that your scheduled video meetings are not lost in this transition and you are able to benefit from your new video meeting capabilities.

Feedback

## Key steps to complete before the planned upgrade to RingCentral Video

To successfully plan for the transition to RingCentral Video, please complete the steps provided below:

Note: You must have admin rights to your computer to complete these steps. If you don't, please reach out to your local IT for assistance.

### Before you upgrade to RingCentral Video

**1. Download cloud meeting recordings**

Ensure you save your recorded meetings you'd like to keep by logging into service.ringcentral.com and download the desired recordings.

**2. Before continuing to the next step, please make sure you have admin rights on your computer. If you do not have admin rights, please work with your IT team to complete the steps below.**

**3. Uninstall the RingCentral Meetings desktop and mobile app**





The standalone RingCentral Meetings app is being replaced by the unified RingCentral app, an all-in-one app with messaging, video meetings, and phone calling.

After your account is upgraded, you will **no longer be able to start, join, or host meetings** on the RingCentral Meetings app.

- How to uninstall RingCentral Meetings desktop app
- How to uninstall RingCentral Meetings mobile app



### 4. Download and install the new RingCentral app for desktop and mobile

The RingCentral app which is an all-in-one app with messaging, video meetings, and phone calling. To learn more, visit Intro to the RingCentral app. *This will also support both RingCentral Meetings and RingCentral Video until the upgrade takes effect.*

[Download for Mac]  [Download for PC]

- Send a download link to any phone



Installing the RingCentral app for Desktop



### 5. Add RingCentral Scheduler for Microsoft Outlook

If you are using Microsoft Outlook, the RingCentral Scheduler add-in offers the ability to include RingCentral Video meeting information quickly and directly in your Outlook meeting invite.

If your admin hasn't completed this for you, ensure to:

- Uninstall the RingCentral Video or Meetings Outlook add-in (if you have it)
- Uninstall the RingCentral Meetings Outlook plug-in (if you have it)
- Install RingCentral Scheduler Outlook add-in

[Get RingCentral Scheduler]



# After you upgrade to RingCentral Video
## Move your scheduled recurring meetings to RingCentral Video

You will need to update any recurring meetings with the new RingCentral Video dial-in phone numbers and meeting IDs. To learn more, visit Rescheduling a RingCentral Meetings invite to a RingCentral Video invite.

## Getting started with RingCentral Video

Once your RingCentral Office account has been upgraded to include RingCentral Video, log in to your account through the RingCentral app:

1. Launch the RingCentral app on your computer or mobile device **OR** Navigate to app.ringcentral.com
2. Click or tap the **Sign in** button.
3. Select your preferred sign-in method from the login page. Options include signing in using either the RingCentral sign-in form, Google, or Single Sign-on.
4. Navigate to **Video** via the left-hand navigation bar to begin using RingCentral Video.

To get the most out of the RingCentral app and RingCentral Video, visit these useful resources:

- Get started with RingCentral Office
- Intro to the RingCentral app
- Intro to RingCentral Video
- Starting a meeting
- Joining a meeting
- Scheduling a meeting
- Scheduling a RingCentral Video meeting via Outlook
- Personal Meeting ID in RingCentral Video
- Edit your profile in the RingCentral app
- Send a message
- Make a call
- Send a text message

Feedback

## Video Training



RingCentral Video: Joining Video Meetings



Switching Video Meetings Between Mobile and Desktop Apps





**RingCentral App: Using the Call to Video Feature**



**RingCentral Analytics for IT and System Admins**

# Frequently Asked Questions

**Why is my account being upgraded?**

RingCentral Video is an even better video meetings experience. The upgraded video service for you will include the ability to:

- **Join meetings with ease**: Join instantly from a browser—no download required for guest participants
- **Meet on the move**: Seamlessly switch a live meeting back and forth between mobile and desktop
- **Multitask like a pro**: Go from phone call to video meeting to screen share with just a click
- **Be more inclusive**: Add closed captions for users with a hearing impairment or joining from a noisy environment

**Why do I need to uninstall the RingCentral Meetings app and download the RingCentral app?**

The RingCentral app has everything you need to work from anywhere and stay connected: team messaging, video meetings, and phone all in one app.

**When will the transition to RingCentral Video happen?**

Your RingCentral Office account will transition to include RingCentral Video sometime during 2021. Your RingCentral account administrator will receive advanced notice with details.

**I have meetings already scheduled, what will happen?**

You will need to update any recurring meetings with new RingCentral Video dial-in phone numbers and meeting IDs.

**Once I transition to RingCentral Video, can I still use or keep RingCentral Meetings for meetings?**

No, once the transition is complete, you will use RingCentral Video for all of your video meeting needs. You will no longer be able to access RingCentral Meetings analytics or recordings, so please retain a copy for your records prior to your account's upgrade.

**Can users have both the RingCentral Meetings apps and RingCentral apps installed at the same time?**

Feedback



No. If you do not uninstall the RingCentral Meetings desktop and mobile app and install the RingCentral app, you will have trouble joining or hosting a RingCentral Meeting from a calendar invite link.

**Will my account settings remain the same?**

No. When you transition to RingCentral Video, your settings will also convert to RingCentral Video-specific meeting settings. Learn how to configure RingCentral Video settings.


System Status   Legal   Privacy Notice   Sitemap   Contact Us

© 1999-2021 RingCentral, Inc. All rights reserved.

Feedback

