1  Douglas E. Lumish (CA 183863)
   doug.lumish@lw.com
2  Matthew Rawlinson (CA 231890)
   matt.rawlinson@lw.com
3  Arman Zahoory (CA 306421)
   arman.zahoory@lw.com
4  LATHAM & WATKINS LLP
   140 Scott Drive
5  Menlo Park, California 94025
   Telephone: 650-328-4600
6  Facsimile: 650-463-2600

7  Jennifer Barry (CA 228066)
   jennifer.barry@lw.com
8  LATHAM & WATKINS LLP
   12670 High Bluff Drive
9  San Diego, CA 92130
   Telephone: 858-523-5400
10 Facsimile: 858-523-5450

11 *Attorneys for*
   *Zoom Video Communications, Inc.*
12

13
                     UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                           SAN JOSE DIVISION
16

17 | ZOOM VIDEO COMMUNICATIONS, INC., | CASE NO. 5:21-cv-1727-EJD |
|---|---|
18 | Plaintiff, | **ZOOM'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AND EXHIBIT B TO THE OPPOSITION TO DEFENDANT'S REQUEST FOR PRELIMINARY INJUNCTION** |
19 | vs. | |
20 | RINGCENTRAL, INC., | |
21 | Defendant. | |
22 | RINGCENTRAL, INC., | |
23 | Counterclaimant, | |
24 | vs. | |
25 | ZOOM VIDEO COMMUNICATIONS, INC., | |
26 | Counterdefendant. | |

Pursuant to the Northern District of California Civil Local Rules 7-11 and 79-5(e), Plaintiff and Counterdefendant Zoom Video Communications, Inc. ("Zoom") files an administrative motion regarding sealing portions of Zoom's Opposition to Defendant's Request for Preliminary Injunction, pending the submission of a declaration by Defendant and Counterclaimant RingCentral, Inc. ("RingCentral") providing justification as to whether those portions should be sealed.

The portions of Zoom's Opposition to Defendant's Request for Preliminary Injunction to be conditionally sealed reflect information that Zoom understands RingCentral considers sealable. Given that, consistent with Local Rule 79-5(e), Zoom files these references under seal. Specifically, Zoom moves to seal the following:

| Document | Portions to be Sealed |
|---|---|
| Zoom's Opposition to Defendant's Request for Preliminary Injunction | Highlighted portions at p. 2, 3, 5, 8, 11, 12, 13, 17 |
| Exhibit B to the Zahoory Declaration in Support of Zoom's Opposition to Defendant's Request for Preliminary Injunction | Entirety |

The present motion is accompanied by the attached Declaration of Arman Zahoory and the [Proposed] Order.

Dated: March 23, 2021                    LATHAM & WATKINS LLP

                                         By */s/ Douglas E. Lumish*
                                            Douglas E. Lumish
                                            Matthew Rawlinson
                                            Jennifer Barry
                                            Arman Zahoory
                                            of Latham & Watkins LLP

                                         *Attorneys for*
                                         *Zoom Video Communications, Inc.*