Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
Matthew Rawlinson (CA 231890)
matt.rawlinson@lw.com
Arman Zahoory (CA 306421)
arman.zahoory@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

Jennifer Barry (CA 228066)
jennifer.barry@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450

*Attorneys for*
*Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RINGCENTRAL, INC.,<br><br>Defendant.<br><br>RINGCENTRAL, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Counterdefendant. | CASE NO. 5:21-cv-1727-EJD<br><br>**DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF ZOOM'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AND EXHIBIT B TO THE OPPOSITION TO DEFENDANT'S REQUEST FOR PRELIMINARY INJUNCTION** |

I, Arman Zahoory, state and declare as follows:

1. I am a member in good standing with the State Bar of California and an associate at the law firm Latham & Watkins LLP, counsel of record for Zoom Video Communications, Inc. ("Zoom") in the above-captioned action.

2. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify as to these facts under oath.

3. I submit this declaration in accordance with Civil Local Rule 7-11(a) and Civil Local Rule 79-5(e) in support of Zoom's Administrative Motion to Seal Portions of the Zoom's Opposition to Defendant's Request for Preliminary Injunction.

4. Zoom's Opposition to Defendant's Request for Preliminary Injunction contains information that RingCentral considers confidential. Accordingly, Plaintiff has filed the following conditionally under seal:

| Document | Text to be Sealed |
|---|---|
| Zoom's Opposition to Defendant's Request for Preliminary Injunction | Highlighted portions at p. 2, 3, 5, 8, 11, 12, 13, 17 |
| Exhibit B to the Zahoory Declaration in Support of Zoom's Opposition to Defendant's Request for Preliminary Injunction | Entirety |

5. Pursuant to Local Rule 79-5(e), Defendant has 4 days to file a declaration justifying that these sections remain under seal.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of March, 2021 in Redwood City, California.

By: /s/ *Arman Zahoory*
Arman Zahoory

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Arman Zahoory.

By: /s/ *Douglas E. Lumish*
Douglas E. Lumish