Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
Matthew Rawlinson (CA 231890)
matt.rawlinson@lw.com
Arman Zahoory (CA 306421)
arman.zahoory@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

Jennifer Barry (CA 228066)
jennifer.barry@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450

*Attorneys for*
*Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RINGCENTRAL, INC.,<br><br>Defendant. | CASE NO. 5:21-cv-1727-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE OPPOSITION AND EXHIBIT B TO DEFENDANT'S REQUEST FOR PRELIMINARY INJUNCTION** |
| RINGCENTRAL, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Counterdefendant. | |

Now before the Court is Plaintiff and Counterdefendant Zoom Video Communications, Inc.'s ("Zoom's") Administrative Motion to Seal Portions of the Opposition to Defendant's Request for Preliminary Injunction. The Motion seeks to seal portions of Zoom's Opposition to Defendant's Request for Preliminary Injunction, pending the submission of a declaration from Defendant RingCentral, Inc. pursuant to Civil Local Rule 79-5(e). Having considered the Motion, the supporting Declaration of Arman Zahoory, and Defendant's declaration in support, the Court finds that compelling reasons exist to seal. Thus, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** as follows:

| Document | Text to be Sealed |
|---|---|
| Zoom's Opposition to Defendant's Request for Preliminary Injunction | Highlighted portions at p. 2, 3, 5, 8, 11, 12, 13, 17 |
| Exhibit B to the Zahoory Declaration in Support of Zoom's Opposition to Defendant's Request for Preliminary Injunction | Entirety |

**IT IS SO ORDERED.**

Dated: _____          _____

                                        Hon. Edward J. Davila