| | |
|---|---|
| Douglas E. Lumish (CA 183863) <br> doug.lumish@lw.com <br> Matthew Rawlinson (CA 231890) <br> matt.rawlinson@lw.com <br> Arman Zahoory (CA 306421) <br> arman.zahoory@lw.com <br> **LATHAM & WATKINS LLP** <br> 140 Scott Drive <br> Menlo Park, California 94025 <br> Telephone: 650-328-4600 <br> Facsimile: 650-463-2600 <br><br> Jennifer Barry (CA 228066) <br> jennifer.barry@lw.com <br> **LATHAM & WATKINS LLP** <br> 12670 High Bluff Drive <br> San Diego, CA 92130 <br> Telephone: 858-523-5400 <br> Facsimile: 858-523-5450 <br><br> *Attorneys for* <br> *Zoom Video Communications, Inc.* | Clement Seth Roberts (SBN 209203) <br> croberts@orrick.com <br> Karen G. Johnson-McKewan (SBN 121570) <br> kjohnson-mckewan@orrick.com <br> Nathan Shaffer (SBN 282015) <br> nshaffer@orrick.com <br> **ORRICK, HERRINGTON & SUTCLIFFE LLP** <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA  94105-2669 <br> Telephone:   +1 415 773 5700 <br> Facsimile:    +1 415 773 5759 <br><br> Robert L. Uriarte (SBN 258274) <br> ruriarte@orrick.com <br> **ORRICK, HERRINGTON & SUTCLIFFE LLP** <br> 1000 Marsh Road <br> MENLO PARK, CA 94021 <br> Telephone: +1 650 614 7400 <br> Facsimile:  +1 650 614 7401 <br><br> *Attorneys for Defendant* <br> *RingCentral, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RINGCENTRAL, INC., <br><br> Defendant. | CASE NO. 5:21-cv-1727-EJD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF AND DEFENDANT'S JOINT REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Now before the Court is Plaintiff Zoom Video Communications, Inc.'s ("Zoom") and Defendant RingCentral, Inc. ("RingCentral") Administrative Motion to File Documents Under Seal and response to the Court's Order to Show Cause (ECF No. 25). Having considered the submission of the parties, the Declaration of Tiffany Wan, the Declaration of Robert L. Uriarte, the pleadings on file, and any other relevant materials, the request to seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the parties may file the following materials in which the parties assert a confidentiality interest under seal:

| Document | Portions to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Exhibit A to Zoom's Complaint ("SAA") (ECF No. 1) | Highlighted portions in yellow on pages 11, 20-22, 31-34, 37-38, 40-46, 54-57. | The text reflects confidential pricing information and other highly sensitive private business information |
| Exhibit 1 to Makagon Declaration ("SAA") (ECF No. 14-6) | Highlighted portions in yellow on pages 11, 21-23, 32-35, 38-42, 49-50, 61-62, 64-70, 77-80, 82, 86-89, 97-98. | The text reflects confidential pricing information and other highly sensitive private business information |
| RingCentral's Counterclaims (ECF No. 11) | Highlighted portion in yellow at page 6. | The text reflects confidential pricing information and other highly sensitive private business information |
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof (ECF No. 14) | Highlighted portion in yellow at page 4. | The text reflects confidential pricing information and other highly sensitive private business information |

**IT IS FURTHER ORDERED** that the parties may file the following materials in which RingCentral asserts a confidentiality interest under seal:

| Document | Portions to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Zoom's Complaint (ECF No. 1) | Highlighted portions in blue at pages 1, 6, 7 | The text reflects a confidential deal term |
| Ex. A to the Complaint ("SAA") (ECF No. 1) | Highlighted portions in blue at pages 13, 45. | The text reflects a confidential deal term |

| Document | Portions to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Ring Central's Counterclaims (ECF No. 11) | Highlighted portions in blue at pages 5, 6, 7, 10, 11, 12. | The text reflects a confidential deal term |
| Makagon Declaration (ECF No. 14-2) | Highlighted portions in blue at pages 4-5. | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") (ECF No. 14-6) | Highlighted portions in blue at pages 13, 69. | The text reflects a confidential deal term |
| Exhibit 5 to Marlow Declaration (ECF No. 14-10) | The highlighted date in blue on page 1 | The text reflects a confidential deal term |
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof (ECF No. 14) | Highlighted portions in blue at pages 1, 2, 3, 4, 5, 6, 9, 10, 11. | The text reflects a confidential deal term |
| Temporary Restraining Order (ECF No. 24) | The time period at page 3, line 14 and in the block quote beginning on line 16; the date at page 4, line 7; the date at page 6, line 24; the time period at page 7 line 6, and the date at line 8. All designations highlighted in blue. | The text reflects confidential deal terms derived from the portions of the SAA RingCentral seeks to seal as reflected above. |

**IT IS SO ORDERED.**

Dated: _____        _____
                                             Hon. Edward J. Davila
                                             United States District Judge