CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
MENLO PARK, CA 94021
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Defendant
RingCentral, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RINGCENTRAL, INC., <br><br> Defendant. | Case No. 4:21-cv-01727-DMR <br><br> **DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF RINGCENTRAL'S RESPONSE TO ORDER TO SHOW CAUSE RE: SEALING MOTIONS** |
| RINGCENTRAL, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC. <br><br> Counterdefendant. | |

I, Robert L. Uriarte, declare and state as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel of record for RingCentral in this action. I am a member of the State Bar of California admitted to practice before this Court. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would competently do so under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email provided to me by RingCentral, which I understand RingCentral to have received from one of its existing customers. I have redacted from Exhibit 1 customer identifying information.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email discussion between counsel for the parties concerning Zoom's assertion of confidentiality protection over the SAA and the parties' respective sealing positions. I have redacted from Exhibit 2 a confidential deal term that both parties agree should be sealed.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed this 23rd day of March, 2021, at Redwood City, California.

*/s/ Robert L. Uriarte*
ROBERT L. URIARTE