# EXHIBIT 1

**Copy of Partner Email**

**From:** Natalie DeHerrera <natalie.deherrera@zoom.us>
**Sent:** Tuesday, March 2, 2021 6:27 PM
**To:** ▮
**Subject:** {EXTERNAL} RingCentral changes

Hi -

Hope you are well. Wanted to reach out as I know you are a RingCentral customer. Not sure if RingCentral has reached out yet but they will be losing the agreement to utilize Zoom at the end of April.

We are switching people over daily for ease of use, cost and the experience of one application for a truly unified solution.

Would you be open to a 15 minute meeting to see if we could streamline your services and save  money on their Voip solution while improving functionality?

Best,
Natalie



**Natalie DeHerrera**
Account Executive
Zoom Video Communications

**Call** 720-704-8241  |  **Click** zoom.us  |  **Zoom** 888-799-9666
Refer a Friend