# EXHIBIT 2

# Uriarte, Robert L.

| | |
|---|---|
| **From:** | Alice.Hoesterey@lw.com |
| **Sent:** | Tuesday, March 23, 2021 2:50 PM |
| **To:** | Shaffer, Nathan |
| **Cc:** | Roberts, Clement; Uriarte, Robert L.; Doug.Lumish@lw.com; MATT.RAWLINSON@LW.com; Arman.Zahoory@lw.com |
| **Subject:** | RE: Zoom/RingCentral- SAA Redactions |

Hi Nathan,

As I told you yesterday on the phone, Zoom intends to oppose any attempt to redact any information related to the termination date or end of life period. You seem to be suggesting that we cannot submit anything opposing your attempt to seal portions of the record. That is not our understanding of the rules nor how joint submissions typically work (parties often have joint submissions with portions that lay out competing positions). Accordingly, and as discussed yesterday, I am preparing a joint submission that includes a section for each of our positions (you indicated that I should include your prior position as yours.) I will send you the proposed joint submission shortly and a [proposed] order, and you can propose any further changes to your section.

With respect to the declarations, our position is simply that (with the exception above) we intend to join your effort to redact the other portions you identified in the SAA. And as we understand the rules, a motion must be supported by a single declaration. Since we will be joining your attempt to seal, rather than moving ourselves, we do not believe we need to submit a separate declaration.

For the other documents, we note that you do not seek to seal the original termination date (Jan 31, 202) – just the date as it relates to the EOL period. We will update the documents accordingly. Would you perhaps be able to send to us a clean/un-highlighted version of the Makagon Declaration, RC's Counterclaims, and the TRO/PI motion so that we may submit version of the documents with the more narrow highlighting? Or if you would like to do the highlighting yourselves, please highlight anything related to the end of life/termination date in blue, to show that is a point of dispute, and in yellow, to indicate that both parties join in the motion to seal that material. Additionally, if we are doing the filing, we will need a clean to file pdf of the Wan declaration.

Best,
Alice


**Alice R. Hoesterey**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5539

---

**From:** Shaffer, Nathan <nshaffer@orrick.com>
**Sent:** Tuesday, March 23, 2021 1:40 PM
**To:** Hoesterey, Alice (CC) <Alice.Hoesterey@lw.com>
**Cc:** Roberts, Clement <croberts@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Rawlinson, Matt (Bay Area) <MATT.RAWLINSON@LW.com>; Zahoory, Arman (Bay Area) <Arman.Zahoory@lw.com>
**Subject:** RE: Zoom/RingCentral- SAA Redactions

1

Thanks Alice.  You are correct, RingCentral does intend to ask the court to seal the ▇▇▇▇ reference throughout RingCentral's papers and we will add that to our submission.

Will you please tell us Zoom's position on sealing information about the specific length of the EOL Period?  The Court's March 17 order directed us to work together on a joint submission, but Zoom has not given us its final position on the EOL Period information and our response is due today.

Assuming that Zoom is OK with all of RingCentral's proposed redactions to the SAA from our prior motion, we can resubmit RingCentral's proposed redacted version of the SAA along with the Wan Declaration (ECF No. 13-2) to substantiate the basis for sealing.  ==We presume Zoom will be submitting its own supporting declaration as well, as required by the Local Rules==.

For the other documents:

- <u>Zoom's Complaint</u>:  Our proposed redactions are narrower than your highlighting (see ECF No. 22-01 for highlighting and ECF No. 22-02 for redactions).
- <u>Makagon Declaration</u>:  The only information RC seeks to seal is the last date in ¶ 11 at page 4, line 28–page 5 line 1 (see ECF No. 13 at 5).  Zoom's blue highlighting accurately tracks our request.
- <u>RC's Counterclaims</u>:  The only information RC seeks to seal is in paragraphs 8, 12–13, 16–17, 27, 30, 41 and 46 (see ECF No. 13 at 7–8).  Zoom's blue highlighting accurately tracks our request to seal.
- <u>TRO/PI MPA</u>:
    - The only information RC seeks to seal is at:
        - page 1, lines 11, 21;
        - page 2, line 19;
        - page 3, lines 23–29;
        - page 4, lines 1–5, 10;
        - page 5, lines 2–3;
        - page 6, line 19;
        - page 9, line 5;
        - page 10, lines 3–6;
        - page 11, lines 10, 18–19. (see ECF No. 13 at 8).
    - Zoom's highlighting tracks what RC would like to seal, except we didn't seek to seal the date on page 4, lines 24–25.

If Zoom is not OK with all of RingCentral's proposed redactions, please let us know right away so that we can either address any issues via a short phone call or prepare a joint submission that articulates the parties' disagreement for the Court.

We are willing to take care of preparing and docketing the propose submission, but we do need Zoom's final position on sealing the EOL Period information in order to do so.  As we understand it, the parties' have already agreed on everything else in RingCentral's administrative motion (ECF No. 13).

Thanks,
Nathan

---

**From:** Alice.Hoesterey@lw.com <Alice.Hoesterey@lw.com>
**Sent:** Tuesday, March 23, 2021 12:11 PM
**To:** Shaffer, Nathan <nshaffer@orrick.com>
**Cc:** Roberts, Clement <croberts@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Doug.Lumish@lw.com; MATT.RAWLINSON@LW.com; Arman.Zahoory@lw.com
**Subject:** RE: Zoom/RingCentral- SAA Redactions

Hi Nathan,

2

We have confirmed that there are no additional redactions that we will propose to the SAA beyond those that you included in your prior filing.  However, there is a missing redaction to one of the ████ references on p. 33 (section 2.5, end of paragraph) of the attached that I assume you want to add in as well.
Best,
Alice


**Alice R. Hoesterey**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5539

---

**From:** Hoesterey, Alice (CC)
**Sent:** Tuesday, March 23, 2021 9:17 AM
**To:** 'Shaffer, Nathan' <nshaffer@orrick.com>
**Cc:** Roberts, Clement <croberts@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Rawlinson, Matt (Bay Area) <MATT.RAWLINSON@LW.com>; Zahoory, Arman (Bay Area) <Arman.Zahoory@lw.com>
**Subject:** RE: Zoom/RingCentral- SAA Redactions

Hi Nathan,
Thanks for sending.  We re-reviewed the proposed redactions you submitted on the SAA, and it does look like pretty much all financial information (including the pricing, discounts, and revenue sharing) were already addressed.  We are still confirming with our client, but we think we will have no additional redactions beyond what you proposed (and if we do, they will likely be minimal.)  We will try to get the final of that over asap.

As for the resubmission of the previously filed documents, we are attaching a version of our complaint with redactions that we think correspond to your proposed redactions on the SAA.  Please let us know if you have any feedback.  Additionally, we reviewed the information you designated as seeking to file under seal in your previous motion – which included sections of the Makagon Declaration, your Counterclaims, and the TRO/PI motion (as well as the SAA of course).  However, it seems that some of your proposed redactions were much more broad than your position as to the SAA.  We have highlighted in blue the portions of those three documents that we think correspond with your positions taken in the SAA.  Please let us know if you disagree, or have any additional proposals.  One we have this locked down, I will add the page/line numbers into the joint motion tables, and will get that you to review.  (Additionally, if you could please send us a version of these three documents that do not have any highlighting, we can prepare a version with the new proposed highlighting to submit with our joint motion.)

Best,
Alice


**Alice R. Hoesterey**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5539

---

**From:** Shaffer, Nathan <nshaffer@orrick.com>
**Sent:** Monday, March 22, 2021 6:12 PM
**To:** Hoesterey, Alice (CC) <Alice.Hoesterey@lw.com>
**Cc:** Roberts, Clement <croberts@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Rawlinson, Matt (Bay Area) <MATT.RAWLINSON@LW.com>; Zahoory, Arman (Bay Area)

<Arman.Zahoory@lw.com>
**Subject:** RE: Zoom/RingCentral- SAA Redactions

Alice—nice to meet you.  Attached is a word version of our motion to seal so you can use it to create the joint filing shell.

Thanks,
Nathan

---

**From:** Alice.Hoesterey@lw.com <Alice.Hoesterey@lw.com>
**Sent:** Monday, March 22, 2021 5:27 PM
**To:** Uriarte, Robert L. <ruriarte@orrick.com>
**Cc:** Shaffer, Nathan <nshaffer@orrick.com>; Doug.Lumish@lw.com; MATT.RAWLINSON@LW.com; Arman.Zahoory@lw.com; Roberts, Clement <croberts@orrick.com>
**Subject:** RE: Zoom/RingCentral- SAA Redactions

Hi Rob,
We now have some insight into the sealing issue.  I know it is getting late, but please let me know if you or Nathan have time to touch base today about the joint sealing submission.
Best,
Alice

**Alice R. Hoesterey**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5539

---

**From:** Zahoory, Arman (Bay Area) <Arman.Zahoory@lw.com>
**Sent:** Monday, March 22, 2021 12:24 PM
**To:** Uriarte, Robert L. <ruriarte@orrick.com>
**Cc:** Shaffer, Nathan <nshaffer@orrick.com>; Roberts, Clement <croberts@orrick.com>; Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>
**Subject:** RE: Zoom/RingCentral- SAA Redactions

Thanks, Rob – I hope you had a nice weekend too!  Confirming receipt of your email; we will do our best to get back to you by mid-day tomorrow.

Best,
Arman

**Arman Zahoory**

**LATHAM & WATKINS LLP**
140 Scott Drive | Menlo Park, CA 94025
D: +1.650.470.4985

---

**From:**
**Sent:** Sunday, March 21, 2021 11:14 PM
**To:** Zahoory, Arman (Bay Area) <Arman.Zahoory@lw.com>
**Cc:** Shaffer, Nathan <nshaffer@orrick.com>; Roberts, Clement <croberts@orrick.com>; Lumish, Douglas (Bay Area)

4

<Doug.Lumish@lw.com>
**Subject:** Zoom/RingCentral- SAA Redactions

Hi Arman, Nowruz Mobaarak and hope you had some birthday time with your fam.   Just a reminder that Nathan and I need Zoom's proposed redactions to the SAA before mid-day tomorrow if we are going to take the lead on a joint submission.

Thanks

Rob

**From:** Arman.Zahoory@lw.com <Arman.Zahoory@lw.com>
**Sent:** Thursday, March 18, 2021 6:07 PM
**To:** Roberts, Clement <croberts@orrick.com>; Doug.Lumish@lw.com; Johnson-McKewan, Karen G. <kjohnson-mckewan@orrick.com>; Shaffer, Nathan <nshaffer@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>
**Cc:** ZOOMRINGCENTRAL.LWTEAM@lw.com
**Subject:** RE: TRO

Hi Clem – we are working through the redactions and should be able to get back to you soon.

Best,
Arman

**Arman Zahoory**

**LATHAM & WATKINS LLP**
140 Scott Drive | Menlo Park, CA 94025
D: +1.650.470.4985

**From:** Roberts, Clement <croberts@orrick.com>
**Sent:** Thursday, March 18, 2021 10:13 AM
**To:** Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Johnson-McKewan, Karen G. <kjohnson-mckewan@orrick.com>; Shaffer, Nathan <nshaffer@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>
**Cc:** #C-M ZOOM - RING CENTRAL - LW TEAM <ZOOMRINGCENTRAL.LWTEAM@lw.com>
**Subject:** RE: TRO

Doug –

Would you like to set a time to discuss how we can minimize / remove some of the redactions / see what we can agree on in that regard to minimize the burden on the court?  I understand that you are likely working on your PI papers and so if this needs to wait that's obviously fine.  But I am available this afternoon and tomorrow.

Thanks,
Clem

**From:** Doug.Lumish@lw.com <Doug.Lumish@lw.com>
**Sent:** Thursday, March 18, 2021 7:56 AM
**To:** Roberts, Clement <croberts@orrick.com>; Johnson-McKewan, Karen G. <kjohnson-mckewan@orrick.com>; Shaffer, Nathan <nshaffer@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>
**Cc:** ZOOMRINGCENTRAL.LWTEAM@lw.com
**Subject:** RE: TRO