| | |
|---|---|
| 1 | Douglas E. Lumish (CA 183863) |
|   | doug.lumish@lw.com |
| 2 | Matthew Rawlinson (CA 231890) |
|   | matt.rawlinson@lw.com |
| 3 | Arman Zahoory (CA 306421) |
|   | arman.zahoory@lw.com |
| 4 | LATHAM & WATKINS LLP |
|   | 140 Scott Drive |
| 5 | Menlo Park, California 94025 |
|   | Telephone: 650-328-4600 |
| 6 | Facsimile: 650-463-2600 |
| 7 | Jennifer Barry (CA 228066) |
|   | jennifer.barry@lw.com |
| 8 | LATHAM & WATKINS LLP |
|   | 12670 High Bluff Drive |
| 9 | San Diego, CA 92130 |
|   | Telephone: 858-523-5400 |
| 10 | Facsimile: 858-523-5450 |

*Attorneys for*
*Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC. | CASE NO.  5:21-cv-01727-EJD |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| RINGCENTRAL, INC. | |
| Defendant. | |
| RINGCENTRAL, INC. | |
| Counterclaimant, | |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC. | |
| Counterdefendant. | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California.  I am over the age of 18 years.  My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.

On **March 23, 2021**, I served the following documents described as:

1. PLAINTIFF ZOOM VIDEO COMMUNICATIONS, INC.'S SEALED OPPOSITION TO DEFENDANT'S REQUEST FOR PRELIMINARY INJUNCTION
2. EXHIBIT B TO THE DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF PLAINTIFF ZOOM VIDEO COMMUNICATIONS, INC.'S OPPOSITION TO DEFENDANT'S REQUEST FOR PRELIMINARY INJUNCTION

by serving a true copy of the above-described document in the following manner:

## **BY ELECTRONIC MAIL**

The above-described document was transmitted via electronic mail to the following parties on March 23, 2021:

Clement Seth Roberts
croberts@orrick.com
Karen G. Johnson-McKewan
kjohnson-mckewan@orrick.com
Nathan D Shaffer
nshaffer@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2660

Robert Luis Uriarte
ruriarte@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 23, 2021** at Redwood City, California.

*/s/ Arman Zahoory*