# EXHIBIT 11



March 16, 2021
Institutional Research

# QUICK NOTE

## RingCentral, Inc. BUY

RNG - $344.26 Price Target: $410

**George Sutton**
Senior Research Analyst
612-334-6331
gsutton@craig-hallum.com

**Adam Kelsey, CFA**
Research Analyst
612-334-6372
adam.kelsey@craig-hallum.com

**James Rush**
Research Analyst
612-334-6372
james.rush@craig-hallum.com

**Could Partnerships Become RingCentral's Achilles Heel? Reiterating BUY Rating, Lowering Price Target To $410.**

### OUR CALL

Zoom has sued Ring Central for infringement as it continued to jointly sell Zoom alongside its own video offering. When presented with the infringement, RNG invoked certain confidentiality and non-compete clauses to protect its customer relationships. While this could prove to be two giants with differing views, it brings up a potential concern for us. Zoom and RNG are both partnered with InContact for CCaaS, while they ostensibly strengthen their own offerings (ZM is rumored to be pursuing M&A while we believe RNG is likely to develop internally). RNG has also relied heavily on forming selling partnerships with a variety of key partners that has proven to give it a front row seat for a massive amount of customer opportunities (Avaya, Atos, Alcatel, AT&T, Vodaphone). To date, these have been generally successful and partners have been complementary. We are not sure what iterations this lawsuit will take, but with the stock trading with a multiple suggesting the world will remain perfect, we have to take some pause in our enthusiasm until this question is answered. We have provided details of the Zoom lawsuit below (full document can be provided upon request) and will wait for more details. In advance of that we have lowered our price target to reflect a bit of risk added. The lawsuit calls for any and all profits since the partnership began which we view as unlikely, but the bigger risk we see is reputational.

### KEY POINTS

- The lawsuit was filed 3/11/2021 in the Northern District of California.
- Zoom alleges that it initially asked RingCentral to amend its reselling agreement for "RingCentral Meetings" (which is powered by Zoom) in July 2020 as RNG had launched its own RingCentral Video product in April.
- On 2/24/2021, Zoom alleged breach of contract and infringement. While sections of the lawsuit are redacted, it appears RingCentral continued to sell the RingCentral Meetings product and invoked confidentiality and non-compete clauses that prevented Zoom salespeople from contacting users of the platform.
- Zoom claims that this was in an attempt to "bait and switch" customers as eventually users would be migrated to RingCentral Video.
- Zoom highlights RingCentral mentioning its intent to move customers to RingCentral Video in its 2Q20 earnings call in the lawsuit. Additionally, it references a statement made by RNG on its most recent earnings call that "every customer who we acquire new defaults to RingCentral Video" and alleges that RNG continued to "look to sell Zoom's product to new customers instead of providing them with its replacement product, RingCentral Video." Zoom believes this demonstrates RingCentral recognizing that its own service is inferior to Zoom.
- Zoom also cites an announcement sent out to partners and customers on 1/19/2021 detailing how all customers on RingCentral Meetings would be moving to RingCentral Video to improve the meeting





experience and for features that weren't available through RingCentral Meetings. Zoom believes this is evidence of RingCentral misleading customers, investors, and the public.

- For its part, RingCentral has suggested that Zoom is "motivated by fear" and "is attempting to restrict customer choice and to hinder competition."
- Let the legal and P/R games begin…

## STOCK OPPORTUNITY

We are lowering our price target to $410 (from $530), given the uncertainty surrounding the lawsuit and potential monetary and reputational damages. In our view, RingCentral's partnerships have been its primary competitive advantage and we believe the lawsuit could put its ability to add new large-scale partners at risk. Our price target is based on a ~20x EV/revenue multiple on our estimated FY22 revenue exit run-rate of ~$1.96 billion. While we are somewhat cautious regarding the outcome of the lawsuit, we believe RNG's valuation should be comped against SaaS platforms that are considered to be best of breed in their respective spaces such as Zoom (22x CY22 Rev.) and Shopify (25x CY22 Rev.).

## RISKS

We believe an investment in RingCentral involves the following risks:

- RingCentral invests nearly 50% of revenue in sales & marketing costs to acquire new customers. As competition in the industry continues to intensify, participants have been forced to increase customer acquisition costs to acquire new customers, delaying the break-even point.
- The size of the market and dramatic growth appeal to much larger competitors, including Microsoft and Cisco, both of whom have built or acquired out competitive offerings.
- As with any service provider, the performance of the RingCentral network is expected to be nearly flawless, however downtimes do occur. The financial risk of an extended disruption in the network could be significant.
- RingCentral's growth has and will continue to be dependent on go-to market partnerships with channel partners and other communication vendors/service providers. One of its competitors, Zoom, has recently filed a lawsuit alleging infringement and breach of contract and is pursuing monetary damages, which could negatively impact RNG's relationships with other partners.

CRAIG-HALLUM
CAPITAL GROUP LLC

March 16, 2021

## RingCentral, Inc.

| | FY2018 Dec-18 | FY2019 Dec-19 | 1Q20 Mar-20 | 2Q20 Jun-20 | 3Q20 Sep-20 | 4Q20 Dec-20 | FY2020 Dec-20 | 1Q21E Mar-21 | 2Q21E Jun-21 | 3Q21E Sep-21 | 4Q21E Dec-21 | FY2021E Dec-21 | 1Q22E Mar-22 | 2Q22E Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | FY2022E Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | |
| Software Subscriptions | 612,888 | 817,811 | 243,104 | 257,038 | 279,639 | 306,495 | 1,086,276 | 313,540 | 328,725 | 349,036 | 378,091 | 1,369,392 | 391,980 | 408,178 | 424,135 | 453,905 | 1,678,198 |
| Other Revenue | 60,736 | 85,047 | 24,408 | 20,947 | 23,985 | 28,041 | 97,381 | 26,117 | 26,393 | 29,262 | 30,845 | 112,617 | 30,034 | 33,255 | 35,699 | 35,472 | 134,461 |
| **Total Revenue** | **673,624** | **902,858** | **267,512** | **277,985** | **303,624** | **334,536** | **1,183,657** | **339,657** | **355,118** | **378,298** | **408,936** | **1,482,008** | **422,014** | **441,434** | **459,834** | **489,377** | **1,812,659** |
| Cost of Service Revenue | 104,353 | 146,286 | 42,656 | 46,373 | 50,083 | 55,369 | 194,481 | 58,005 | 57,856 | 61,081 | 65,788 | 242,730 | 72,516 | 72,248 | 74,224 | 78,979 | 297,967 |
| Cost of Product Revenue | 47,036 | 68,873 | 20,361 | 18,746 | 20,807 | 22,882 | 82,796 | 23,505 | 23,754 | 26,336 | 27,761 | 101,355 | 27,031 | 29,930 | 32,129 | 31,925 | 121,015 |
| Total Cost of Revenue | 151,389 | 215,159 | 63,017 | 65,119 | 70,890 | 78,251 | 277,277 | 81,510 | 81,609 | 87,417 | 93,548 | 344,085 | 99,547 | 102,177 | 106,353 | 110,904 | 418,981 |
| Gross Profit | 522,235 | 687,699 | 204,495 | 212,866 | 232,734 | 256,285 | 906,380 | 258,147 | 273,508 | 290,881 | 315,387 | 1,137,924 | 322,467 | 339,256 | 353,481 | 378,473 | 1,393,677 |
| Research & Development | 86,058 | 112,538 | 33,443 | 33,747 | 37,802 | 45,209 | 150,201 | 47,552 | 48,118 | 51,449 | 55,615 | 202,734 | 58,660 | 60,918 | 62,997 | 66,555 | 249,130 |
| Sales & Marketing | 298,029 | 386,572 | 119,094 | 120,382 | 134,475 | 141,805 | 515,756 | 144,014 | 154,299 | 161,533 | 172,980 | 632,826 | 183,576 | 188,934 | 193,820 | 204,804 | 771,134 |
| General & Administrative | 79,430 | 105,916 | 30,368 | 29,924 | 29,605 | 35,513 | 125,410 | 36,683 | 37,998 | 38,208 | 39,871 | 152,760 | 42,623 | 43,261 | 45,064 | 47,959 | 178,907 |
| Total Operating Expenses | 463,517 | 605,026 | 182,905 | 184,053 | 201,882 | 222,527 | 791,367 | 228,249 | 240,415 | 251,190 | 268,466 | 988,320 | 284,859 | 293,112 | 301,881 | 319,318 | 1,199,171 |
| Operating Income | 58,718 | 82,673 | 21,590 | 28,813 | 30,852 | 33,758 | 115,013 | 29,898 | 33,094 | 39,691 | 46,921 | 149,604 | 37,608 | 46,144 | 51,600 | 59,154 | 194,506 |
| Other Expenses | 7,474 | (10,069) | (4,080) | (5,811) | (6,288) | (6,928) | (23,107) | 125 | 125 | 125 | 125 | 500 | 125 | 125 | 125 | 125 | 500 |
| Income Before Tax | 66,192 | 72,604 | 17,510 | 23,002 | 24,564 | 26,830 | 91,906 | 30,023 | 33,219 | 39,816 | 47,046 | 150,104 | 37,733 | 46,269 | 51,725 | 59,279 | 195,006 |
| Income Tax | 140 | (123) | 212 | 160 | 431 | 131 | 934 | 6,755 | 7,474 | 8,959 | 10,585 | 33,773 | 8,490 | 10,411 | 11,638 | 13,338 | 43,876 |
| Net Income | 66,052 | 72,727 | 17,298 | 22,842 | 24,133 | 26,699 | 90,972 | 23,267 | 25,744 | 30,858 | 36,461 | 116,330 | 29,243 | 35,859 | 40,087 | 45,941 | 151,130 |
| **Non-GAAP EPS** | **$0.77** | **$0.82** | **$0.19** | **$0.24** | **$0.26** | **$0.29** | **$0.98** | **$0.25** | **$0.27** | **$0.32** | **$0.37** | **$1.22** | **$0.30** | **$0.36** | **$0.40** | **$0.45** | **$1.51** |
| Diluted Shares | 85,834 | 88,511 | 92,266 | 93,306 | 92,924 | 92,796 | 92,823 | 93,796 | 94,796 | 96,296 | 97,796 | 95,671 | 98,596 | 99,396 | 100,196 | 100,996 | 99,796 |
| **EBITDA** | **74,925** | **109,825** | **29,506** | **38,164** | **41,379** | **45,740** | **154,789** | **42,280** | **45,926** | **52,973** | **60,653** | **201,832** | **51,740** | **60,726** | **66,632** | **74,636** | **253,734** |
| GAAP Net Income | (26,203) | (53,607) | (60,721) | 509 | (20,957) | (1,827) | (82,996) | (48,734) | (48,988) | (45,841) | (42,061) | (185,624) | (54,874) | (49,788) | (47,782) | (43,678) | (196,122) |
| **GAAP EPS** | **($0.33)** | **($0.64)** | **($0.70)** | **$0.01** | **($0.24)** | **($0.02)** | **($0.92)** | **($0.54)** | **($0.54)** | **($0.50)** | **($0.45)** | **($2.02)** | **($0.59)** | **($0.53)** | **($0.50)** | **($0.46)** | **($2.08)** |
| GAAP Shares O/S | 79,493 | 83,118 | 87,339 | 94,145 | 89,173 | 89,951 | 90,152 | 90,651 | 91,351 | 92,051 | 92,751 | 91,701 | 93,451 | 94,151 | 94,851 | 95,551 | 94,501 |
| **MARGINS** | | | | | | | | | | | | | | | | | |
| Service Gross Profit | 83.0% | 82.1% | 82.5% | 82.0% | 82.1% | 81.9% | 82.1% | 81.5% | 82.4% | 82.5% | 82.6% | 82.3% | 81.5% | 82.3% | 82.5% | 82.6% | 82.2% |
| Other Gross Profit | 22.6% | 19.0% | 16.6% | 10.5% | 13.2% | 18.4% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Total Gross Profit | 77.5% | 76.2% | 76.4% | 76.6% | 76.7% | 76.6% | 76.6% | 76.0% | 77.0% | 76.9% | 77.1% | 76.8% | 76.4% | 76.9% | 76.9% | 77.3% | 76.9% |
| Research & Development | 12.8% | 12.5% | 12.5% | 12.1% | 12.5% | 13.5% | 12.7% | 14.0% | 13.6% | 13.6% | 13.6% | 13.7% | 13.9% | 13.8% | 13.7% | 13.6% | 13.7% |
| Sales & Marketing | 44.2% | 42.8% | 44.5% | 43.3% | 44.3% | 42.4% | 43.6% | 42.4% | 43.5% | 42.7% | 42.3% | 42.7% | 43.5% | 42.8% | 42.2% | 41.9% | 42.5% |
| General & Administrative | 11.8% | 11.7% | 11.4% | 10.8% | 9.8% | 10.6% | 10.6% | 10.8% | 10.7% | 10.1% | 9.8% | 10.3% | 10.1% | 9.8% | 9.8% | 9.8% | 9.9% |
| Operating Profit | 8.7% | 9.2% | 8.1% | 10.4% | 10.2% | 10.1% | 9.7% | 8.8% | 9.3% | 10.5% | 11.5% | 10.1% | 8.9% | 10.5% | 11.2% | 12.1% | 10.7% |
| Income Tax Rate | 0.2% | -0.2% | 1.2% | 0.7% | 1.8% | 0.5% | 1.0% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% |
| Non-GAAP Net Income | 9.8% | 8.1% | 6.5% | 8.2% | 7.9% | 8.0% | 7.7% | 6.9% | 7.2% | 8.2% | 8.9% | 7.8% | 6.9% | 8.1% | 8.7% | 9.4% | 8.3% |
| EBITDA | 11.1% | 12.2% | 11.0% | 13.7% | 13.6% | 13.7% | 13.1% | 12.4% | 12.9% | 14.0% | 14.8% | 13.6% | 12.3% | 13.8% | 14.5% | 15.3% | 14.0% |
| **GROWTH** | | | | | | | | | | | | | | | | | |
| Service Revenue | 32.3% | 33.4% | 33.1% | 32.0% | 32.6% | 33.6% | 32.8% | 29.0% | 27.9% | 24.8% | 23.4% | 26.1% | 25.0% | 24.2% | 21.5% | 20.1% | 22.6% |
| Other Revenue | 58.3% | 40.0% | 30.0% | 2.9% | 6.9% | 19.5% | 14.5% | 7.0% | 26.0% | 22.0% | 10.0% | 15.6% | 15.0% | 26.0% | 22.0% | 15.0% | 19.4% |
| Total Revenue | 34.3% | 34.0% | 32.8% | 29.2% | 30.1% | 32.3% | 31.1% | 27.0% | 27.7% | 24.6% | 22.2% | 25.2% | 24.2% | 24.3% | 21.6% | 19.7% | 22.3% |
| Revenue - Seq. | NA | NA | 5.8% | 3.9% | 9.2% | 10.2% | NA | 1.5% | 4.6% | 6.5% | 8.1% | NA | 3.2% | 4.6% | 4.2% | 6.4% | NA |
| EBITDA | 142.5% | 46.6% | 33.6% | 41.8% | 42.8% | 43.6% | 40.9% | 43.3% | 20.3% | 28.0% | 32.6% | 30.4% | 22.4% | 32.2% | 25.8% | 23.1% | 25.7% |

CRAIG-HALLUM
CAPITAL GROUP LLC

March 16, 2021

## RingCentral, Inc.

| | FY2018 Dec-18 | FY2019 Dec-19 | 1Q20 Mar-20 | 2Q20 Jun-20 | 3Q20 Sep-20 | 4Q20 Dec-20 | FY2020 Dec-20 | 1Q21E Mar-21 | 2Q21E Jun-21 | 3Q21E Sep-21 | 4Q21E Dec-21 | FY2021E Dec-21 | 1Q22E Mar-22 | 2Q22E Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | FY2022E Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STATEMENT OF CASH FLOWS** | | | | | | | | | | | | | | | | | |
| Net Income | (26,203) | (53,607) | (60,721) | 509 | (20,957) | (1,827) | (82,996) | (48,734) | (48,988) | (45,841) | (42,061) | (185,624) | (54,874) | (49,788) | (47,782) | (43,678) | (196,122) |
| Depreciation & Amortization | 23,273 | 37,870 | 16,548 | 17,952 | 19,063 | 22,049 | 75,612 | 23,049 | 24,049 | 25,049 | 26,049 | 98,196 | 27,049 | 28,049 | 29,049 | 30,049 | 114,196 |
| Stock-based Compensation | 68,088 | 101,354 | 36,589 | 49,255 | 51,566 | 52,190 | 189,600 | 55,090 | 57,990 | 60,890 | 63,790 | 237,760 | 66,690 | 69,590 | 72,490 | 75,390 | 284,160 |
| Non-cash Interest Expense | - | | - | - | - | - | - | | | | | | | | | | |
| Loss on Asset Disposal | - | | - | - | - | - | - | | | | | | | | | | |
| Amortization of deferred sales | 19,754 | 30,134 | 9,809 | 10,850 | 12,401 | 12,651 | 47,207 | 12,951 | 13,201 | 13,451 | 13,701 | 53,304 | 14,001 | 14,251 | 14,501 | 14,751 | 57,504 |
| Amortization of debt discount | 15,918 | 20,337 | 7,452 | 12,566 | 12,595 | 16,418 | 49,031 | 13,000 | 13,000 | 13,000 | 13,000 | 52,000 | 13,000 | 13,000 | 13,000 | 13,000 | 52,000 |
| Other | 4,353 | 1,932 | 21,913 | (35,001) | (33,296) | (37,633) | (84,017) | | | | | | | | | | |
| Working Capital | (33,053) | (73,174) | (18,521) | (29,091) | (114,188) | (67,828) | (229,628) | (30,432) | 6,325 | (8,306) | (10,333) | (42,745) | (17,975) | (10,011) | (10,631) | (11,922) | (50,539) |
| Cash from Operating | 72,130 | 64,846 | 13,069 | 27,040 | (72,816) | (3,980) | (35,191) | 24,924 | 65,577 | 58,244 | 64,146 | 212,891 | 47,891 | 65,091 | 70,627 | 77,590 | 261,199 |
| Purchases of PP&E | (27,123) | (27,767) | (6,861) | (8,720) | (18,411) | (9,626) | (43,618) | (20,379) | (17,756) | (18,915) | (20,447) | (77,497) | (21,101) | (22,072) | (22,992) | (24,469) | (90,633) |
| Investments/(Software Cost) | (11,421) | (16,526) | (7,389) | (9,632) | (11,028) | (36,019) | (64,068) | (20,379) | (17,756) | (18,915) | (20,447) | (77,497) | (21,101) | (22,072) | (22,992) | (24,469) | (90,633) |
| Other | (44,904) | (252,487) | - | - | - | | - | | | | | - | | | | | - |
| Cash from Investing | (83,448) | (296,780) | (14,250) | (18,352) | (29,439) | (45,645) | (107,686) | (40,759) | (35,512) | (37,830) | (40,894) | (154,994) | (42,201) | (44,143) | (45,983) | (48,938) | (181,266) |
| Cash from Financing | 397,255 | 9,042 | 420,296 | 2,783 | 73,284 | (58,773) | 437,590 | | | | | | | | | | |
| Effect of FX Changes | (800) | 169 | (657) | 221 | 773 | 1,197 | 1,534 | | | | | | | | | | |
| Change in Cash | 385,137 | (222,723) | 418,458 | 11,692 | (28,198) | (107,201) | 296,247 | (15,835) | 30,065 | 20,414 | 23,253 | 57,897 | 5,689 | 20,948 | 24,643 | 28,653 | 79,933 |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | |
| Cash and Equivalent | 566,329 | 343,606 | 762,064 | 773,756 | 745,558 | 639,853 | 639,853 | 624,018 | 654,083 | 674,497 | 697,750 | 697,750 | 703,439 | 724,387 | 749,030 | 777,683 | 777,683 |
| Accounts Receivable | 94,375 | 129,990 | 135,433 | 142,317 | 153,583 | 176,034 | 176,034 | 191,859 | 185,130 | 195,501 | 205,834 | 205,834 | 225,964 | 238,432 | 250,209 | 261,828 | 261,828 |
| Prepaids/Other | 46,810 | 61,943 | 74,087 | 85,943 | 93,463 | 110,242 | 110,242 | | | | | | | | | | |
| Property and Equipment | 70,205 | 89,230 | 97,924 | 114,423 | 132,967 | 142,208 | 142,208 | | | | | | | | | | |
| Other Assets | 116,607 | 825,978 | 802,412 | 848,204 | 990,743 | 1,116,260 | 1,116,260 | | | | | | | | | | |
| Total Assets | 894,326 | 1,450,747 | 1,871,920 | 1,964,643 | 2,116,314 | 2,184,597 | 2,184,597 | | | | | | | | | | |
| Accounts Payable | 10,145 | 34,612 | 35,306 | 36,476 | 38,002 | 54,043 | 54,043 | 39,436 | 39,033 | 41,098 | 41,099 | 41,099 | 43,253 | 45,710 | 46,856 | 46,553 | 46,553 |
| Accrued Liabilities | 100,687 | 138,729 | 162,286 | 167,721 | 189,555 | 210,654 | 210,654 | | | | | | | | | | |
| Current Portion of Cap Lease | - | - | - | - | - | - | - | | | | | | | | | | |
| Current Portion of LT Debt | - | - | - | 44,417 | 14,156 | 31,148 | 31,148 | | | | | | | | | | |
| Deferred Revenue | 88,527 | 107,372 | 110,178 | 122,514 | 127,500 | 142,223 | 142,223 | | | | | | | | | | |
| LT Debt | 366,552 | 386,889 | 1,041,991 | 1,008,477 | 1,394,898 | 1,375,320 | 1,375,320 | | | | | - | | | | | - |
| Capital Lease | - | - | - | - | - | - | - | | | | | | | | | | |
| Other LT Liabilities | 10,806 | 37,445 | 31,735 | 36,706 | 52,528 | 58,963 | 58,963 | | | | | | | | | | |
| Total Liabilities | 576,717 | 705,047 | 1,381,496 | 1,416,311 | 1,816,639 | 1,872,351 | 1,872,351 | | | | | | | | | | |
| Stockholder's Equity | 317,609 | 745,700 | 490,424 | 548,332 | 299,675 | 312,246 | 312,246 | | | | | | | | | | |
| Total Liabilities and Equity | 894,326 | 1,450,747 | 1,871,920 | 1,964,643 | 2,116,314 | 2,184,597 | 2,184,597 | | | | | | | | | | |
| **RATIOS** | | | | | | | | | | | | | | | | | |
| Free Cash Flow | 33,586 | 20,553 | (1,181) | 8,688 | (102,255) | (49,625) | (142,877) | (15,835) | 30,065 | 20,414 | 23,253 | 57,897 | 5,689 | 20,948 | 24,643 | 28,653 | 79,933 |
| Book Value/Share | $3.70 | $8.42 | $5.32 | $5.88 | $3.22 | $3.36 | $3.36 | | | | | | | | | | |
| Net Cash/Share | $2.33 | ($0.49) | ($3.03) | ($2.99) | ($7.14) | ($8.26) | ($8.26) | | | | | | | | | | |
| LT Debt/Capital | 54% | 34% | 68% | 65% | 82% | 81% | 81% | | | | | | | | | | |
| DSO | 50 | 52 | 50 | 50 | 50 | 54 | 54 | 55 | 50 | 50 | 50 | 50 | 52 | 52 | 52 | 52 | 52 |

CRAIG-HALLUM CAPITAL GROUP LLC

**March 16, 2021**

## REQUIRED DISCLOSURE




Initiate: July 7, 2016 - Rating: Buy - Price Target: $25
…
August 3, 2017 - Rating: Buy – Price Target: $40
November 9, 2017 – Rating: Buy – Price Target: $50
February 13, 2018 – Rating: Buy – Price Target: $65
May 10, 2018 – Rating: Buy – Price Target: $84
August 7, 2018 – Rating: Buy – Price Target: $95
February 12, 2019 – Rating: Buy – Price Target: $120
May 7, 2019 – Rating: Buy – Price Target: $140
July 30, 2019 – Rating: Buy – Price Target: $150
November 5, 2019 – Rating: Buy – Price Target: $175
February 11, 2020 – Rating: Buy – Price Target: $250
July 21, 2020 – Rating: Buy – Price Target: $330
August 4, 2020 – Rating: Buy – Price Target: $340
February 17, 2021 – Rating: Buy – Price Target: $530
March 16, 2021 – Rating: Buy – Price Target: $410

*Source: FactSet*

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price. **Hold** rated stocks generally have twelve month price targets near the current price. **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (12/31/2020)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 82% | 24% |
| Hold | 17% | 8% |
| Sell | 1% | 0% |
| Total | 100% | 21% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has received investment banking revenue from the subject company in the last 12 months. CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, George Sutton, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.


**© 2021 Craig-Hallum Capital Group LLC**