1  Douglas E. Lumish (CA 183863)
   doug.lumish@lw.com
2  Matthew Rawlinson (CA 231890)
   matt.rawlinson@lw.com
3  Arman Zahoory (CA 306421)
   arman.zahoory@lw.com
4  LATHAM & WATKINS LLP
   140 Scott Drive
5  Menlo Park, California 94025
   Telephone: 650-328-4600
6  Facsimile: 650-463-2600

7  Jennifer Barry (CA 228066)
   jennifer.barry@lw.com
8  LATHAM & WATKINS LLP
   12670 High Bluff Drive
9  San Diego, CA 92130
   Telephone: 858-523-5400
10 Facsimile: 858-523-5450

11 *Attorneys for*
   *Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>RINGCENTRAL, INC.<br><br>Defendant. | CASE NO.  5:21-cv-01727-EJD<br><br>**NOTICE OF AUTHORITY**<br><br>Date:  March 25, 2021<br>Time:  9:00 a.m.<br>Judge: Hon. Edward Davila |
| RINGCENTRAL, INC.<br><br>Counterclaimant,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.<br><br>Counterdefendant. | |

At the end of today's hearing counsel for Plaintiff/Counterdefendant Zoom Video Communications, Inc. ("Zoom") referenced *DataPath, Inc. v. Gen. Dynamics SATCOM Techs., Inc.*, No. 1:07-CV-2442-CAP, 2007 WL 9697777 (N.D. Ga. Nov. 9, 2007), which is attached.

Dated: March 25, 2021

LATHAM & WATKINS LLP

By */s/ Douglas E. Lumish*
   Douglas E. Lumish
   Matthew Rawlinson
   Jennifer Barry
   Arman Zahoory
   of Latham & Watkins LLP

*Attorneys for*
*Zoom Video Communications, Inc.*