# EXHIBIT 1

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## ZOOM – RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

THIS ZOOM-RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT ("**Agreement**") is made and entered into as of October 8, 2013 (the "**Effective Date**") by and between Zoom Video Communications, Inc., having its principal place of business at 4633 Old Ironsides Dr. #408, Santa Clara, CA 95054 USA ("**Zoom**"), and RingCentral, Inc., having its principal place of business at 1400 Fashion Island Blvd., 7th Floor, San Mateo, CA 94404 USA ("**RingCentral**"). RingCentral and Zoom are referred to herein individually as a "Party" and collectively as the "Parties".

WHEREAS, Zoom offers a web service which enables web meetings and high definition video conferences on personal computers and mobile devices;

WHEREAS, RingCentral and Zoom desire RingCentral to resell the Zoom service;

NOW, THEREFORE, in consideration of the promises, agreements, representations, covenants and warranties herein contained, the Parties agree as follows.

### 1. Definitions.

**(a)** "**Affiliate**" means any legal entity worldwide in which a Party, directly or indirectly, owns more than fifty percent (50%) of the stock, shares, membership or other indicia of ownership, entitled to vote for the board of directors or other governing body of such entity.

**(b)** "**CLD**" shall mean the commercial launch date of the Service by RingCentral, that is, the date the Service is available for purchase by RingCentral customers.

**(c)** "**Customer**" shall mean a third party that purchases the Service from RingCentral or its Affiliates.

**(d)** "**Customer Agreement**" shall mean the agreement between a Customer and RingCentral pursuant to which the Customer obtains the Service.

**(e)** "**Errors**" shall mean the failure of one or more functions of the Service to perform as described in the Specifications.

**(f)** "**Intellectual Property Rights**" shall mean all rights in and to trade secrets, patents, copyrights, trademarks, know-how, as well as moral rights and similar rights of any type under the laws of any governmental authority, domestic or foreign.

**(g)** "**Marks**" shall mean "Zoom" and "Unified Meeting Experience".

**(h)** "**Service**" shall mean the Zoom Unified Meeting Experience Service, as more fully described in Exhibit A and the Specifications. The Service is currently available only in English, but other language versions will be included as part of

CONFIDENTIAL                                      1

the Service and licensed to RingCentral and its Affiliates at no extra charge if and when they are made generally available by Zoom. Zoom shall localize the Service to British English, Canadian French, French, and Spanish with a reasonable period of time of request by RingCentral. In addition, Zoom and RingCentral shall mutually agree to localize the Service for any additional languages.

**(i)** "**Service Fees**" shall mean the fees that Zoom charges RingCentral for the Service when RingCentral resells the Service to Customers. The initial Service Fees are specified in Exhibit B and are subject to change as specified in Section 6.

**(j)** "**SLA**" shall mean the service level agreement and other terms set forth in Exhibit G.

**(k)** "**Specifications**" shall mean Exhibit A and more detailed written specifications provided by Zoom to describe the Service. The Specifications shall be updated by Zoom in writing for future releases of the Service.

**(l)** "**Territory**" shall mean worldwide, subject to: (a) export control and anti-terrorist laws, regulations and restrictions, (b) language availability, and (c) performance limitations based on Zoom and telecommunications infrastructure.

## 2. Appointment and Training and Materials

**(a) Appointment.** Zoom hereby appoints RingCentral, and RingCentral accepts the right for RingCentral, to market and resell the Service (as incorporated into RingCentral's or its Affiliates own services or services provided in conjunction with its or its Affiliates' partners and resellers, whether as a standard feature or a feature at additional cost, in accordance with this Agreement) in the Territory. For the avoidance of doubt, nothing in this Agreement shall be construed as requiring RingCentral to incorporate the Service into RingCentral's products and services. Zoom hereby grants RingCentral and its Affiliates a worldwide, non-exclusive, non-transferable (except in connection with an assignment permitted under this Agreement), royalty-free, paid-up, sublicensable (to RingCentral's and its Affiliates' resellers, partners, and end users) license to use, copy, distribute, display, perform, import, make, sell, offer to sell, and exploit (and have others do any of the foregoing on or for RingCentral's or any of its Affiliates' behalf or benefit) the Service in the Territory for the term of this Agreement, as permitted by this Agreement.

**(b) Provision of the Service.** Throughout the term of this Agreement, Zoom shall provide the Service to RingCentral and its Affiliates and its and its Affiliates' Customers in accordance with the SLA.

**(c) Limited Exclusivity.** The parties acknowledges that the relationship set forth in this Agreement is non-exclusive and that each Party is free to enter into other referral and resale arrangements without notice or compensation to the other

Party, except as limited by Exhibit C.

**(d) Training and Documentation.** A reasonable period of time before the launch of the Service, but in no event less than forty-five (45) days before launch, and as reasonably necessary thereafter, Zoom will provide, at no additional cost to RingCentral, training and documentation to the sales, operations, and support personnel of RingCentral to familiarize them with the Service, including copies of documentation for the Service and Zoom Hybrid Meeting Connector. The training and documentation will explain at least how to use the Service, how to troubleshoot problems, common problems Customers encounter with the Service, and how to use, maintain, and configure the Zoom Hybrid Meeting Connector. RingCentral will be responsible for any Customer training other than help pages incorporated in the Service.

3. **Responsibilities.**

**(a) Hosting**. Zoom will be responsible for installing, configuring, testing, hosting, managing, maintaining and providing the Service. At RingCentral's option, RingCentral may install, host, manage and maintain the Zoom Hybrid Meeting Connector on RingCentral servers with technical support from Zoom. Zoom shall be solely responsible for its own development, integration and similar services in connection with this Section 3(a).

**(b) Support**. RingCentral is responsible for all Tier 1 and Tier 2 support and training for the Services. Tier 1 and Tier 2 support includes all interaction with Customers, directing end users to information included in the end user help pages, escalating issues to Zoom which require Tier 3 support, and integration of the Service with the RingCentral website in accordance with Section 14. Zoom is responsible for providing Tier 3 support to RingCentral support personnel. Tier 3 support includes answering questions and providing information not included in the end user help pages and providing work-arounds and/or resolutions for lack of availability of the Service or Errors. Tier 3 support shall be conducted in accordance with Exhibit F and meet the requirements of the SLA.

**(c) Customer Management**. RingCentral is responsible for sale of the Services to Customers, entering into Customer Agreements with Customers, and account management for the Customers, including all billing and collection of Service fees from Customers. Customers, and all information associated with Customers obtained through this Agreement, shall remain the sole and exclusive property of RingCentral.

**(d) Customer Contact by Zoom Prohibited.** Contact by Zoom of Customers in any form, direct or indirect, including but not limited to face-to-face contact, telephone contact, e-mail contact, and written contact, is prohibited unless RingCentral first provides written consent in its sole discretion. Zoom's failure to comply with this Section 3(d) will be considered a material breach of this Agreement, and RingCentral may, in addition to remedies available under this

Agreement and in law or equity, immediately terminate this Agreement. Notwithstanding the foregoing, Zoom is free to communicate with persons, who may include Customers, to the extent Zoom has acquired contact information for such persons independently of this Agreement, provided that Zoom shall not knowingly attempt to convert Customers from RingCentral to Zoom.

**(e) Branding.** The Service shall display the RingCentral brand specified by RingCentral. In-meeting session windows in the Service shall be branded "powered by Zoom" in a reasonably conspicuous location. No in-meeting session windows in the Service shall be branded "powered by Zoom" or otherwise display "Zoom" when RingCentral's products and services are sold through RingCentral's carrier partners, including without limitation AT&T.

**(f) Software Client Development for RingCentral.** Zoom shall develop, test, and provide to RingCentral software clients for the Service for the Microsoft Windows, Mac OS, iOS, and Android operating systems, of versions to be mutually agreed to by the Parties (collectively, "Service Clients"). The Service Clients shall conform to the Specifications. Zoom shall provide all of the Service Clients to RingCentral no later than the Effective Date. RingCentral shall accept or reject all of the Service Clients in its reasonable discretion within ninety (90) days of receipt of the release candidate Service Clients from Zoom. If RingCentral determines that a Service Client is not in conformance with the Specifications, it shall so notify Zoom in writing and specify the non-conformance in reasonable detail (the "**Review Notice**"). If a Review Notice is sent, Zoom shall have ten (10) days following receipt of such Review Notice to remedy the identified non-conformance and resubmit the applicable Service Client for subsequent review in accordance with this provision. If RingCentral determines in its reasonable discretion that the Service Client still does not conform to the Specifications, RingCentral may elect one of the following alternatives by notifying Zoom thereof: (i) extend the acceptance period so that Zoom may remedy the defects and RingCentral can retest the Service Client in accordance with the procedure set forth above; (ii) accept the Service Client and at a reasonably reduced Service Fee (with shall reflect, among other things, the nonconformance of the Service Client and the delay in delivery), over which the parties shall promptly negotiate reasonably and in good faith; or (iii) immediately terminate this Agreement without penalty. Acceptance under this provision shall not affect any SLA or warranty obligation of Zoom under this Agreement.

Zoom shall maintain and update the Service Clients for new versions of the applicable operating systems and as necessary to comply with Section 8(c).

**(g) Ownership of Intellectual Property.** RingCentral shall be the exclusive owner of all right, title, and interest in and to all (i) RingCentral Internal Development (as defined below); (ii) any logos, trademarks or other materials provided by RingCentral to Zoom for inclusion in the Service Clients ("**RC Elements**"); and (iii) software or other materials developed by Zoom for RingCentral (other than Excluded Materials) for which RingCentral has paid any sum of money other than

Service Fees, which software and other materials shall be identified as "Paid-For Development" in the Specifications ("**Paid-For Development**"). Zoom hereby agrees to assign to RingCentral, and is deemed to have assigned to RingCentral, all Paid-For Development.

Zoom will take or secure such action (including, but not limited to, the execution, acknowledgment, delivery and assistance in preparation of documents or the giving of testimony) as may be reasonably requested by RingCentral to evidence, transfer, perfect, vest or confirm RingCentral's right, title and interest in any Paid-For Development. Zoom shall, in all events and without the need of RingCentral's request, secure all Intellectual Property Rights assigned to RingCentral herein in any Paid-For Development (and any licenses specified above in any Excluded Materials) from each employee, agent, subcontractor or sub-supplier of Zoom who has or will have any rights in the Paid-For Development or Excluded Materials.

Zoom shall be the exclusive owner of: (i) the Service and Service Clients (other than the RC Elements); (ii) the Zoom APIs and Zoom SDKs; and (ii) Excluded Materials.

If and to the extent that Zoom embeds any Excluded Materials in the Service Clients or Paid-For Development, Zoom hereby grants to RingCentral and its Affiliates a worldwide, royalty-free, nonexclusive, sublicensable (to RingCentral's and its Affiliates resellers, partners, and end users), non-assignable, non-transferable irrevocable, perpetual license in and to the Excluded Materials under any applicable Intellectual Property Rights of Zoom therein to use, copy, distribute, display, perform, import, make, sell, offer to sell, and exploit (and have others do any of the foregoing on or for RingCentral's or its Affiliates' behalf or benefit) the Excluded Materials, but only as embedded in the Service Clients or Paid-For Development by Zoom in the Territory, as permitted by this Agreement.

"**RingCentral Internal Development**" shall mean any and all Items (as defined below) produced or developed by or on behalf of RingCentral or its Affiliates or its and its Affiliates' employees, agents, or contractors (and whether completed or in-progress), irrespective of whether such Items integrate with the Service or use the Zoom APIs (as defined below), but not including any software contained or described in the Zoom APIs. Notwithstanding the foregoing, the Service Clients and anything else developed or produced by Zoom will not be deemed Items made "on behalf of" RingCentral for purposes of this definition.

"**Items**" shall mean any or all inventions, discoveries, ideas (whether patentable or not), works, and materials, including but not limited to products, devices, computer programs, source code, designs, files, specifications, texts, drawings, processes, data or other information or documentation in preliminary or final form, and all Intellectual Property Rights in or to any of the foregoing.

"**Excluded Materials**" shall mean (i) Zoom's Pre-Existing Materials and (ii) Zoom's Independently Developed Materials.

"**Zoom's Pre-Existing Materials**" shall mean those Items owned by Zoom to the extent and in the form that they both (i) existed prior to the date Zoom began any work under or related to this Agreement, regardless of whether the word occurred prior to the mutual execution of this Agreement; and (ii) were created without the use of any of RingCentral's products, devices, computer programs, source codes, designs, files, specifications, texts, drawings, processes, data or other information or documentation.

"**Zoom's Independently Developed Materials**" shall mean those Items to the extent that they have been developed by Zoom both (i) without use of any RingCentral's products, devices, computer programs, source codes, designs, files, specifications, texts, drawings, processes, data or other information or documentation; and (ii) independently of any work performed under this Agreement.

(h) **Input to Zoom's Product Roadmap.** Zoom shall use commercially reasonable efforts to keep RingCentral apprised of its future roadmap for the Service, including without limitation conferring with RingCentral's designated personnel at least once per calendar quarter on the upcoming roadmap for the Service. RingCentral may provide suggestions and other input to the roadmap, and the Parties shall reasonably confer on any changes to the roadmap.

(i) **Taxes and Fees.** Zoom and Zoom's suppliers shall bill, collect, and remit all applicable taxes and regulatory fees for which they responsible, if any, including without limitation contributions to federal or state Universal Service Funds and federal or state funds or support mechanisms for TRS, LNPA, or NANPA. RingCentral shall not be liable for any failure by Zoom or Zoom's suppliers to make applicable tax or fee payments.

4. **Customer Agreement.** RingCentral will enter into a Customer Agreement for the Service with Customers. RingCentral may not obligate Zoom to any agreements, contracts, terms, conditions, obligations or warranties. The Customer Agreements must contain provisions imposing no greater obligations or liability on Zoom and no fewer restrictions or obligations on Customer than Zoom's standard terms of service in effect at the time the Customer Agreement is entered into. Zoom's current terms of service are attached hereto as Exhibit E.

5. **Alliance Managers.** Each Party will appoint a single individual (each, an "Alliance Manager") who will serve as the primary point of contact for the other Party for matters related to this Agreement. Either Party may replace its Alliance Manager by notifying the other Party of such new appointment. The parties initial Alliance Managers are set forth in Exhibit A.

## 6. Service Fees.

RingCentral (or its designated Affiliate) must pay the Service Fees for each Customer on a calendar quarterly basis within thirty (30) days after completion of the calendar quarter in which the Service is provided. RingCentral is obligated to pay Service Fees to Zoom regardless of whether or not RingCentral has collected fees from Customers; *provided, however*, RingCentral (or its designated Affiliate) shall not be obligated to pay Service Fees in any month for any customers that subscribed to RingCentral products and services that did not include the Services. Zoom will not increase Service Fees during the initial term of this Agreement, but may modify the Service Fees to be applicable in any Renewal Year so long as Zoom has provided RingCentral with at least one hundred eighty (180) days' prior written notice before the start of that Renewal Year. In the event Zoom provides notice in accordance with the foregoing sentence and RingCentral elects not to renew the Agreement for the next Renewal Year, the same License Fees shall apply during the EOL Period (as defined below) as applied at the end of the Term.

## 7. Independent Contractor Status.

The Parties are independent contracting parties and nothing in this Agreement shall be deemed to establish or otherwise to create a relationship of principal and agent, partners, fiduciaries, or joint venturers. Neither Party will be deemed an agent of the other Party for any purpose whatsoever and neither Party nor any of its agents or employees will have any right or authority to assume or create any obligation of any kind, whether express or implied, on behalf of the other Party. This Agreement is not a franchise agreement and does not create a franchise relationship between the Parties and if any provision of this Agreement is deemed to create a franchise between the Parties, then those provisions shall be deemed void and will automatically terminate as if such provision had been deemed unenforceable by a court.

## 8. Changes to Service.

- **(a) Changes to Features**. Zoom may modify or change the Service and the software that enables the Service. Zoom will use commercially reasonable efforts to provide at least thirty (30) days prior written notice to RingCentral of any change that materially affects the functionality of the Service; *provided, however*, Zoom may not remove any functionality set forth in Exhibit A without RingCentral's prior, written consent; *provided, further*, that any removal of functionality by Zoom shall not cause any software clients or other software provided by Zoom to RingCentral or with which Zoom or RingCentral has incorporated the Service pursuant to this Agreement to fail or materially adversely affect the user experience thereof . In the event Zoom adds any functions that RingCentral does not wish to be included in the Service, Zoom and RingCentral shall discuss in good faith removing such feature from the Service for RingCentral only.

- **(b) New Releases**. RingCentral and Zoom shall mutually agree reasonably and good faith to when new releases of the Service shall be provided to RingCentral.

CONFIDENTIAL

7

(c) **Feature Parity.** Except as the Parties may agree to the contrary as set forth in Section 8(a) and subject to the mutually-agreed scheduling as indicated in Section 8(b), any version of the Service provided to RingCentral under this Agreement shall have at least as the same features and functions as the business and personal versions of the Service offered by Zoom generally to customers.

9. **Marks.**

   (a) Subject to the terms and conditions of this Agreement, Zoom hereby grants to RingCentral and its Affiliates a worldwide, non-exclusive, non-transferable, sublicensable (to RingCentral's resellers, partners, and end users), royalty-free license to use, reproduce and display the Marks solely in connection with marketing the Service as contemplated by this Agreement solely to refer to Zoom or the Service and solely in accordance with Zoom's trademark usage guidelines provided to RingCentral in writing.

   (b) Subject to the terms and conditions of this Agreement, RingCentral hereby grants to Zoom and its Affiliates a worldwide, non-exclusive, non-transferable, non-sublicensable, royalty-free license to use, reproduce and display RingCentral's trade names, trademarks, service marks, and logos solely in connection with providing the Service as contemplated by this Agreement and solely in accordance with RingCentral's trademark usage guidelines provided to Zoom in writing.

   (c) Other than the foregoing license, neither Party shall obtain, as a result of this Agreement, any right to or interest in any trade names, service marks or trademarks owned, used or claimed now or in the future by the other Party. All uses of the intellectual property under this Section 9, including the goodwill and reputation associated therewith, shall inure solely to the benefit of the owner of that intellectual property.

10. **Marketing and Forecasts.**

    (a) For so long as RingCentral integrates the Services into RingCentral's own services, RingCentral shall use commercially reasonable efforts to market and promote the Service in accordance with the Marketing Plan attached hereto as Exhibit D. Unless otherwise agreed in writing, RingCentral shall be responsible for its own marketing expenses.

    (b) Commencing six month after the Effective Date, RingCentral shall provide to Zoom at the beginning of each month a rolling three-month forecast reflecting RingCentral's best estimate of RingCentral's anticipated sales of the Service over the three month period.

11. **Confidentiality.** Each party (the "**Receiving Party**") agrees it shall not during the term of this Agreement and for five (5) years thereafter, directly or indirectly, use (except in connection with its performance under this Agreement) or disclose to any third-party any Confidential Information obtained from the other party (the

CONFIDENTIAL                    8

"**Disclosing Party**"), without the Disclosing Party's prior written consent. As used herein, "**Confidential Information**" shall mean any information, whether written or oral, disclosed pursuant to this Agreement (including, without limitation, this Agreement and the terms thereof), including, without limitation, the Service, technology, research, development, pricing, business plans and activities, employees, existing and prospective customers, customer information, and finances of either Party; provided, however, that Confidential Information shall not include any information that: (i) was publicly available at the time it was received by the Receiving Party, (ii) is later made publicly available by the Disclosing Party through no fault of the Receiving Party, (iii) was acquired by the Receiving Party from a third party who was under no legal duty to maintain the confidentiality of the information, or (iv) is independently developed by the Receiving Party without use or reference to the Disclosing Party's Confidential Information. The Receiving Party may disclose Confidential Information compelled by law, regulation, subpoena or other compulsory legal process, provided the Receiving Party provides prompt written notice to the Disclosing Party and reasonably cooperates in seeking confidential treatment for the information, including, without limitation, a protective order. Upon termination, the Receiving Party will return or destroy all the Disclosing Party's Confidential Information.

12. **Representations and Warranties.**

   (a) **Warranty Disclaimers.** EXCEPT FOR THE EXPRESS WARRANTIES SET FORTH IN THIS SECTION 12 AND THE SLA, THE PARTIES EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF MERCHANTABILITY, TITLE, PERFORMANCE, QUALITY, NONINFRINGEMENT, FITNESS FOR A PARTICULAR PURPOSE, OR ACCURACY OF INFORMATIONAL CONTENT. EXCEPT FOR ANY WARRANTIES PROVIDED IN ZOOM'S STANDARD TERMS OF SERVICE OR THIS AGREEMENT, ZOOM MAKES NO WARRANTY OR REPRESENTATION REGARDING THE SERVICE OR THAT THE SERVICES WILL MEET RINGCENTRAL'S OR CUSTOMERS' REQUIREMENTS, OR BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR OR DEFECT.

   (b) Each Party represents and warrants solely to and for the benefit of the other Party that: (i) it has the right and power to enter into and fully perform the obligations it has undertaken in this Agreement; and (ii) it is not under any obligations, contractual or otherwise, to any other entity that is inconsistent with any of the provisions of this Agreement. RingCentral further represents and warrants that it will conduct all marketing and sales of the Service in a professional manner and will not engage in any conduct that will harm the business or reputation of Zoom.

   (c) Zoom represents and warrants that the Service will include no Errors. In the event of a breach of this warranty, Zoom's sole obligation and RingCentral's sole remedy will be for Zoom to correct the Errors in accordance with the SLA or, if Zoom is unable to do so after a reasonable period of time, for RingCentral may terminate this Agreement.

**(d)** Zoom represents and warrants that the Service and any software delivered to RingCentral hereunder shall be free from all Software Viruses and Disabling Code. "**Software Virus**" means any virus, worm, program or subroutine that is intended to cause interference with the efficient and intended operation of software. "**Disabling Code**" means any clock, timer, counter, software lock, or other limiting or disabling code, design or routine that is intended to cause software to be made inoperable or otherwise rendered incapable of performing as intended by its specifications or that otherwise limits or restricts the user's ability to use the software as contemplated in this Agreement.

**(e)** Zoom represents and warrants that it shall perform its responsibilities under this Agreement in a manner that does not infringe, or constitute an infringement or misappropriation of, any third party intellectual property rights in the Territory.

13. **Limitation of Liability.** TO THE EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WILL EITHER PARTY BE LIABLE TO THE OTHER UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, LOST DATA, BUSINESS INTERRUPTION, LOSS OF BUSINESS REPUTATION OR GOODWILL, OR THE COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE TOTAL CUMULATIVE LIABILITY FOR EITHER PARTY IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED IN THE AGGREGATE THE AMOUNT PAID BY RINGCENTRAL TO ZOOM IN THE ▮▮▮▮▮▮ ▮▮▮▮▮▮ IMMEDIATELY PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM. THIS SECTION 13 SHALL NOT APPLY TO (A) ANY INDEMNITY UNDER THIS AGREEMENT, (B) BREACH OF SECTION 11, (C) A PARTY'S GROSS NEGLIGENCE, RECKLESSNESS, OR WILLFUL MISCONDUCT, OR (D) AMOUNTS DUE UNDER SECTION 6, APPENDIX F, OR APPENDIX G.

14. **Zoom APIs.** Zoom shall make its integration APIs ("Zoom APIs") available to RingCentral and its Affiliates at no additional charge.

**(a) License**. Zoom hereby grants to RingCentral and its Affiliates a worldwide, non-exclusive, non-transferable, royalty-free, sublicensable (to RingCentral's and its Affiliates' resellers, partners, and end users), non-transferable (except in connection with an assignment permitted under this Agreement), paid-up license to use, copy, modify, distribute, display, perform, import, make, sell, offer to sell, and exploit (and have others do any of the foregoing on or for RingCentral's or any of its Affiliates' behalf or benefit) the APIs to integrate access to the Service into RingCentral websites and other products and to publicly display RingCentral websites or distribute software incorporating the APIs in binary form to Customers. RingCentral shall not publicly display, transmit, distribute or otherwise divulge any information regarding the Zoom APIs, including the operation and programmatic interface(s) thereof, to any third party. Except as expressly provided herein, RingCentral has no other rights to install, integrate, use, reproduce or distribute Zoom APIs.

10

(b) **RingCentral Websites**.  RingCentral shall be solely responsible for creating, maintaining, hosting and supporting any RingCentral websites that incorporate the APIs.

(c) **API Reference Documentation**.  RingCentral shall implement the integration in accordance with the API Reference documentation, as it may be revised from time to time.

(d) **API Technical Support**. Zoom shall provide technical support to RingCentral in accordance with Exhibit F for RingCentral's use of Zoom APIs, consisting of answering questions and troubleshooting and correcting errors and other issues regarding integration of the Zoom APIs generally.  Zoom support does not include debugging or troubleshooting RingCentral applications, websites or other programs or software not developed by Zoom.

15. **Indemnification.**

(a) **By Zoom.**  Subject to Section 15(c), Zoom, at its own expense, will indemnify, defend, and hold harmless RingCentral and its Affiliates (and each of their officers, directors, employees, contractors, and representatives) against any damages, costs, expenses (including, without limitation, reasonable attorneys' fees), liabilities, actions, suits, or proceedings brought by a third party against RingCentral or its Affiliates (and each of their officers, directors, employees, contractors, and representatives) based on a claim: (i) that the Marks or the Service infringe or misappropriate in any manner any Intellectual Property Right of any third party, or (ii) relating to the violation of any law or regulation by Zoom in performing its obligations under this Agreement (each, a "Zoom Covered Claim").  Zoom will have no indemnification obligation hereunder for any infringement claim to the extent the infringement arose from: (x) any modification (including alterations, additions or changes) to the Service other than by Zoom, (y) the combination of the Service with products, services or content provided other than by Zoom, unless such combination is necessary to the proper operation of the Service or is approved by Zoom in writing, or (z) Zoom's conformance with RingCentral's specifications, requests or requirements to the extent such conformance differs from the Service Zoom makes generally available (each, a "**Zoom Covered Claim**").

(b) **By RingCentral.**  Subject to Section 15(c), RingCentral, at its own expense, will indemnify, defend, and hold harmless Zoom and its Affiliates (and each of their officers, directors, employees, contractors, and representatives) against any damages, costs, expenses (including, without limitation, reasonable attorneys' fees), liabilities, actions, suits, or proceedings brought by a third party against Zoom or its Affiliates (and each of their officers, directors, employees, contractors and representatives) based on a claim relating to (i) any representation, statement or warranty made or alleged to have been made by RingCentral regarding Zoom or the Service which was not expressly authorized by Zoom, or (ii) the violation of any law or regulation by RingCentral in performing its obligations under this

Agreement (each, a "**RingCentral Covered Claim**").

(c) **Mechanics.**  A "**Covered Claim**" means a "**RingCentral Covered Claim**" with respect to RingCentral, and a "**Zoom Covered Claim**" with respect to Zoom. Each indemnified Party agrees to provide prompt written notice and to permit the indemnifying Party to provide the defense and settlement as described in this Section 15 and to provide reasonable assistance, at the indemnifying Party's expense, in that defense and settlement.  The indemnifying Party may settle any Covered Claim without the indemnified Party's prior written approval, provided such settlement (a) provides the indemnified Party with a full release from all liability in connection with the Covered Claim, (b) imposes no affirmative obligation on the indemnified Party other than a payment of money covered by this Section, and (c) required no admission of liability or against interest on behalf of the indemnified Party.  If a settlement imposes such obligation or admission, the indemnified Party will not unreasonably reject or withhold or delay approval of the proposed settlement.

## 16. **Term and Termination.**

(a) **Term.**  The initial term of this Agreement shall commence on the Effective Date and, unless terminated earlier in accordance with Section 16(b), expire three (3) years thereafter. At the end of the initial term and each renewal term, this Agreement shall automatically renew for successive, additional one (1) year terms, unless either Party sends written notice to the other of its intent not to renew at least one hundred fifty (150) days prior to the end of the initial term or renewal term (the initial term and all renewal terms together, the "Term").

(b) **Termination.**  Each Party may immediately terminate this Agreement by giving the other written notice if the other Party:

(i) materially defaults in the performance of any of its obligations under any of the terms or conditions of this Agreement, which default is not remedied within thirty (30) business days after written notice thereof; or

(ii) materially defaults in the performance of any of its obligations under the terms and conditions which default, by their nature, cannot be remedied; or

(iii) is unable to pay any and/or all of its debts as they become due or becomes insolvent or ceases to pay any and/or all of its debts as they mature in the ordinary course of business, or makes an assignment for the benefit of its creditors; or

(iv) is liquidated or dissolved or if any proceedings are commenced by, for or against it under any bankruptcy, insolvency, reorganization of debts or debtors relief law, or law providing for the appointment of a receiver or trustee in bankruptcy.

(c) **Termination By RingCentral.**  RingCentral may terminate this Agreement in accordance with Section 8.2 of the SLA, Section 3(f), or Section 18(b).

(d) **End of Life.**  RingCentral may, in its sole discretion, defer the effective date of termination by up to ▮▮▮▮▮▮ from the end of the Term in order to transition Customers to an alternative to the Service (the "EOL Period").  Zoom shall continue to provide the Service in accordance with this Agreement during this time and shall be entitled to any amounts due for use of the Service.  During the EOL Period, Zoom shall continue to comply with the SLAs.  This Agreement shall be deemed to continue to remain in effect through the EOL Period.

(e) **Surviving Obligations and Limitations.**  The termination or expiration of this Agreement will not operate to discharge any liability that had been incurred by either Party prior to any such termination or expiration. The termination of this Agreement will not terminate or affect any Customer Agreements entered into prior to termination of this Agreement for the term of each such Customer Agreement in effect at the time of Termination. Upon termination of this Agreement, all licenses granted hereunder will immediately terminate.  The following provisions shall survive expiration or termination of this Agreement: Sections 1, 3(c), 3(d), 3(j), 6 (for fees incurred prior to termination), 11, 12(a), 13, 15, 16(c), and 18 of this Agreement.

(f) **Customer Transition After the End of the Term**.  Zoom shall use its best efforts to ensure that any Customers who obtained a version of the Service available prior the end of the Term may continue to use the Service after the Term.

17. **Notices**.

    (a) **Change in Name or Address**.  Any notices given under this Agreement shall: (i) if to Zoom, be given to eric.yuan@zoom.us or Zoom Video Communications, Inc., Attn: CEO, 4633 Old Ironsides Dr. #478, Santa Clara, CA 95054; and (ii) if to RingCentral, be given to legal@ringcentral.com or RingCentral, Attn: Legal, 1400 Fashion Island Blvd., 7th Floor, San Mateo, CA 94404.  Notice information may be subsequently changed by either Party by notice duly given under this Section 17(a).

    (b) **Method of Transmission.**  Any notices given under this Agreement shall be in writing and will be deemed to have been sufficiently given when delivered by hand, electronic mail, overnight courier service or by certified or registered mail, postage and other charges prepaid, to the Parties at the addresses above or as subsequently changed by notice duly given.  The date of receipt of any notice given hereunder will be the date on which such notice is deemed to be given.

18. **General**.

    (a) **Assignment**.  Neither Party may assign or otherwise transfer this Agreement or any interest or right hereunder or delegate the performance of any of its

obligations hereunder to any third party without the prior written consent of the other Party (not to be unreasonably withheld, delayed, or conditioned), except that either Party may assign this Agreement to an Affiliate or in connection with a merger, acquisition, consolidation, reorganization or the sale of all or substantially all of the Party's assets (a "**Change of Control**"). The reincorporation of a Party shall not be deemed an assignment. Any attempted assignment, transfer or delegation in violation of this Section 18(a) will be deemed null and void and result in the immediate termination of this Agreement without necessity of notice.

**(b)** RingCentral may immediately terminate this Agreement in the event Zoom undergoes a Change of Control after which an RC Competitor (defined below) or Microsoft Corporation, Verizon Communications, Inc., or Google Inc. (or any Affiliate thereof) owns, directly or indirectly, all or substantially all of the assets or a majority of the shares entitled to vote for the board of directors of Zoom.

**(c) Waivers.** Waiver by either Party of any default, or either Party's failure to enforce any of the terms and conditions of this Agreement, shall not in any way affect, limit or waive such Party's right thereafter to enforce and compel strict performance of every term and condition hereof, and shall not be deemed a waiver of any other provision or of such provision on any other occasion.

**(d) Litigation.** In the event of any litigation between the Parties arising from or relating to this Agreement, the prevailing Party shall be entitled to recover its reasonable attorneys', accountants' and experts' fees, and costs in addition to such other relief as the court may award.

**(e) Headings**. The headings of Sections in this Agreement are for convenience and reference only, and they shall in no way define, limit, broaden, or otherwise describe the scope of the provisions or be considered in the interpretation, construction or enforcement hereof.

**(f) Publicity**. Any and all publicity relating to this Agreement, including the method, timing and content of its release shall be subject to the prior written approval of both RingCentral and Zoom.

**(g) Governing Law and Venue.** This Agreement shall be governed by and construed in accordance with the laws of the United States and the State of California as applied to agreements entered into and to be performed entirely within California between California residents, without giving effect to principles on choice of laws that would require application of the laws of a different state or country. The Parties hereby submit to the exclusive jurisdiction of, and waive any venue objections against, the state and federal courts in Santa Clara County, California in any litigation arising out of or relating to the Agreement. The Parties agree to bring any such litigation only in these courts.

**(h) Compliance with Laws.** The Parties shall abide by all applicable laws and regulations in connection with its performance under this Agreement, including

but not limited to those with respect to bribery and corrupt practices, privacy, export control and the issuance of unsolicited commercial email. Each party represents that it and its employees who are responsible for performing under this Agreement are not citizens of an embargoed country or a prohibited end user under any U.S. export control or anti-terrorism laws, regulations or lists.

**(i) Invalidity.** If any provision of this Agreement is held by a court of competent jurisdiction to be illegal, invalid or unenforceable, that provision will be amended to achieve as nearly as possible the same economic effect of the original provision and the remainder of this Agreement will remain in full force and effect.

**(j) Government Contracts.** No provision required in any United States government contract or subcontract related thereto shall be deemed a part of this Agreement, or be imposed upon or binding upon either Party, and this Agreement will not be deemed an acceptance of any government provisions that may be included or referred to in any Reseller order or other purchasing document.

**(k) Force Majeure.** Neither Party shall be liable to the other for any delay in the performance of any of its obligations hereunder due to any cause beyond such Party's reasonable control or due to acts of god, acts of civil or military authorities, fires, labor disturbances, floods, epidemics, governmental rules or regulations, war, riot, delays in transportation, or shortages of raw materials, or power outages.

**(l) Construction and Complete Agreement.** This Agreement supersedes, terminates and otherwise renders null and void any and all prior or contemporaneous written and/or oral agreements between RingCentral and Zoom with respect to the matters herein expressly set forth, except that nothing herein contained shall be construed as intended to relieve or release either Party from its obligation to make payment of any monies which either Party may owe to the other Party. This Agreement represents and incorporates the entire understanding of the Parties hereto with respect to the matters herein expressly set forth and each Party acknowledges that there are no warranties, representations, covenants or understandings of any kind, nature or description whatsoever made by either Party to the other, except as are herein expressly set forth. This Agreement may be modified only be a written instrument signed by both the Parties to this Agreement, which instrument makes specific reference to this Agreement and the changes to be made hereto.

This Agreement includes the exhibits attached hereto and shall become effective upon execution by authorized representatives of both Parties.

**Zoom Video Communications, Inc.**     **RingCentral, Inc.**

By: _____     By: _____

Name: _____     Name: _____

Title: _____     Title: _____

Date: _____     Date: _____

Zoom RingCentral **Strategic Alliance Agreement**

This Agreement includes the exhibits attached hereto and shall become effective upon execution by authorized representatives of both parties.

**Zoom Video Communications, Inc.**      RingCentral, Inc.

By: _____      By: _____

Name: _____Eric Yuan_____      Name: ____David Berman_____

Title: _____CEO_____      Title: _____President_____

Date: _____10/8/13_____      Date: _____10/8/13_____

**Zoom-RingCentral Strategic Alliance Agreement**

## EXHIBIT A

### DESCRIPTION OF THE SERVICE

Free Service: 1-1 meetings; Group meetings with up to 25 people for 30 minutes

Enterprise Edition: Group meetings with up to 25 people for unlimited minutes

HD Video Conferencing
- Up to 25 people or rooms
- HD video and HD voice
- High quality screen sharing
- Join by teleconferencing
- Active or spotlight speaker
- Dual stream for dual screen
- Single sign-on*

Mobility
- Mobile start or join
- Email, SMS and IM invitation
- Mobile content sharing
- Mobile remote control
- Dynamic layout
- Mac, Windows, iOS and Android (not all features available on all platforms)

Web Meetings
- Instant or scheduled meetings
- Recurring meeting ID
- Recording and playback (MP4 format) (not included in the first release)
- Mouse/keyboard control
- Annotations
- Private or group chat
- Host controls and security
- Integrate with Google and Facebook (not included in the first release)
- REST API*

Hybrid Cloud Service
- Meeting Connector for private cloud*
- Virtualized software setup in minutes
- Scale and add capacity easily
- Local high-availability
- 24x7 online monitoring
- Instant global service backup

Security
- Role based access control
- Single sign-on access control
- HTTPS access
- SSL communications
- AES 128 bits encryption
- Host security controls

* Enterprise Edition only

CONFIDENTIAL                          A-1

## ALLIANCE MANAGERS

**ZOOM**
Eric Yuan
eric.yuan@zoom.us

**RINGCENTRAL**
David Lee
david.lee@ringcentral.com

A-2

## EXHIBIT B

### PRICING

RingCentral and its Affiliates may market, promote, and resell, as a bundle, UMX as follows, as well as in any other editions RingCentral or its Affiliates may offer now or in the future, whether directly or in conjunction with its or its Affiliates' partners and resellers (as a bundled feature of that edition or as an additional feature at additional cost):

| RC Office Edition | Zoom |
|---|---|
| Enterprise | UMX – business version; full functionality. |
| Premium and Standard | UMX – personal (free) version; 30 min sessions. All upgrades from a "free-to-paid" Zoom UMX service will move to RC Enterprise / Zoom UMX business version. |

RingCentral will pay Zoom for each user subscribing to Enterprise Edition as follows:

| | Number of Users | Price Per User Per Month for All Users in That Band |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |

The price for each band of users above applies to all users in that band and not to any others outside of that band. 

Within thirty (30) days after the first year after RingCentral's commercial launch of the Services (the "**First Year**"), if the Service Fees earned in the First Year do not equal or exceed the First Year Revenue Commitment (defined below), RingCentral will pay Zoom the difference between the Service Fees earned in the First Year and the First Year Revenue Commitment.

The "**First Year Revenue Commitment**" shall be calculated as follows:

**Zoom-RingCentral Strategic Alliance Agreement**



B-2

**Zoom-RingCentral Strategic Alliance Agreement**

## EXHIBIT C

### LIMITED EXCLUSIVITY

- ***Zoom***.  During the Exclusivity Period (as defined below), RingCentral shall not license for resale a product or service similar to the Service from any of the following companies:                                  (the "**Zoom Competitors**"); provided, however, that nothing herein shall prevent any Zoom Competitor from subscribing for or purchasing the RingCentral service through a publicly available API (whether available now or in the future).

- ***RingCentral***.  During the Exclusivity Period, Zoom shall not license for resale the Service or a similar product or service to any of the following companies:

                          ("**RC Competitors**"); provided, however, that nothing herein shall prevent any RingCentral Competitor from subscribing for or purchasing the Zoom service through the publicly available Zoom API Partners Portal (http://zoom.us/plan/api).  In addition, Zoom will not license the "mobile SDKs" to any RC Competitors.

- ***Exclusivity Period.***  The Exclusivity Period begins on the Effective Date and ends twelve (12) months from the CLD (such period, "**Year 1**"), provided that exclusivity shall automatically extend for an additional twelve (12) months (such period, "**Year 2**") if there are at least              Customers at the end of Year 1.  For the avoidance of any doubt, if the CLD does not occur by December 31, 2013, then there shall be no exclusivity.

**Zoom-RingCentral Strategic Alliance Agreement**

## EXHIBIT D

### MARKETING PLAN

*To be mutually agreed to by the Parties within forty-five (45) days of the Effective Date.*

# EXHIBIT E

## ZOOM TERMS OF SERVICE

Updated: Apr 17, 2013

**IMPORTANT, READ CAREFULLY: YOUR USE OF AND ACCESS TO THE WEBSITE AND PRODUCTS AND SERVICES AND ASSOCIATED SOFTWARE (COLLECTIVELY, THE "PRODUCTS") OF ZOOM VIDEO COMMUNICATIONS, INC. ("ZOOM") IS CONDITIONED UPON YOUR COMPLIANCE AND ACCEPTANCE OF THESE TERMS, AS WELL AS THOSE SET FORTH IN RINGCENTRAL'S END USER LICENSE AGREEMENT AND TERMS OF SERVICE, AVAILABLE AT http://www.ringcentral.com/legal/eulatos.html.**

BY CLICKING/CHECKING THE "I AGREE" BUTTON/BOX, ACCESSING THE ZOOM WEBSITE OR BY UTILIZING THE ZOOM PRODUCTS YOU AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS. THE ZOOM PRODUCTS ARE NOT AVAILABLE TO PERSONS WHO ARE NOT LEGALLY ELIGIBLE TO BE BOUND BY THESE TERMS OF SERVICE.

This is a legal agreement ("Agreement") between You and Zoom for use of the Products which You selected or initiated. "You" refers to the individual who is using or accessing the Products or is registered and/or has provided his or her credit card or other payment mechanism for the Products either directly with Zoom or through a third party or, if an individual is purchasing the Products on behalf of an entity and is authorized to purchase the Products on behalf of such entity, then "You" refers to such entity. If You do not agree with the terms of this Agreement, do not use or access the Products or, when applicable, click the "Cancel" button and do not purchase the Products.

Any software associated with the Products and website is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties.

1. PRODUCTS. Zoom will provide the Products in accordance with this Agreement. In order to use certain Products You may be required to download content, software, and/or required to agree to additional terms and conditions. Unless otherwise expressly set forth in any such additional terms and conditions applicable to the specific Products which You choose to use, those additional terms are hereby incorporated into this Agreement in relation to Your use of that Product. Zoom may at its sole discretion, discontinue the Products or modify the features of the Products from time to time without prior notice. Use of the Products requires one or more compatible devices, Internet access (fees may apply), and certain software (fees may apply), and may require obtaining updates or upgrades from time to time. Because use of the Products involves hardware, software, and Internet access, Your ability to use such Products may be affected by the performance of these factors. High speed Internet access is recommended. You acknowledge and agree that such system requirements, which may be changed from time to time, are Your responsibility.

2. RESPONSIBILITY FOR REGISTRATION INFORMATION AND CONTENT OF YOUR COMMUNICATIONS. You may be required to provide information about Yourself in order to register for and/or use certain Products. You agree that any such information shall be accurate. You may also be asked to choose a user name and password. You are entirely responsible for maintaining the security of Your user name and password and agree not to disclose such to any third party. You agree that You are solely responsible for the content ("Content") sent by You or displayed or uploaded by You in using the Products. You agree that You will not use the Products to send unsolicited commercial e-mail outside Your company or organization in violation of applicable law. You further agree not to use the Products to communicate any message or material that is harassing, libelous, threatening, obscene, indecent, would violate the intellectual

CONFIDENTIAL                                 E-1

property rights of any party or is otherwise unlawful, that would give rise to civil liability, or that constitutes or encourages conduct that could constitute a criminal offense, under any applicable law or regulation. You further agree not to provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act. You further agree not to upload or transmit any software, Content or code that does or is intended to harm, disable, destroy or adversely affect performance of the Products in any way or which does or is intended to harm or extract information or data from other hardware, software or networks of Zoom or other users of Products. Recognizing the global nature of the Internet, You also agree to comply with applicable local rules or codes of conduct (including codes imposed by Your employer) regarding online behavior and acceptable content and the transmission of technical data exported from the United States or the country in which You reside. Zoom reserves the right to investigate and take appropriate action against anyone who, in Zoom's sole discretion, is suspected of violating this provision, including without limitation, reporting You to law enforcement authorities. Use of the Products is void where prohibited. Although Zoom is not responsible for any Content in violation of this provision, Zoom may delete any such Content of which Zoom becomes aware, at any time without notice to You. You retain copyright and any other rights You already hold in Content which You submit, post or display on or through, the Products. You understand and agree that by displaying, exchanging or transmitting Content using the Products, You automatically grant (and warrant and represent You have a right to grant) to Zoom to publicly display, and reproduce the Content in the course of operating and providing the Products to You and others with whom you are sharing Content using the Products.

3. RESPONSIBILITY FOR CONTENT OF OTHERS. It is possible that other users of the Products ("Users") may violate one or more of the above prohibitions. Zoom assumes no responsibility or liability for such violation. If You become aware of any violation of this Agreement in connection with use of the Products by any person, please contact RingCentral at legal@ringcentral.com. Zoom and/or RingCentral may investigate any complaints and violations that come to its attention and may take any action that it believes is appropriate, including, but not limited to issuing warnings, removing the content or terminating accounts and/or User profiles. However, because situations and interpretations vary, Zoom also reserves the right not to take any action. Under no circumstances will Zoom be liable in any way for any data or other content viewed while using the Products, including, but not limited to, any errors or omissions in any such data or content, or any loss or damage of any kind incurred as a result of the use of, access to, or denial of access to any data or content. If at any time You are not happy with the Products, Your sole remedy is to cease using the Products.

4. ELIGIBILITY. You affirm that You are of legal age and are otherwise fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in this Agreement, and to abide by and comply with this Agreement. Although we cannot absolutely control whether minors gain unauthorized access to the Products, access may be terminated without warning if we believe that You are underage or otherwise ineligible.

5. CHARGES. You agree that RingCentral may charge to Your credit card or other payment mechanism selected by You and approved by RingCentral ("Your Account") all amounts due and owing for the Products, including Product fees, set up fees, subscription fees, or any other fee or charge associated with Your Account. RingCentral may change prices at any time, including changing from a free service to a paid service and charging for Products that were previously offered free of charge; provided, however, that RingCentral will provide You with prior notice and an opportunity to terminate Your Account if RingCentral changes the price of a Product to which You are subscribed and will not charge you for a previously free Product unless you have been notified of the applicable fees and agreed to pay such fees. You agree that in the event RingCentral is unable to collect the fees owed to RingCentral for the Products through Your Account, RingCentral may take any other steps it deems necessary to collect such fees from You

CONFIDENTIAL                              E-2

and that You will be responsible for all costs and expenses incurred by RingCentral in connection with such collection activity, including collection fees, court costs and attorneys' fees. You further agree that RingCentral may collect interest at the lesser of 1.5% per month or the highest amount permitted by law on any amounts not paid when due.

6. LIMITATIONS ON USE. The Products may be used for internal business or consumer purposes only. You will not reproduce, resell, or distribute the Products or any reports or data generated by the Products for any purpose unless You have been specifically permitted to do so under a separate agreement with RingCentral. You will not offer or enable any third parties to use the Products purchased by You, display on any website or otherwise publish the Products or any Content obtained from a Product (other than Content created by You) or otherwise generate income from the Products or use the Products for the development, production or marketing of a service or product substantially similar to the Products. You shall not engage in any activity or use the Products in any manner that could damage, disable, overburden, impair or otherwise interfere with or disrupt the Products, or any servers or networks connected to the Products or Zoom's or RingCentral's security systems.

7. PROPRIETARY RIGHTS. Zoom and/or RingCentral and/or Zoom's or RingCentral's suppliers, as applicable, retain ownership of all proprietary rights in the Products and in all trade names, trademarks, service marks, logos, and domain names ("Marks") associated or displayed with the Products. You may not frame or utilize framing techniques to enclose any Marks, or other proprietary information (including images, text, page layout, or form) of Zoom or RingCentral without express written consent. You may not use any meta tags or any other "hidden text" Zoom Marks without Zoom's or RingCentral's express written consent, as applicable.

8. COPYRIGHT. You may not post, modify, distribute, or reproduce in any way copyrighted material, trademarks, rights of publicity or other proprietary rights without obtaining the prior written consent of the owner of such proprietary rights. Zoom or RingCentral may deny access to the Products to any User who is alleged to infringe another party's copyright. Without limiting the foregoing, if You believe that Your copyright has been infringed, please provide RingCentral's Copyright Agent with the following information: (i) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (ii) a description of the copyrighted work that You claim has been infringed; (iii) a description of where the material that You claim is infringing is located on the Products; (iv) Your address, telephone number, and email address; (v) a written statement by You that You have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; (vi) a statement by You, made under penalty of perjury, that the above information in Your notice is accurate and that You are the copyright owner or authorized to act on the copyright owner's behalf. RingCentral's Copyright Agent for notice of claims of copyright infringement can be reached as follows: email: legal@ringcentral.com; regular mail: RingCentral, Inc., Attn: Legal, 1400 Fashion Island Blvd., 7th Floor, San Mateo, CA 94404. In the event Your content is removed pursuant to this process, You will receive information on how to file a counter-notice. Notices and counter-notices are legal notices distinct from regular Product activities or communications. As such, they are not subject to Zoom's Privacy Policy. This means Zoom may publish or share them with third parties at our discretion, and Zoom may produce them pursuant to a legal discovery request.

9. TERMINATION. You may terminate Your Account to the same extent, and on the same terms, as termination of your general RingCentral account.

10. EXPORT RESTRICTIONS. You acknowledge that the Products, or portion thereof may be subject to the export control laws of the United States. You will not export, re-export, divert, transfer or disclose any portion of the Products or any related technical information or materials, directly or indirectly, in violation of any applicable export law or regulation.

11. INJUNCTIVE RELIEF. You acknowledge that any use of the Products contrary to this Agreement, or any transfer, sublicensing, copying or disclosure of technical information or materials related to the Products, may cause irreparable injury to Zoom, its affiliates, suppliers and any other party authorized by Zoom to resell, distribute, or promote the Products ("Resellers"), and under such circumstances Zoom, its affiliates, suppliers and Resellers will be entitled to equitable relief, without posting bond or other security, including, but not limited to, preliminary and permanent injunctive relief.

12. NO WARRANTIES. YOU UNDERSTAND AND AGREE THAT THE PRODUCTS ARE PROVIDED "AS IS" AND ZOOM, RINGCENTRAL, AND ZOOM'S AND RINGCENTRAL'S AFFILIATES, SUPPLIERS AND RESELLERS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. ZOOM, RINGCENTRAL, AND ZOOM'S AND RINGCENTRAL'S AFFILIATES, SUPPLIERS AND RESELLERS MAKE NO WARRANTY OR REPRESENTATION REGARDING THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE PRODUCTS, REGARDING THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH THE PRODUCTS OR THAT THE PRODUCTS WILL MEET ANY USER'S REQUIREMENTS, OR BE UNINTERRUPTED, TIMELY, SECURE OR ERROR FREE. USE OF THE PRODUCTS IS AT YOUR SOLE RISK. ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE PRODUCTS IS AT YOUR OWN DISCRETION AND RISK. YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOU RESULTING FROM THE USE OF THE PRODUCTS. THE ENTIRE RISK ARISING OUT OF USE OR PERFORMANCE OF THE PRODUCTS REMAINS WITH YOU. ZOOM DOES NOT ASSUME ANY RESPONSIBILITY FOR RETENTION OF ANY USER INFORMATION OR COMMUNICATIONS BETWEEN USERS. ZOOM CANNOT GUARANTEE AND DOES NOT PROMISE ANY SPECIFIC RESULTS FROM USE OF THE PRODUCTS. USE IS AT YOUR OWN RISK. You agree to indemnify, defend and hold harmless Zoom, RingCentral, and Zoom's and RingCentral's affiliates, officers, directors, employees, consultants, agents, suppliers and Resellers from any and all third party claims, liability, damages and/or costs (including, but not limited to, attorneys' fees) arising from Your use of the Products, Your violation of this Agreement or the infringement or violation by You or any other user of Your account, of any intellectual property or other right of any person or entity. Without limiting the foregoing, the Products are not designed or licensed for use in hazardous environments requiring fail-safe controls, including without limitation operation of nuclear facilities, aircraft navigation/communication systems, air traffic control, and life support or weapons systems. Without limiting the generality of the foregoing, Zoom, RingCentral, and Zoom's and RingCentral's affiliates, suppliers and Resellers specifically disclaim any express or implied warranty of fitness for such purposes.

13. PRIVACY. Use the Products is also subject to Zoom's Privacy Policy, a link to which is located at the footer on Zoom's website, and which is incorporated into this Agreement by this reference. Additionally, You understand and agree that RingCentral may contact You via e-mail or otherwise with information relevant to Your use of the Products, regardless of whether You have opted out of receiving such notices. You also agree to have Your name and/or email address listed in the header of certain communications You initiate through the Products.

14. LIMITATION OF LIABILITY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL ZOOM, RINGCENTRAL, OR ZOOM'S OR RINGCENTRAL'S AFFILIATES, SUPPLIERS OR RESELLERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, EXEMPLARY OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS OR DAMAGE) ARISING OUT OF THE USE OF OR INABILITY TO USE THE PRODUCTS OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL OR OTHER SUPPORT SERVICES, WHETHER ARISING IN TORT (INCLUDING NEGLIGENCE) CONTRACT OR ANY

OTHER LEGAL THEORY, EVEN IF ZOOM, RINGCENTRAL, OR ZOOM'S OR RINGCENTRAL'S AFFILIATES, SUPPLIERS OR RESELLERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, ZOOM'S, RINGCENTRAL'S AND ZOOM'S AND RINGCENTRAL'S AFFILIATES', SUPPLIERS' AND RESELLERS' MAXIMUM CUMULATIVE LIABILITY AND YOUR EXCLUSIVE REMEDY FOR ANY CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT WILL BE LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE PRODUCTS (IF ANY) IN THE ONE (1) MONTH PRECEDING THE EVENT OR CIRCUMSTANCES GIVING RISE TO SUCH CLAIMS. Because some states and jurisdictions do not allow the exclusion or limitation of liability, the above limitation may not apply to You.

15. MISCELLANEOUS

15.1 Choice of Law and Forum. This Agreement shall be governed by and construed under the laws of the State of California, U.S.A., as applied to agreements entered into and to be performed in California by California residents. The parties consent to the exclusive jurisdiction and venue of the state courts located in and serving Santa Clara County or San Mateo County, California and the federal courts in the United States District Court for the Northern District of California.

15.2 Waiver and Severability. Failure by either party to exercise any of its rights under, or to enforce any provision of, this Agreement will not be deemed a waiver or forfeiture of such rights or ability to enforce such provision. If any provision of this Agreement is held by a court of competent jurisdiction to be illegal, invalid or unenforceable, that provision will be amended to achieve as nearly as possible the same economic effect of the original provision and the remainder of this Agreement will remain in full force and effect.

15.3 General Provisions. This Agreement embodies the entire understanding and agreement between the parties respecting the subject matter of this Agreement and supersedes any and all prior understandings and agreements between the parties respecting such subject matter, except that if You or Your company have executed a separate written agreement or you have signed an order form referencing a separate agreement governing your use of the Products, then such agreement shall control to the extent that any provision of this Agreement conflicts with the terms of such agreement. Zoom may elect to change or supplement the terms of this Agreement from time to time at its sole discretion. RingCentral will exercise commercially reasonable business efforts to provide notice to You of any material changes to this Agreement. Within five (5) business days of posting changes to this Agreement, they will be binding on You. If You do not agree with the changes, You should discontinue using the Products. If You continue using the Products after such five-business-day period, You will be deemed to have accepted the changes to the terms of this Agreement. In order to participate in certain Products, You may be notified that You are required to download software and/or agree to additional terms and conditions. Unless expressly set forth in such additional terms and conditions, those additional terms are hereby incorporated into this Agreement. This Agreement has been prepared in the English Language and such version shall be controlling in all respects and any non-English version of this Agreement is solely for accommodation purposes. All notices or other correspondence to RingCentral under this Agreement must be provided to the email address set forth in Section 9 above, or other contact information as provided by RingCentral for such purpose. Any and all rights and remedies of Zoom or RingCentral upon Your breach or other default under this Agreement will be deemed cumulative and not exclusive of any other right or remedy conferred by this Agreement or by law or equity on Zoom or RingCentral, and the exercise of any one remedy will not preclude the exercise of any other. The captions and headings appearing in this Agreement are for reference only and will not be considered in construing this Agreement.

**Zoom-RingCentral Strategic Alliance Agreement**

## EXHIBIT F

### TIER 3 CUSTOMER SUPPORT

1. **Issue Reporting**

   1.1. "**Trouble Ticket**" means: (i) a notification by RingCentral advising Zoom of a perceived Network (as defined below) fault, issue with the Service, problem during development of software to integrate with the Service, or question concerning the Service.

   1.2. RingCentral shall report trouble tickets to Zoom by (i) online submission via https://support.zoom.us, (ii) e-mail submission via support@zoom.us, or (iii) phone dial in +1.408.912.1054.

2. **Priority Levels**

   2.1. When a Trouble Ticket is initiated with Zoom's technical support team, it shall be classified according to the following Priority levels (each, a "**Priority Level**" and, collectively, the "**Priority Levels**"):

      2.1.1. **Priority 1 - Urgent:** The Network is "down," operation of the Network is severely degraded, or there is a critical impact to the Service due to a fault with the Network or other software or hardware issue. Examples include failures of Zoom's transmission services or core Network infrastructure. Zoom will commit all necessary resources around the clock to resolve this situation.

      2.1.2. **Priority 2 - High:** Significant aspects of the Service are negatively affected by inadequate performance of the Network or other software or hardware issues. Zoom will commit full-time resources during Zoom's normal business hours to resolve the situation and standard technical support team resources outside of Zoom's normal business hours as reasonably necessary.

      2.1.3. **Priority 3 - Medium:** Operational performance of the Service is impaired while most business operations remain functional. Zoom shall commit reasonable resources during Zoom's normal business hours to restore service to a satisfactory level or to assist RingCentral in resolving such problems.

      2.1.4. **Priority 4 – Low: Informational or Configuration Change Request:** RingCentral requires information or assistance with Service's capabilities, installation or configuration and there is little to no effect on its business operations. Included are requests for configuration changes to existing

Services or Service changes. Such requests will be handled within Zoom's normal business hours.

2.2. RingCentral shall initially specify the Priority Level associated with any Trouble Ticket in accordance with the definitions above (the "**Initial Categorization**"). In the event Zoom reasonably and in good faith disputes the Initial Categorization, Zoom's and RingCentral's designated representatives shall promptly confer and cooperate in good faith to agree on an appropriate Priority Level.  They shall discuss, without limitation:

- The technical nature of the problem;
- The effect of this problem on Customers, including the number of Customers affected and the degree to which they are affected; and
- The effect of this problem on RingCentral's operations and business.

If Zoom's and RingCentral's designated representatives cannot agree on a Priority Level within one (1) day of the reporting of the incident, the incident shall be escalated to a VP-level or higher representative of both Zoom and RingCentral (collectively, the "**Officer Representatives**").    The Officer Representatives shall promptly confer and cooperate in good faith to agree on the appropriate Priority Level and shall discuss, without limitation, the issues set forth in the preceding paragraph.  If the Officer Representatives cannot agree on a Priority Level within four (4) days of the reporting of the incident, each party may seek whatever remedies are available to it under law and equity, including without limitation any damages resulting from Zoom's failure to categorize and handle the issue under the appropriate Priority Level.

During any dispute between Zoom and RingCentral relating to the Priority Level of any problem, Zoom shall use commercially reasonable efforts to resolve such problem in a reasonable timeframe in light of the significance of the problem, and no such dispute shall relieve Zoom of its obligation to resolve the problem under the terms of this Agreement.  Zoom shall resolve the problem at least as quickly as it would be required to do so under the Priority Level it reasonably believes in good faith should be assigned to the problem.

## 3.  **Business Hours**

3.1. Zoom shall offer 24/7 phone support to RingCentral for Priority 1 issues. All other priorities will be supported via e-mail during normal business hours (8 am to 5 pm PT). Zoom shall provide escalation contact information based on day of the week and time of day.

## EXHIBIT G

### OPERATIONAL AND SUPPORT SERVICE LEVEL AGREEMENTS

This Service Level Agreement outlines the level of service that Zoom shall provide for the contracted services set forth in the Agreement and the remedies for deficiencies therein.

1. **Network Definition**

   1.1. The Zoom Service Network ("**Network**") includes a combination of any or all of the following: (i) any software provided by Zoom under this Agreement, including without limitation the Zoom Hybrid Meeting Connector and Service Clients; (ii) any Zoom APIs; (iii) any facilities, physical infrastructure (including external power sources), supporting network elements, interfaces to the Internet, support services, hardware and software, and other resources that are used by Zoom to provide the Service and are under Zoom's control; and (iv) facilities and resources under the direct management and control of Zoom to provide the foregoing.  For the avoidance of doubt, "Network" does not include any products or services provided by third parties (a) which are not under the direction and control of Zoom (including, without limitation, products purchased by Zoom) and (b) with which Zoom does not have a service level agreement.

2. **Network Availability**

   2.1. The Service shall be available twenty-four (24) hours a day, seven (7) days per week, three hundred sixty-five (365) days per year (three hundred sixty-six (366) days during leap years).

   2.2. Zoom shall provide RingCentral with ▮▮▮▮ Network Availability. Zoom's Network Availability is measured based on the cumulative number of minutes that the Network was "Unavailable" (as defined below) per calendar month (calculated on a 30-day basis) in relation to the total number of minutes in that calendar month.  "**Unavailability**" is defined as a service outage due to failure of the Zoom Network resulting in RingCentral or any Customer being unable to use the Service. Network Unavailability shall not include the unavailability of the Network resulting from any of the following events ("**Excluded Events**"): (a) negligent acts or omissions of RingCentral; (b) the malfunction of equipment, applications, or systems not owned, controlled, or provided by Zoom; or (c) Scheduled Maintenance.

   2.3. "**Scheduled Maintenance**" shall be any maintenance, alterations, implementations, upgrades, or any other changes to the Zoom Network that are scheduled by Zoom in accordance with this Agreement.  Zoom must provide RingCentral at least forty-eight (48) hours' notice prior to beginning Scheduled Maintenance.  Zoom shall perform Scheduled Maintenance only between 11 pm

and 3 am PT.  Zoom may perform up to one-hundred twenty (120) minutes of Scheduled Maintenance per calendar month.   Any scheduled maintenance beyond this limit shall not be deemed Scheduled Maintenance and shall count against Network Availability.

2.4. In the event Zoom is unable to provide RingCentral with ▮▮▮▮ Network Availability, Zoom shall provide RingCentral with Non-Performance Compensation ("**NPC**") in the following NPC Percentages (as defined below):

| Network Availability | NPC Percentage |
|---|---|
| ▮▮▮ | ▮ |
| ▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ |

2.5. Notwithstanding Section 2.4 above, Zoom shall not owe NPC for failure to meet Network Availability to the extent the failure is due to solely to the performance of Free Conference Call Global, LLC or its affiliates ("**FCC**") in providing the PSTN audio stream for the Service.  For the avoidance of doubt, Zoom's failure to meet the Network Availabilities above due to issues with FCC shall not waive RingCentral's rights under Section 8 below, when applicable.  Zoom shall use commercially reasonable efforts to obtain a service level agreement with FCC within ninety (90) days of the Effective Date that is sufficient to achieve 99.99% Network Availability for the Service.

3. **Target Resolution and Response Times**

3.1. The "**Response Time**" for a Trouble Ticket shall be the time (a) commencing when Zoom receives a proper Trouble Ticket from Customer or a Zoom engineer internally registers a fault or issue on RingCentral's behalf and (b) ending when an Zoom engineer is assigned and RingCental receives notification that the Trouble Ticket has been logged.

3.2. The "**Resolution Time**" for a Trouble Ticket shall be the time (a) commencing when Zoom receives a proper Trouble Ticket from RingCentral or a Zoom engineer internally registers a fault or issue on RingCentral's behalf and (b) ending when the issue underlying the Trouble Ticket has been corrected or a temporary fix or work-around has been provided to restore the Services to proper functionality.

3.3. When a Trouble Ticket is initiated with Zoom's technical support team, it shall be addressed within the following Target Resolution Times for the indicated Priority Levels:

**Priority 1:** The Target Resolution Time shall be one (1) hour and the Response Time shall be fifteen (15) minutes.  RingCentral will receive a

**Zoom-RingCentral Strategic Alliance Agreement**

report when the problem is discovered, an ongoing report every thirty (30) minutes, and a report when the problem is resolved.

**Priority 2**: The Target Resolution Time shall be twenty-four (24) hours and the Response Time shall be thirty (30) minutes. RingCentral will receive a report when the problem is discovered, an ongoing report every four (4) hours, and a report when the problem is resolved.

**Priority 3:** The Target Resolution Time shall be ten (10) business days and the Response Time shall be one (1) business day. RingCentral will receive an ongoing status updates via e-mail.

**Priority 4:** The Target Resolution Time shall be fifteen (15) business days and the Response Time shall be one (1) business day. RingCentral will receive an ongoing status updates via e-mail.

4.1. In the event Zoom fails to meet the response or resolution times set forth above (calculated each calendar month), it will issue NPC to RingCentral as follows as an NPC Percentage (as defined below):

| Percentage of Trouble Tickets Not In Compliance | Priority 1 | | Priority 2 | | Priority 3 | |
|---|---|---|---|---|---|---|
| | **Response** | **Resolution** | **Response** | **Resolution** | **Response** | **Resolution** |
| ███████ | ██ | ███ | ███ | ███ | ███ | ███ |
| ███████ | | | | | | |
| ███████ | | | | | | |
| ████ | ██ | | ███ | | ██ | ███ |

## 5. Resolution Process

5.1. If a problem cannot be resolved immediately, the escalation will be determined based upon the Priority level assigned to the Trouble Ticket. Zoom support personnel will <u>not</u> directly contact Customers without prior written authorization from RingCentral.

## 6. Non-Performance Compensation

6.1. An "**NPC Percentage**" is a percentage of the Service Fee in the applicable calendar month in which the NPC Percentage was earned under this SLA (the "**Zoom Revenue At Risk**"). An NPC Percentage is earned in the calendar month in which Zoom fails to meet the applicable term of this SLA.

6.2. The "**Total NPC Percentage**" for any calendar month shall be the sum of all applicable NPC Percentages under this Agreement due to Zoom's failure to comply with this SLA during that month. In the event the Total NPC Percentage

**Zoom-RingCentral Strategic Alliance Agreement**

is greater than ████████████████████████████████
████████

6.3. The "**Total NPC**" shall by the Total NPC Percentage multiplied by the Monthly Zoom Revenue At Risk.

6.4. RingCentral shall receive, as a credit, the Total NPC for any calendar month within thirty (30) days from the end of that month.

7. **Reporting**

7.1. Zoom shall report, by the tenth (10th) business day of each calendar month, the following information for the previous calendar month, in a format to be mutually agreed upon by the parties (an "**SLA Report**"):

(a) Network Availability;
(b) Its performance on the metrics set forth in Sections 2 of this SLA; and
(c) The Resolution Times and Response Times for all Trouble Tickets, organized by Priority Level, that were open at any time during the previous calendar month.

The SLA Report shall be certified as complete and accurate by an appropriate officer of Zoom.

7.2. RingCentral may challenge any part of the SLA Report as incomplete or inaccurate or request additional information that supports the SLA Report. In this case, RingCentral and Zoom shall promptly confer in good faith to resolve the dispute or fulfill the request. Zoom shall provide reasonable cooperation with RingCentral to resolve the dispute or fulfill the request, including without limitation providing any information or documentation that RingCentral may reasonably request.

8. **Termination for Repeated Failures**

8.1. The occurrence of any of the following conditions shall be deemed a "**Performance Trigger**":

(a) Network Availability falls below ████ in each of two (2) consecutive calendar months;
(b) Three (3) Priority 1 problems occur in any thirty (30) day period;
(c) Three (3) Priority 2 problems occur in any ninety (90) day period.
(d) Zoom fails to meet the applicable Resolutions Times for any Priority 1 or Priority 2 problems in each of three (3) consecutive calendar months.

8.2. In the event that a Performance Trigger occurs, RingCentral may terminate this Agreement immediately upon fifteen (15) days' written notice. For the

CONFIDENTIAL                    E-11

**Zoom-RingCentral Strategic Alliance Agreement**

avoidance of doubt, any such termination shall not waive any of RingCentral's rights to receiving NPC for the events that gave rise to the Performance Trigger.

EXHIBIT 1, Page 35 of 97

## FIRST AMENDMENT TO ZOOM—RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

This first Amendment to the Zoom-RingCentral Strategic Alliance Agreement (the "First Amendment") is dated effective [Apr 11], 2014 (the "First Amendment Effective Date") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "Agreement"). Any capitalized term used herein but not expressly defined in this First Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the prices and features of the Zoom Service that RingCentral may purchase and resell;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1. Exhibit A is amended in its entirety to state:

### DESCRIPTION OF THE SERVICE

**Standard Edition:** Group meetings with up to 4 people per meeting for unlimited minutes.
**Premium Edition:** Group meetings with up to 25 people per meeting for unlimited minutes.
**Enterprise Edition:** Group meetings with up to 50 people per meeting for unlimited minutes.

HD Video Conferencing
- Meeting participant limits as set forth above
- HD video and HD voice
- High quality screen sharing
- Join by teleconferencing
- Active or spotlight speaker
- Dual stream for dual screen
- Single sign-on

Mobility
- Mobile start or join
- Email, SMS and IM invitation
- Mobile content sharing
- Mobile remote control
- Dynamic layout
- Mac, Windows, iOS and Android (not all features available on all platforms)

EXHIBIT 1, Page 36 of 97

Web Meetings
- Instant or scheduled meetings
- Recurring meeting ID
- Recording and playback (MP4 format) (not included in the first release)
- Mouse/keyboard control
- Annotations
- Private or group chat
- Host controls and security
- REST API

Hybrid Cloud Service
- Meeting Connector for private cloud
- Virtualized software setup in minutes
- Scale and add capacity easily
- Local high-availability
- 24x7 online monitoring
- Instant global service backup

Security
- Role based access control
- Single sign-on access control
- HTTPS access
- SSL communications
- AES 128 bits encryption
- Host security controls

2. Exhibit B is hereby amended in its entirety to state:

**PRICING**

RingCentral and its Affiliates may market, promote, and resell, as a bundle, UMX as follows, as well as in any other editions RingCentral or its Affiliates may offer now or in the future, whether directly or in conjunction with its or its Affiliates' partners and resellers (as a bundled feature of that edition or as an additional feature at additional cost).

RingCentral will pay Zoom for each Active User subscribing to the Standard and Premium Editions of RingCentral Office as follows:

**Table 1: Standard and Premium Pricing**

| RC Office Edition | Price Per Active User Per Month | |
|---|---|---|
| | **RingCentral Hosts** | **Zoom Hosts** |
| Standard | ■ | ■ |
| Premium | | |

The pricing in Table 1 is per Active User in a calendar month.  A user is deemed an "<u>Active User</u>" in a calendar month if, during the preceding calendar month, that user launched at least one (1) meeting with at least ██████ participants (including the organizer).

RingCentral will pay Zoom for each user subscribing to the Enterprise Edition of RingCentral Office as follows:

**Table 2: Enterprise Pricing**

| | Number of Users | Price Per User Per Month for All Users in That Band | | | |
|---|---|---|---|---|---|
| | | RingCentral Hosts | | Zoom Hosts | |
| Band One | ████████ | ████████ | | ████████ | |
| Band Two | | | | | |
| Band Three | | | | | |

The number of users of Enterprise Edition in a calendar month shall be the total number of users of Enterprise Edition on the last day of the preceding calendar month.

The price for each band of users in Table 2 applies to all users in that band and not to any others outside of that band. ████████████████████████████████████████████████████████████████████

The Parties shall negotiate reasonably and in good faith the pricing terms and participant limits for future RingCentral Office editions not listed in Tables 1 or 2.  In addition, if after one (1) year from the Effective Date the actual usage of the Services is materially different from the Parties' expectations, the Parties shall confer in good faith whether the pricing set forth herein should be amended; *provided, however*, the foregoing shall not obligate a Party to agree to any such amendments.

For every RingCentral Office edition, Zoom shall provide RingCentral the business version of UMX with full functionality and the participant limits set forth in Exhibit A.

For so long as RingCentral hosts the Zoom Hybrid Meeting Connector, RingCentral shall pay Zoom the amount under "RingCentral Hosts" columns of Tables 1 and 2.  For so long as Zoom hosts the Zoom Hybrid Meeting Connector, RingCentral shall pay Zoom the amount under "Zoom Hosts" columns of Tables 1 and 2.

For the avoidance of doubt as set forth in Section 6, these Service Fees shall apply only to the extent RingCentral includes the Services in the applicable edition of RingCentral Office.

Within thirty (30) days after the first year after RingCentral's commercial launch of the Services (the "**First Year**"), if the Service Fees from the resale of the Services in the Enterprise Edition earned in the First Year do not equal or exceed the First Year Revenue Commitment (defined below), RingCentral will pay Zoom the difference between the Service Fees earned in the First Year and the First Year Revenue Commitment.

The "**First Year Revenue Commitment**" shall be calculated as follows:



3. Except as expressly amended by Sections 1 and 2 of this First Amendment, all other terms and conditions of the Agreement shall remain unchanged and in full force and effect.

4. This First Amendment may be signed in counterparts and delivered by facsimile or e-mailed PDF or other electronic file. Each such counterpart will constitute an original document, and the counterparts, taken together, will constitute one and the same instrument. A scanned or facsimile copy of a Party's signature page shall be deemed to be an original.

IN WITNESS WHEREOF, the Parties have each caused this Agreement to be signed and delivered by its duly authorized representative as of the First Amendment Effective Date.

| **Zoom Video Communications, Inc.** | **RingCentral, Inc.** |
|---|---|
| By: _____ | By: *John M* (DocuSigned by) 62E585D6F9644E1 |
| Name: _____ | Name: John Marlow |
| Title: _____ | Title: General Counsel |
| Date: _____ | Date: 4/18/2014 |



3. Except as expressly amended by Sections 1 and 2 of this First Amendment, all other terms and conditions of the Agreement shall remain unchanged and in full force and effect.

4. This First Amendment may be signed in counterparts and delivered by facsimile or e-mailed PDF or other electronic file. Each such counterpart will constitute an original document, and the counterparts, taken together, will constitute one and the same instrument. A scanned or facsimile copy of a Party's signature page shall be deemed to be an original.

IN WITNESS WHEREOF, the Parties have each caused this Agreement to be signed and delivered by its duly authorized representative as of the First Amendment Effective Date.

| Zoom Video Communications, Inc. | RingCentral, Inc. |
|---|---|
| By: _(signature)_ | By: _____ |
| Name: _Eric S. Yuan_ | Name: _____ |
| Title: _CEO_ | Title: _____ |
| Date: _Apr, 11, 2014_ | Date: _____ |

EXHIBIT 1, Page 40 of 97

**SECOND AMENDMENT**
**to the Zoom Video Communications -**
**RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT**

This Second Amendment ("**2nd Amendment**") to the **ZOOM-RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT** bearing an Effective Date of October 8, 2013 (the "**Agreement**") is made and hereby entered into on the 30th day of June 2015 (the "2nd Amendment Execution Date") by and between **RingCentral, Inc., ("RINGCENTRAL")** and **Zoom Video Communications, Inc. ("ZOOM")**

WHEREAS, RINGCENTRAL and ZOOM hereby mutually agree to modify and amend the terms of the Agreement;

NOW, THEREFORE, in consideration of the mutual promises and in accordance with the terms and conditions in the Agreement and hereinafter set forth, the Parties agree as follows:

1. Section 16 (a) of the Agreement is deleted in its entirety and replaced with the following:

"**Term.** The initial term of this Agreement shall commence on the Effective Date and unless terminated earlier in accordance with Section 16 (b), expire on June 30, 2015 ("**Initial Term**"). At the end of the Initial Term, this Agreement will automatically renew for additional consecutive one (1) year periods (each a "**Renewal Term**"), unless either party provides advance written notice of non-renewal at least one hundred-fifty (150) days prior to the end of the Initial Term or any then-current Renewal Term. The Initial Term and any Renewal Terms are together referred to herein as the "**Term**".

2. Effective July 1, 2015, RingCentral agrees to an Annual Revenue Commitment ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Zoom shall bill RingCentral quarterly (within 30 days of the end of a calendar quarter) for actual Service Fees calculated based on the then current pricing across all editions (currently Standard, Premium and Enterprise), of RingCentral Office. Within thirty (30) days after the end of a Renewal Term, if Service Fees earned in such Renewal Term do not equal or exceed the Annual Revenue Commitment, RingCentral will pay Zoom the difference between the Service Fees earned in the Year and the Annual Revenue Commitment.

[Signature page follows]

**RingCentral, Inc.**

By: _____
          Signature

_____
          Printed Name
2/22/14
_____
          Title
6/30/2015
_____
          Date

**Zoom Video Communications, Inc.**

By: _____
          Signature

_____
          Printed Name

_____
          Title

_____
          Date

## THIRD AMENDMENT TO ZOOM—RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

This third Amendment to the Zoom-RingCentral Strategic Alliance Agreement (this "**Third Amendment**") is dated effective December 18, 2015 (the "**Third Amendment Effective Date**") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "**Agreement**").   Any capitalized term used herein but not expressly defined in this First Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the Agreement to include additional Zoom products and services that RingCentral shall resell on the terms set forth herein;

WHEREAS, Zoom shall provide certain services and support to RingCentral in connection with the resale of these additional Zoom products and services, as further described in this Agreement;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1. **Definitions.**

   (a)   "**Branding**" has the meaning set forth in Section 9.

   (b)   "**New Services**" means the Zoom Room Connector and Zoom Rooms.

   (c)   "**New Services Deliverables**" has the meaning set forth in Section 5

   (d)  "**New Services Revenue Share**" has the meaning set forth in Section 10.

   (e)   "**Zoom Room Connector**" means the Zoom Room Connector product offered by Zoom, as described in **Exhibit H**.

   (f)   "**Zoom Room Connector Delivery Date**" means December 31, 2015.

   (g)   "**Zoom Room Connector Launch Date**" means February 1, 2016.

   (h)   "**Zoom Room Connector Revenue**" is any revenue billed by RingCentral, its Affiliates, or their respective partners or resellers for the Zoom Room Connector under this Agreement.

DocuSign Envelope ID: E88FCF3A-4483-49BB-A925-545D7B8587F3

(i)     "**Zoom Room Connector Server**" means the server-side software required to enable the Zoom Room Connector for Customers.  Zoom Room Connector Server excludes any software or other components required to provide Zoom's general meeting service.

(j)     "**Zoom Rooms**" means the Zoom Rooms product offered by Zoom, as described in **Exhibit I**.

(k)     "**Zoom Rooms Delivery Date**" means January 15, 2016.

(l)     "**Zoom Rooms Infrastructure**" has the meaning set forth in Section 4(b).

(m)    "**Zoom Rooms Launch Date**" means May 1, 2016.

(n)     "**Zoom Rooms Revenue**" is any revenue billed by RingCentral, its Affiliates, or their respective partners or resellers for Zoom Rooms under this Agreement.

2.  **Amendments to Definitions Under the Agreement.**

(a)     **Amendment to Definition of Service Fees.**  As of the Third Amendment Effective Date, the term "**Services Fees**" under the Agreement is hereby amended to the following:

> "**Service Fees**" shall mean the fees that Zoom charges RingCentral for the Service when RingCentral resells the Service to Customers.  The initial Service Fees are specified in **Exhibit B** and are subject to change as specified in Section 6.  The Service Fees also include the New Services Revenue Share (and are not subject to change except by mutual written agreement of the Parties).

(b)     **Amendment to Definition of Service.**  As of the Third Amendment Effective Date and except as indicated below, the term "**Service**" under the Agreement is hereby extended to include the New Services.

> "**Service**" shall mean (a) the Zoom Unified Meeting Experience Service, as more fully described in **Exhibit A** and the Specifications, (b) the Zoom Room Connector and the Zoom Room Connector Server, and (c) Zoom Rooms. The Service is currently available only in English, but other language versions will be included as part of the Service and licensed to RingCentral and its Affiliates at no extra charge if and when they are made generally available by Zoom.  Zoom shall localize the Service to British English, Canadian French, French, and Spanish with a reasonable period of time of request by RingCentral.  In addition, Zoom and RingCentral shall mutually agree to localize the Service for any additional languages.

Notwithstanding the foregoing, the term "**Services**" shall not be so amended (as shall remain as defined in the Agreement prior to the Third Amendment) with respect to Sections 2(d), 3(a), 3(e), 3(f), 6, or 10 of the Agreement.

DocuSign Envelope ID: E88FCF3A-4483-49BB-A925-545D7B8587F3

(c)    **Amendment to Definition of "Network" for Support and SLAs.**  As of the Third Amendment Effective Date, the term "**Network**" under **Exhibit G** of the Agreement is hereby amended to the following.

> The Zoom Service Network ("**Network**") includes a combination of any or all of the following: (i) any software provided by Zoom under this Agreement, including without limitation the Zoom Hybrid Meeting Connector, Service Clients, and the Zoom Room Connector Server; (ii) any Zoom APIs; (iii) any facilities, physical infrastructure (including external power sources), supporting network elements, interfaces to the Internet, support services, hardware and software, and other resources that are used by Zoom to provide the Service and are under Zoom's control; and (iv) facilities and resources under the direct management and control of Zoom to provide the foregoing.  For the avoidance of doubt, "Network" does not include any products or services provided by third parties (a) which are not under the direction and control of Zoom (including, without limitation, products purchased by Zoom) and (b) with which Zoom does not have a service level agreement.

(d)    **Amendment to Definition of Zoom APIs.**  As of the Third Amendment Effective Date, the term "**Zoom APIs**" under the Agreement is hereby expanded to include the Zoom Room Connector purchase/provisioning/re-provisioning license API and the Zoom Rooms purchase/provisioning/re-provisioning license API, as set forth in Section 5 below.

3.   **Appointment.**

(a)    **Appointment.**  As of the Third Amendment Effective Date, Zoom hereby appoints RingCentral, and RingCentral accepts the right for RingCentral, to market and resell the New Services (as incorporated into RingCentral's or its Affiliates own services or services provided in conjunction with its or its Affiliates' resellers, whether as a standard feature or a feature at additional cost, in accordance with this Agreement) in the Territory.  For the avoidance of doubt, nothing in this Agreement shall be construed as requiring RingCentral to incorporate the New Services into RingCentral's products and services.

(b)    **Resale Terms/Termination/Suspension.**   RingCentral, its Affiliates, and their respective resellers may resell the Services to Customers at such prices and on such terms as they decide in their sole discretion; *provided, however*, in no case shall sales be on any terms prohibited by this Agreement, including but not limited to the provisions of Section 4 of the Agreement.  RingCentral, its Affiliates, and their respective resellers may each terminate or suspend Services to any Customer in its sole discretion, and Zoom shall not be entitled to any Service Fees (including, without limitation, Services Revenue Share) to which it would have been entitled in the absence of such termination or suspension.

(c) **Provision of the Service.**  For the avoidance of doubt, throughout the term of this Agreement, Zoom shall provide the New Services to RingCentral and its Affiliates and their respective Customers in accordance with the SLA; provided, however, subsection (b) to Section 2.2 of **Exhibit G** shall not apply to any malfunctions relating to the Zoom Room Connector Server.

(d) **Training and Documentation.** No later than the Room Connector Delivery Date and the Zoom Rooms Delivery Date, Zoom will provide, at no additional cost to RingCentral, training and documentation to the sales, operations, and support personnel of RingCentral to familiarize them with the Zoom Room Connector or Zoom Rooms, as applicable, including copies of documentation for those products. The training and documentation will explain at least how to use those products, how to troubleshoot problems, common problems Customers encounter with those products, and how to use, maintain, monitor, and configure those products, services, components, and other materials.  Training for the Zoom Room Connector will include training for the Zoom Room Connector Server.  RingCentral will be responsible for any Customer training other than help pages incorporated into those products.

(e) **No Minimum Commitments.**  Subject to Section 13 of this Third Amendment, RingCentral does not commit to selling any amount or volume of New Services. RingCentral may cease the offer for sale, sale, marketing, distribution, operation, support, or maintenance of any of all of the New Services at any time in its sole discretion.

4. **Hosting and Support**

(a) **Hosting of Zoom Connector.**  RingCentral shall host the Zoom Room Connector Server.  Zoom shall promptly provide reasonable assistance to RingCentral, at Zoom's sole expense, in installing, configuring, testing, hosting, managing, and maintaining the Zoom Room Connector Server and enabling the Zoom Room Connector through the Zoom Room Connector Server.  Zoom hereby grants RingCentral and its Affiliates a limited, worldwide, royalty-free, fully paid-up right and license for the Term to install, operate, use, copy, and maintain the Zoom Room Connector Server to provide the Zoom Room Connectors to RingCentral's and its Affiliates' resellers and Customers. Zoom shall reasonably consider in good faith any input RingCentral provides concerning the improvement of the performance, installation, operation, maintainability, or availability of the Zoom Room Connector Server.

(b) **Hosting of Zoom Rooms.**  Zoom will be responsible, at Zoom's sole expense, for installing, configuring, testing, hosting, managing, maintaining and providing Zoom Rooms, including without limitation the Zoom Room backend web services for configuring rooms and the Zoom Rooms calendar feature to sync with the "room" calendar resources (as further described in **Exhibit J**).  Notwithstanding the foregoing, RingCentral shall host the Zoom Hybrid Meeting Connector in connection with Zoom Rooms.  Zoom shall promptly provide reasonable assistance to RingCentral, at Zoom's sole expense, in installing, configuring, testing, hosting, managing, and maintaining, as applicable, any of the components set forth in this Section 4(b) ("**Zoom Rooms**

Infrastructure"). Zoom shall reasonably consider in good faith any input RingCentral provides concerning the improvement of the performance, operation, maintainability, or availability of the Zoom Rooms Infrastructure.

5. **Implementation Delivery of New Services Deliverables.** At no additional charge, Zoom will implement and deliver to RingCentral the following materials by the indicated dates (the "**New Services Deliverables**"). All such materials must meet the Branding requirements set forth in Section 9 below (as applicable).

(a) **Materials for Zoom Room Connector.** No later than the Zoom Room Connector Delivery Date, Zoom shall provide to RingCentral all of the following, in each as described in **Exhibit J** (which shall be deemed the Specifications for these deliverables).

- The Zoom Room Connector purchase/provisioning/re-provisioning license API.

- All necessary software for RingCentral to operate the Zoom Room Connector Server in RingCentral's data centers and documentation sufficient for RingCentral personnel to install, configure, test, host, manage, and maintain the Zoom Room Connector Server.

(b) **Materials for Zoom Rooms.** No later than the Zoom Rooms Delivery Date, Zoom shall provide to RingCentral all of the following, in each as described in **Exhibit J** (which shall be deemed the Specifications for these deliverables).

- The Zoom Rooms purchase/provisioning/re-provisioning license API.

- Client-side software for Zoom Rooms for Mac OS (which shall be deemed a "Service Client" for the purposes of the Agreement).

- iPad controller software for Zoom Rooms (which shall be deemed a "Service Client" for the purposes of the Agreement).

- Backend web services hosted by Zoom for the Zoom Rooms calendar feature.

- The Zoom Rooms Ad-Hoc Meeting Feature

6. **RingCentral's Acceptance of the New Service Deliverables.** For all New Service Deliverables, the Parties will follow the provisions of Section 3(f) of the Agreement (and be entitled to any rights or remedies thereunder), with the "**Service Clients**" in that section deemed the applicable New Service Deliverables for those purposes. Zoom shall maintain and update the Service Clients for new versions of the applicable operating systems.

7. **Planned Releases by RingCentral.** The Parties acknowledge and agree that RingCentral intends to release:

- (a) A beta release of the Zoom Room Connector in February 2016 and (b) a general availability release of the Zoom Room Connector by the Zoom Room Connector Launch Date; and

- (b) A beta release of the Zoom Rooms in April 2016 and (b) a general availability release of the Zoom Rooms by the Zoom Rooms Launch Date.

Zoom agrees to provide reasonable assistance to RingCentral to meet these release dates.

8. **Customer Support Materials.**  At no additional charge during the Term, Zoom will provide its own support materials and end user documentation for the Services (the "**Customer Support Materials**") in a format to be mutually agreed by the Parties.  RingCentral, its Affiliates, and their respective partners that resell the Services may rebrand, host, and redistribute the Customer Support Materials during the Term in their sole discretion.

9. **Branding.**  The New Services shall be branded with such brands and logos and in such manner as indicated by RingCentral in writing in its sole discretion ("**Branding**").  For the avoidance of doubt, RingCentral may require different Branding for different geographies or partners.  Zoom shall incorporate such Branding into the New Services.  In-meeting session windows in the Service shall be branded "powered by Zoom" in a reasonably conspicuous location.  No in-meeting session windows in the Service shall be branded "powered by Zoom" or otherwise display "Zoom" when RingCentral's products and services are sold through RingCentral's carrier partners, including without limitation AT&T.

10. **Changes to the New Services.**  Notwithstanding the provisions of Section 8 of the Agreement, Zoom may not remove any functionality set forth in Exhibits H, I, or J from the applicable software, components, or materials without RingCentral's prior, written consent.

11. **Revenue Share.**

    (a)  For each Zoom Room Connector licensed to a Customer, Zoom shall be entitled to the greater of

    (b)  For each Zoom Room licensed to a Customer, Zoom shall be entitled to the greater of

    (c)  For the avoidance of doubt, RingCentral has exclusive right to any Zoom Room Connector Revenue or Zoom Rooms Revenue to which Zoom is not entitled under this Section 10.

    (d)  New Service Revenue Share shall be calculated for each calendar month.  New Services Revenue Share shall be paid to Zoom within thirty (30) days after the conclusion of each calendar quarter for New Service Revenue billed in such calendar

quarter.  Each payment shall be accompanied by a statement specifying the amount of Zoom Room Connector Revenue and Zoom Rooms Revenue billed each month during the calendar quarter, organized by account.  For the avoidance of doubt, the foregoing revenue-share terms may not be modified during the Term or the EOL Period except by mutual written agreement of the Parties.

**(e)**   For the avoidance of doubt, the provisions of **<u>Exhibit B</u>** do not apply to subscriptions to the New Services.

**12.**  **Reporting by Zoom.**  Within thirty (30) calendar days after the beginning of each calendar month, Zoom shall provide RingCentral with a written report in a format to be mutually agreed by the Parties that includes the following information:

**(a)**   The total number of licenses of the Zoom Room Connector under this Agreement, organized by account, as of the first day of that calendar month; and

**(b)**   The total number of licenses of Zoom Rooms under this Agreement, organized by account, as of the first day of that calendar month.

**13.**  **Increase to Annual Revenue Commitment.**  Effective January 1, 2016, RingCentral agrees to increase the Annual Revenue Commitment to ████████████████████████████ ██████████████████████

IN WITNESS WHEREOF, the Parties have each caused this This Amendment to be signed and delivered by its duly authorized representative as of the Third Amendment Effective Date.

| **Zoom Video Communications, Inc.** | **RingCentral, Inc.** |
|---|---|
| By: _Gregory Holmes_ | By: _Kira Makagon_ |
| Name:  Gregory Holmes | Name:  Kira Makagon |
| Title:    Head of Sales | Title:    2/22/14 |
| Date:    12/18/2015 | Date:  12/18/2015 |

DocuSign Envelope ID: E88FCF3A-4483-49BB-A025-545D7B9587F7

## Exhibit H

## Zoom Room Connector Description

The Zoom Room Connector allows users to join a RingCentral Meeting using their H.323/SIP Video Conferencing System.

If a RingCentral Meeting is in-progress, a user may join a meeting with a H.323/SIP Video Conferencing System ("**VCS**") by:

- Entering a specific IP address and meeting ID on their VCS screen controller.

- Entering a pairing code into the RingCentral Meetings client.

A user may also start a meeting directly from a VCS by entering a unique host key in addition to the IP and Meeting ID on their VCS screen controller.

Neither Zoom nor RingCentral will sell the H.323/SIP Video Conferencing System hardware itself.  The equipment is purchased and maintained by RingCentral's customers themselves.

Further specifications of the Zoom Room Connector are Available in **Annex H-1** below, which was taken from http://zoom.us/roomconnector as of the effective date.

**<u>Annex H-1</u>**

DocuSign Envelope ID: E88FCF3A-4483-49BB-A925-545D7B9587E7

H.323/SIP Room Connector ❯

# Open Your Room Systems

Thousands of businesses use Zoom's room connector to extend their traditional H.323/SIP room systems to the cloud.

$49/mo

Request a Demo (http://zoom.us/livedemo)    Buy Now (http://zoom.us/buy?plan=pro&from=rc)



## Standards-Based

- Enable H.323/SIP room systems to communicate with desktop, tablet and mobile devices.
- Works with video endpoints from Polycom, Cisco, Lifesize, and others.
- Support H.264, H.239, H.235, and G.722 protocols.

Help



## Full-Featured

- Dual screen support for content and video streams.
- Active speaker or gallery video layout.
- Connect multiple H.323/SIP endpoints or MCU bridges.



## Flexible

- Cloud-based or on-premise (VM) room connector.
- Up to 200 video participants or 3000 view-only attendees.
- Computer VoIP audio, telephone dial-in or call-me.

Request a Demo (http://zoom.us/livedemo)    Buy Now (http://zoom.us/buy?plan=pro&from=rc)

**About**
**(http://zoom.us/about)**

Zoom Blog
(http://bit.ly/1Qrhhhc)
Customers
(http://zoom.us/customer)
Our Team
(http://zoom.us/team)
Why Zoom
(http://zoom.us/zoomisbetter)
Features
(http://bit.ly/1Qrhhhc)
Careers
(http://zoom.us/careers)

**Sales**
**(http://zoom.us/contactsales)**

1.888.799.9666
Contact Sales
(http://zoom.us/contactsales)
Plans & Pricing
(http://zoom.us/pricing)
Request a Demo
(http://zoom.us/livedemo)
Webinars and Events
(http://zoom.us/events)

**Support**
**(http://support.zoom.us)**

Account
(http://zoom.us/account)
Support Center
(http://support.zoom.us)
Feedback
(http://zoom.us/feed)
Contact Us
(http://zoom.us/contact)

 (http://www.linkedin.com/company/2532259)  (http://www.twitter.com/zoom_us)

Copyright ©2015 Zoom Video Communications, Inc. All rights reserved. (http://www.youtube.com/zoommeetings) (http://www.facebook.com/zoomwithus)

DocuSign Envelope ID: E88FCF3A-448349BB-A925-545D7B85877F3

## Exhibit I

### Zoom Rooms Description

Zoom Rooms is a video conferencing system ("**VCS**") solution where customers purchase their own hardware, and Zoom and RingCentral provide the software and port licenses needed to allow these customers to connect this VCS to a RingCentral web meeting. For customers, Zoom Rooms is a cheaper solution to traditional H.323/SIP video conferencing systems (e.g. Polycom, etc.).

Neither Zoom nor RingCentral will sell any of the hardware needed for a customer to build its own Zoom Room VCS.  The equipment is purchased and maintained by RingCentral customers themselves.  The hardware needed to be purchased by the customer includes an iPad, Mac Mini, camera, speaker/microphone, and television.

RingCentral will sell port licenses to RingCentral customers.  The port license allows the VCS to connect to the RingCentral Meetings cloud service.

If a RingCentral Meeting is in-progress, a user may join a meeting with their Zoom Room video conferencing system by entering the Meeting ID on the iPad controller.

A user may also start a meeting directly from the Zoom Room video conferencing system via the iPad controller.  This is very similar to starting a meeting from current RingCentral Meeting clients today.

Further specifications of the Zoom Room Connector are Available in **Annex I-1** below, which was taken from https://zoom.us/zoomrooms as of the effective date.

## __Annex I-1__

Zoom Rooms

# Upgrade Your Conference Rooms

Only **$499** annual subscription fee.

( Request a Demo (https://zoom.us/livedemo) )    ( Buy Now (https://zoom.us/buy?plan=zr&zr=1) )

**Help**

Overview (https://d24cgw3uvb9a9h.cloudfront.net/static/34350/doc/Zoom_Rooms_Datasheet.pdf)
Quick-Start Guide (https://support.zoom.us/hc/en-us/sections/200305533)    Compare with Other Solutions (https://zoom.us/zoomroomsisbetter)



## Easy Setup

- Works for small, medium and large conference rooms
- One tap to start an instant meeting
- Directory call-out to rooms, contacts, and H.323/SIP endpoints
- Participants join from mobile, tablet, desktop, H.323/SIP room systems, telephone, and Zoom Rooms



## Scheduled Meetings with Calendar Integration

- Google or Exchange calendar integration
- See a list of all upcoming meetings
- Upcoming meeting reminder
- One-tap to start your next meeting

https://zoom.us/zoomrooms

EXHIBIT 1, Page 56 of 97

DocuSign Envelope ID: E88FCF3A-4483-49BB-A92D-545D7B9587F7



## Touch Controls

- Meeting controls on iPad
- Host can mute/unmute participants and lock the meeting
- Invite others from directory or by email
- Up to 200 interactive video or 3000 view-only attendees



## Multi-screen video and screen sharing

- Two-screen option can show active speaker, content and gallery view
- Wireless screen sharing, airplay mirroring or wired HDMI content sharing
- Share any content, including video clips with audio

Request a Demo (https://zoom.us/livedemo)     Buy Now (https://zoom.us/buy?plan=zr&zr=1)

**About**
**(https://zoom.us/about)**

Zoom Blog
(http://bit.ly/1Qrhhhc)
Customers
(https://zoom.us/customer)
Our Team
(https://zoom.us/team)
Why Zoom
(https://zoom.us/zoomisbetter)
Features
(https://zoom.us/feature)
Careers
(https://zoom.us/careers)

**Sales**
**(https://zoom.us/contactsales)**

1.888.799.9666
Contact Sales
(https://zoom.us/contactsales)
Plans & Pricing
(https://zoom.us/pricing)
Request a Demo
(https://zoom.us/livedemo)
Webinars and Events
(https://zoom.us/events)

**Support**
**(http://support.zoom.us)**

Account
(https://zoom.us/account)
Support Center
(http://support.zoom.us)
Feedback
(https://zoom.us/feed)
Contact Us
(https://zoom.us/contact)

 

(http://bit.ly/1Qrhhhc)      (http://www.linkedin.com/company/2532259)      (http://www.twitter.com/zoom_us)

Copyright ©2015 Zoom Video Communications, Inc. All rights reserved. (http://www.youtube.com/zoommeetings)s      (http://www.facebook.com/zoomwithus)

DocuSign Envelope ID: E88FCE3A-4483-49BB-A025-545D7B95B87E

## Exhibit J

### New Services Deliverable Requirements

All of the following New Service Deliverables will meet the Branding requirements set forth in Section 9.

1. **Zoom Room Connector purchase/provisioning/re-provisioning license API**

A REST API that allows RingCentral to set the number of Zoom Room Connector licenses for a specific account ID.

2. **Zoom Room Connector Server**

Server-side software that connects H.323/SIP Video Conferencing Systems to RingCentral Meetings.

3. **Zoom Room Connector purchase/provisioning/re-provisioning license API.**

A REST API that allows RingCentral to set the number of Zoom Rooms licenses for a specific account ID.

4. **Mac OS Client for Zoom Rooms**

A software client for Mac OS that allows a Zoom Rooms "room" to be connected to a RingCentral Meeting and controlled by iPad Controller Software for Zoom Rooms.

5. **iPad Controller Software for Zoom Rooms**

A software application for the iPad that allows a user to control the Zoom Rooms "room" via an iPad touch interface to start and join RingCentral Meetings.

6. **Backend web services hosted by Zoom for the Zoom Rooms calendar feature**

A web services that allow Zoom Rooms to be configured via iFrames (or REST APIs if agreed to by RingCentral). It also allows the Zoom Rooms calendar feature to sync with the Zoom Rooms "room" calendar resource. The latter part of this feature shall include the ability to connect to Microsoft Exchange/Office365 and Google Services Account, Work Email, and Gmail.

7. **Zoom Rooms Ad-Hoc Meeting Feature**

A feature that allows a user to directly start a RingCentral Meeting with another Zoom Rooms "room" or individual.

# FOURTH AMENDMENT TO ZOOM—RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

This fourth Amendment to the Zoom-RingCentral Strategic Alliance Agreement (this "**Fourth Amendment**") is dated effective February 24th, 2017 (the "**Fourth Amendment Effective Date**") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "**Agreement**"). Any capitalized term used herein but not expressly defined in this Fourth Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the Agreement to include additional Zoom products and services that RingCentral shall resell on the terms set forth herein;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1. **Definitions.**

    (a) **"Administrative Fees"** means any administrative recovery fees, 911 recovery fees, and the like separately charged by RingCentral to a Customer.

    (b) **"BCS"** is a server deployed and managed by Zoom to broadcast video and audio to participants of Zoom Webinars.

    (c) **"Branding"** has the meaning set forth in Section 11(b).

    (d) **"Bundled Resales"** has the meaning set forth in Section 18.

    (e) **"Carrier Resale Partners"** means any telecommunications carrier that resells RingCentral's or its Affiliates' products and services. It includes, without limitation, such resales by AT&T, British Telecom, TELUS, and their Affiliates.

    (f) **"Cloud-Based Hosting Services"** means cloud-based hosting and computing services used by Zoom to provide the Services, including without limitation Amazon Web Services.

    (g) **"Deployment Date"** has the meaning set forth in Section 11(a).

    (h) **"Glip Usage Fees"** has the meaning set forth in Section 8(b).

EXHIBIT 1, Page 59 of 97

(i) **"Integrated Applications"** means applications and services developed by RingCentral or its Affiliates that use the Services.

(j) **"Large Meeting Capacity"** is a feature of the Zoom Unified Meeting Experience Service, as more fully described in **Exhibit K**, which permits one hundred (100) or more participants for an unlimited number of minutes. For the avoidance of doubt, Large Meeting Capacity does not include the Enterprise Edition with a meeting capacity of one hundred (100) participants.

(k) **"Large Meeting Capacity Revenue"** is any Revenue billed by RingCentral, its Affiliates, or their respective partners or resellers for the Large Meeting Capacity feature under this Agreement. In the case of sales by Carrier Resale Partners that do not pay revenue share to RingCentral, however, the applicable Revenue shall be the license fee the Carrier Resale Partner pays to RingCentral for the Large Meeting Capacity feature; *provided*, for the avoidance of doubt, the revenue share shall still be subject to the applicable floor.

(l) **"Large Meeting Capacity Revenue Share"** means, with respect to a license for Large Meeting Capacity, the greater of (1) and (2) below, as calculated each calendar month:

    (1) A percentage of the Large Meeting Capacity Revenue from that license in the applicable calendar month ███████████████████████████████ ███████████████████████ and

    (2) A revenue share floor for the license equal to one of the following depending upon the license type:

| License Type | Revenue Share Floor (per license per month) |
|---|---|
| ████████████████ | ██████ |
| ████████████████ | ██████ |
| ████████████████ | ██████ |
| ████████████████ | ██████ |

(m) **"MMR"** means the multi-media mixing server, which mixes audio, video and screen sharing streams for the Services.

(n) **"Required Platforms"** means iOS, Android, and Mac OS.

(o) **"Revenue"** means any revenue billed by RingCentral, its Affiliates, or their respective partners or resellers relating to the subject product or service, excluding any Administrative Fees and Taxes.

(p) **"Server Capacity Threshold"** means eighty percent (80%) of the maximum number of attendees that can be processed by the BCS or XMPP servers, as applicable, at any instant.

(q)   **"Taxes"** means any and all federal, state, local, municipal, foreign and other taxes and fees charged to or collected from Customers, including but not limited to any Universal Service Fund, TRS and 911 taxes and fees.

(r)   **"Webinars Customer Support Materials"** has the meaning set forth in Section 6(h).

(s)   **"XMPP"** is a server deployed and managed by Zoom to facilitate control of the Zoom Webinars roster, chat, polling, and Q&A.

(t)   **"Zoom Pro 50 Participants"** means the Zoom meeting service that provides meeting capacity for up to fifty (50) participants.

(u)   **"Zoom Pro 50 Resales"** has the meaning set forth in Section 9(a).

(v)   **"Zoom Pro 50 Resale Service Fees"** has the meaning set forth in Section 9(b).

(w)   **"Zoom SDK"** means a software development kit permitting RingCentral to utilize all features of the Services.

(x)   **"Zoom Webinars"** is the service provided by Zoom as more fully described in **Exhibit L**.

(y)   **"Zoom Webinars Revenue"** is any Revenue billed by RingCentral, its Affiliates, or their respective partners or resellers for Zoom Webinars under this Agreement.   In the case of sales by Carrier Resale Partners that do not pay revenue share to RingCentral, however, the applicable Revenue shall be the license fee the Carrier Resale Partner pays to RingCentral for Zoom Webinars; *provided*, for the avoidance of doubt, the revenue share shall still be subject to the applicable floor.

(z)   **"Zoom Webinars Revenue Share"** means, with respect to a license for Zoom Webinars, the greater of (1) and (2) below, as calculated each calendar month:



| License Type | Revenue Share Floor (per license per month) | |
|---|---|---|
| | **RingCentral Hosts** | **Zoom Hosts** |
| ███████ | ███ | ███ |
| ███████ | | |
| ███████ | ███ | ███ |
| ███████ | | |
| ███████ | ███ | ███ |

(aa) **"Zoom Unified Meeting Experience Service"** is the service provided by Zoom as more fully described in **Exhibit A** and the Specifications.

(bb) **"ZRG"** means the server that allows PSTN and VoIP participants to connect to a meeting for the Services.

(cc) **"ZTC"** means the server that serves as a call controller for meetings in the Services, for which connectivity can be provided through mobile and computer applications as well with VOIP and PSTN.

## 2. Amendments to Definitions

(a) **Amendment to the Definition of "Service."**   Section 1(h) of the Agreement is hereby amended in its entirety to the following:

> **"Service"** shall mean (a) the Zoom Unified Meeting Experience Service, (b) the Zoom Room Connector and the Zoom Room Connector Server, (c) Zoom Rooms, (d) Large Meeting Capacity, and (e) Zoom Webinars. It includes, without limitation, such Services even if sold as Stand-Alone Resales.  The Service is currently available in English, British English, Canadian French, and French, but other language versions will be included as part of the Service and licensed to RingCentral and its Affiliates at no extra charge if and when they are made generally available by Zoom.  Zoom shall localize the Service to Spanish within a reasonable period of time of request by RingCentral. In addition, Zoom and RingCentral shall mutually agree to localize the Service for any additional languages.

Notwithstanding the foregoing, subsections (b) and (c) of the term **"Service"** above shall not be so amended (as shall remain as defined in the Agreement prior to the Third Amendment) with respect to Sections 2(d), 3(a), 3(e), 3(f), 6, or 10 of the Agreement.

(b) **Amendment to Definition of "Network" for Support and SLAs.**  As of the Fourth Amendment Effective Date, the term **"Network"** under **Exhibit G** of the Agreement is hereby amended to the following.

> The Zoom Service Network ("**Network**") includes a combination of any or all of the following: (i) any software provided by Zoom under this Agreement, including without limitation the Zoom Hybrid Meeting Connector, Service Clients, the Zoom Room Connector Server, Large Meetings Capacity, and Zoom Webinars; (ii) any Zoom APIs and the Zoom SDK; (iii) any facilities, physical infrastructure (including external power sources), supporting network elements, interfaces to the Internet, support services, hardware and software, and other resources that are used by Zoom to provide the Service and are under Zoom's control, including without limitation the BCS and XMPP servers; and (iv) facilities and resources under the direct management and control of

Zoom to provide the foregoing. For the avoidance of doubt, "Network" does not include any products or services provided by third parties (a) which are not under the direction and control of Zoom (including, without limitation, products purchased by Zoom) and (b) with which Zoom does not have a service level agreement.

**(c) Amendment to Definition of "Zoom Room Connector Revenue."** The definition in Section 1(g) of the Third Amendment is amended to the following:

"**Zoom Room Connector Revenue**" is any Revenue billed by RingCentral, its Affiliates, or their respective partners or resellers for the Zoom Room Connector under this Agreement. In the case of sales by Carrier Resale Partners that do not pay revenue share to RingCentral, however, the applicable Revenue shall be the license fee the Carrier Resale Partner pays to RingCentral for the Zoom Room Connector; *provided*, for the avoidance of doubt, the revenue share shall still be subject to the applicable floor.

**(d) Amendment to Definition of "Zoom Room Revenue."** The definition in Section 1(n) of the Third Amendment is amended to the following:

"**Zoom Rooms Revenue**" is any Revenue billed by RingCentral, its Affiliates, or their respective partners or resellers for Zoom Rooms under this Agreement. In the case of sales by Carrier Resale Partners that do not pay revenue share to RingCentral, however, the applicable Revenue shall be the license fee the Carrier Resale Partner pays to RingCentral for the Zoom Rooms; *provided*, for the avoidance of doubt, the revenue share shall still be subject to the applicable floor.

3. **Amendment to Limits of Group Meetings (in <u>Exhibit A</u> of the Zoom – Ring Central Strategic Alliance Agreement entered into as of October 8, 2013).** At no additional charge to RingCentral, as of the Fourth Amendment Effective Date, the attendee limits for the Premium Edition Zoom Group Meetings will be increased from twenty-five (25) to fifty (50) attendees, and the attendee limits for Enterprise Edition Group Meetings will be increased from fifty (50) to up to one hundred (100) attendees. For the avoidance of doubt, RingCentral may offer Premium Edition Zoom Group Meetings and Enterprise Edition Group Meetings with lower attendee limits than the foregoing in its sole discretion.

4. **Amendment to FIRST AMENDMENT TO ZOOM—RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT, Section 2 PRICING, Table 1: Standard and Premium Pricing and is modified as follows:**

Table 1: Standard and Premium Pricing

| RC Office Edition | Price Per Active User Per Month | |
|---|---|---|
| | **RingCentral Hosts** | ███████ |
| Standard | ███████ | ███████ |
| Premium | ███████ | ███████ |



5. **Resale of Large Meeting Capacity**

(a)   Starting on the Fourth Amendment Effective Date, Zoom shall provide to RingCentral for resale, and RingCentral and its Affiliates may resell, Large Meeting Capacity.

(b)   Each Party's rights and obligations with respect to Large Meeting Capacity shall be the same as its rights and obligations under the Agreement with respect to the resale of the Service for fewer than a maximum of one hundred (100) people per meeting.

(c)   **Revenue Share.**   For each Large Meeting Capacity licensed to a Customer, Zoom shall be entitled to the Large Meeting Capacity Revenue Share.   Large Meeting Capacity Revenue Share shall be deemed "New Service Revenue Share" and calculated and paid in accordance with Section 11 of the Third Amendment.

6. **Resale of Zoom Webinars**

(a)   **Appointment.**   As of the Fourth Amendment Effective Date, Zoom hereby appoints RingCentral, and RingCentral accepts the right for RingCentral, to market and resell the Zoom Webinars (as incorporated into RingCentral's or its Affiliates own services or services provided in conjunction with its or its Affiliates' resellers, whether as a standard feature or a feature at additional cost, in accordance with this Agreement) in the Territory. For the avoidance of doubt, nothing in this Agreement shall be construed as requiring RingCentral to incorporate the Zoom Webinars into RingCentral's products and services.

(b)   **Resale Terms/Termination/Suspension.**   RingCentral, its Affiliates, and their respective resellers may resell the Zoom Webinars to Customers at such prices and on such terms as they decide in their sole discretion; *provided, however*, in no case shall sales be on any terms prohibited by this Agreement, including but not limited to the provisions of Section 4 of the Agreement. RingCentral, its Affiliates, and their respective resellers may each terminate or suspend Services to any Customer in its sole discretion, and Zoom shall not be entitled to any Service Fees (including, without limitation, Services Revenue Share) to which it would have been entitled in the absence of such termination or suspension.

(c)   **Provision of the Service.**   For the avoidance of doubt, throughout the term of this Agreement, Zoom shall provide Zoom Webinars to RingCentral and its Affiliates and their respective Customers in accordance with the SLA.

(d)   **Training and Documentation.** Zoom will provide, at no additional cost to RingCentral, training and documentation to the sales, operations, and support personnel of RingCentral to familiarize them with the Zoom Webinars, including without limitation copies of documentation for those products. The training and documentation will explain at least

how to use Zoom Webinars, how to troubleshoot problems, common problems Customers encounter with Zoom Webinars, and how to use, maintain, monitor, and configure those products, services, components, and other materials. RingCentral will be responsible for any Customer training other than help pages incorporated into those products.

(e) **Revenue Share.** For each Zoom Webinar licensed to a Customer, Zoom shall be entitled to the Zoom Webinars Revenue Share. Zoom Webinars Revenue Share shall be deemed "New Service Revenue Share" and calculated and paid in accordance with Section 11 of the Third Amendment.

(f) **Hosting of Webinars.** Zoom will be responsible, at Zoom's sole expense, for installing, configuring, testing, hosting, managing, maintaining, and providing Zoom Webinars in accordance with this Agreement, including without limitation management, maintenance, and performance monitoring of BCS and XMPP servers. RingCentral shall be responsible for installing, configuring, testing, hosting, managing, and maintaining the MMR, ZRG, and ZTC servers.

(g) **Scaling of BCS and XMPP.** Zoom agrees to provide dynamic scaling of capacity of the BCS and XMPP servers that provide the Services under this Agreement. Zoom shall continuously monitor capacity usage of both the BCS and XMPP servers. If, at any instant, the number of Zoom Webinars attendees exceeds the Server Capacity Threshold for either the BCS or XMPP servers, Zoom shall add any necessary capacity to bring usage below the Server Capacity Threshold (a) within twenty-four (24) hours if BCS and XMPP servers, as applicable, are hosted in Amazon Web Services and (b) within forty-eight (48) hours if the BCS or XMPP servers, as applicable, are hosted in Zoom's datacenters.

(h) **Customer Support Materials.** At no additional charge during the Term, Zoom will provide its own support materials and end user documentation for the Zoom Webinars (the "**Webinars Customer Support Materials**") in a format to be mutually agreed by the Parties. RingCentral, its Affiliates, and their respective partners that resell the Services may rebrand, host, and redistribute the Webinars Customer Support Materials during the Term in their sole discretion.

7. **Change to Zoom Room Connector and Zoom Room Revenue Share.**

(a) Starting on the Fourth Amendment Effective Date, for each Zoom Room Connector licensed to a Customer, Zoom shall be entitled to the <u>greater</u> of (the applicable amount, the "**New Service Revenue Share**" for the Zoom Room Connector):



**(b)** Starting on the Fourth Amendment Effective Date, for each Zoom Room licensed to a Customer, Zoom shall be entitled to the <u>greater</u> of (the applicable amount, the "**New Service Revenue Share**" for Zoom Rooms):

(1) 

## 8. Fees for Zoom Bundled in Glip

**(a)** Any agreements between Glip, Inc. and Zoom are hereby terminated as of the Fourth Amendment Effective Date.

**(b)** 

## 9. Zoom Pro 50.

**(a)** Starting on the Fourth Amendment Effective Date, and notwithstanding anything to the contrary in the Agreement, RingCentral, its Affiliates, and their respective resellers may resell Zoom Pro 50 Participants bundled with any other products or services of RingCentral, its Affiliates, or their respective resellers (collectively, "**Zoom Pro 50 Resales**"). Zoom Pro 50 Participants shall be RingCentral-branded. Zoom Pro 50 Resales to Customers may be at such prices and on such terms as the applicable reseller decides in its sole discretion. Except as indicated otherwise in this Section 9, each Party's rights and obligations under this Agreement for Zoom Pro 50 Resales will be the same as for the equivalent Services under this Agreement.

**(b) Fees.** For each license sold as a Zoom Pro 50 Resale, Zoom shall be entitled to the following fees set forth in Table 2 below (the "**Zoom Pro 50 Resale Service Fees**"):

**Table 2:** Service Fees for Zoom Pro 50 Resales

| Number of Named Host (by Customer basis) | Service Fee (per Named Host per month) |
|---|---|
| ███ | ███ |
| ███ | |
| ███ | ███ |
| ███ | |
| ███ | ███ |
| ███ | |
| ███ | ███ |



(c) The Zoom Pro 50 Resale Service Fees shall be deemed "Service Fees" and calculated and paid in accordance with Section 6 of the Agreement.

(d) Nothing in this Agreement shall preclude a Customer from switching from a Zoom Pro 50 subscription to any other subscription under this Agreement, and the fees for the replacement subscription shall then apply.

10. **Reporting by Zoom.**  Within thirty (30) calendar days after the beginning of each calendar month, Zoom shall provide RingCentral with a written report in a format to be mutually agreed by the Parties that includes the following information:

(a) The total number of licenses of Zoom Webinars and Large Meeting Capacity under this Agreement, organized by account, as of the first day of that calendar month;

(b) The total number of Zoom Webinars and Large Meeting Capacity meetings hosted, organized by account, as of the first day of that calendar month; and

(c) Total number of Zoom Webinar panelists and attendees, organized by account, as of the first day of that calendar month.

11. **Deliverables/Launch Date**

(a) **BCS and XMPP Deployment**. Zoom agrees to deploy and host BCS and XMPP servers for the Term and EOL Period as follows.  No later than January 31, 2017, Zoom will deploy BCS and XMPP servers to its development environment for testing by RingCentral.  Zoom will deploy and host the BCS and XMPP servers in production no later than two (2) weeks after RingCentral completes testing (the "**Deployment Date**"). At least seven (7) calendar days before the Deployment Date, the Parties shall mutually agree to a reasonable number of BCS and XMPP servers for deployment. Zoom also agrees to provide reasonable resources and personnel to RingCentral, at no cost, to assist in customizing the relevant iFrames of the RingCentral products as required to schedule and manage Zoom Webinars.

(b) **Branding.** Zoom Webinars shall be branded with such brands and logos and in such manner as indicated by RingCentral in writing in its sole discretion ("**Branding**"). For the avoidance of doubt, RingCentral may require different Branding for different geographies or partners.  Zoom shall incorporate such Branding into Zoom Webinars. In-meeting session windows in the Service shall be branded "powered by Zoom" in a

reasonably conspicuous location. No in-meeting session windows in the Service shall be branded "powered by Zoom" or otherwise display "Zoom" when RingCentral's products and services are sold through RingCentral's Carrier Resale Partners.

(c) **Changes to Services.** Notwithstanding the provisions of Section 8 of the Agreement, Zoom may not remove any functionality set forth in **Exhibits K or L** from the applicable software, components, or materials without RingCentral's prior, written consent.

12. **Increase to Annual Revenue Commitment.** Effective January 1, 2017, RingCentral agrees to increase the Annual Revenue Commitment to ███████████████████████████ ████████████████████

13. Zoom agrees to use best efforts to provide a code merge of the Services to RingCentral every six (6) months. In addition, Zoom agrees to accelerate new Zoom releases on RingCentral's Servers so that those releases are available to RingCentral users no later than six (6) months after the Zoom release. Zoom will provide RingCentral with a code-merge for testing at least two (2) weeks prior to the six (6) month anniversary date of the Zoom release. Zoom will not release until RingCentral approves the release which may affect the release date by no fault of Zoom. Zoom will do at least two (2) new code merge releases annually.

14. RingCentral agrees to perform an adoption campaign quarterly.

15. **Amendment to Term of the Agreement.**

(a) Section 16(a) of the Agreement is amended in its entirety to the following:

> **Term.** The initial term of this Agreement shall commence on the Effective Date and, unless terminated earlier in accordance with Section 16(b), expire on January 31, 2019 (the "**Initial Term**"). At RingCentral's option to be exercised in its sole discretion, RingCentral may extend the Agreement for up to two (2) additional one-(1-) year terms after the end of the Initial Term (each, a "**Renewal Term**," and the Initial Term and all Renewal Terms together, the "**Term**"). In the event RingCentral wishes to extend the Agreement for a Renewal Term, it must provide written notice to Zoom at least six (6) months prior to the end of then-current Initial Term or Renewal Term, as applicable.

(b) Section 16(d) of the Agreement is amended in its entirety to the following:

> **End of Life.** RingCentral may, in its sole discretion, defer the effective date of termination by up to ███████████████ from the end of the Term in order to transition Customers to an alternative to the Service (the "**EOL Period**"). Zoom shall continue to provide the Service in accordance with this Agreement during this time and shall be entitled to any amounts due for use of the Service. During the EOL Period, Zoom shall continue to comply with the SLAs. This Agreement shall be deemed to continue to remain in effect through the EOL Period. For the avoidance of doubt, the Annual Revenue Commitment shall not apply during the EOL Period.

**16. Amendment to Service Level Agreement**

    **(a) Amendment to Availability Credits.** Section 2.4 of Exhibit G is amended in its entirety to the following:

        In the event Zoom is unable to provide RingCentral with 99.99% Network Availability, Zoom shall provide RingCentral with Non-Performance Compensation ("**NPC**") in the following NPC Percentages (as defined below):

| Network Availability* | NPC Percentage |
|---|---|
| ███████████████████ | ███████████████████ |
| ███████████████████ | ███████████████████ |
| ███████████████████ | ███████████████████ |

        * Notwithstanding the definition of "Network" and "Excluded Events," any Unavailability arising from or relating to Cloud-Based Hosting Services shall be included in calculating Availability, irrespective of whether the Unavailability was caused by the malfunction of equipment, applications, or systems not owned, controlled, or provided by Zoom.

    **(b) Amendment to "Response Time."** Section 3.1 of **Exhibit G** is amended to the following:

        The "**Response Time**" means the following:

            (A) For a Trouble Ticket, Response Time shall be the time (a) commencing when Zoom receives a proper Trouble Ticket from RingCentral, Customer, or a Zoom engineer internally registers a fault or issue on RingCentral's behalf and (b) ending when an Zoom engineer is assigned and RingCental receives notification that the Trouble Ticket has been logged.

            (B) In the event Zoom discovers an issue with the Services (whether on its own or from notification from RingCentral), Response Time shall commence upon the discovery by Zoom.

    **(c) Amendment to Trouble Ticket Responses Times.** Section 3.3 of **Exhibit G** is amended in its entirety to the following.

        When a Trouble Ticket is initiated with Zoom's technical support team or an incident affecting the Services is discovered by Zoom, it shall be addressed within the following Target Resolution Times for the indicated Priority Levels:

        **Priority 1:** The Target Resolution Time shall be one (1) hour and the Response Time shall be fifteen (15) minutes. RingCentral will receive a

report when the problem is discovered, an ongoing report every thirty (30) minutes, and a report when the problem is resolved.

**Priority 2**: The Target Resolution Time shall be twelve (12) hours and the Response Time shall be thirty (30) minutes. RingCentral will receive a report when the problem is discovered, an ongoing report every three (3) hours, and a report when the problem is resolved.

**Priority 3:** The Target Resolution Time shall be seven (7) business days and the Response Time shall be one (1) day. RingCentral will receive an ongoing report via e-mail.

**Priority 4:** The Target Resolution Time shall be fifteen (15) business days and the Response Time shall be one (1) day. RingCentral will receive an ongoing report via e-mail.

17. **Future New Products and Services.** If Zoom offers new features, products, or services at an additional charge to its other customers (each, a "**New Product/ Feature**"), Zoom shall promptly notify RingCentral of this New Product/Feature, and RingCentral shall have the right to add this New Product/Feature to this Agreement at a License Fee to be negotiated reasonably and mutually agreed to by the Parties; *provided, however*, the addition of this New Product/Feature shall not be conditioned on any other changes to this Agreement other than the applicable License Fee . For the avoidance of doubt, this provision regarding New Product/Feature applies only to Zoom's collaboration products and specifically excludes anything related to Zoom's platform or other offerings unrelated to collaboration. If RingCentral adds the New Product/Feature to this Agreement, the scope of RingCentral's and its Affiliates' licenses under this Agreement shall be expanded to cover this New Product/Feature. This Section 17 shall not limit RingCentral's rights under Section 8(c) of the Agreement.

18. **Software Development Kit (SDK and APIs)**

   (a) **Zoom SDKs and APIs.** Zoom shall make its integration APIs and SDKs available to RingCentral at no additional charge.

   (b) **License.** Zoom hereby grants to RingCentral and its Affiliates a worldwide, non-exclusive, non-transferable (except in the case of an assignment permitted under this Agreement), royalty-free, paid-up, sublicensable (to RingCentral's and its Affiliates' resellers, partners, and end users) right and license during the Term and EOL Period to install, use, copy, distribute, operate, display, perform, import, sell, offer to sell, and exploit (and have others do any of the foregoing on or for RingCentral's or its Affiliates' behalf or benefit) the Zoom APIs and SDKs in connection with Integrated Applications. RingCentral and its Affiliates and their respective resellers and partners may distribute Integrated Applications with the Zoom APIs and SDKs integrated or utilized therein.

   (c) **RingCentral Applications**. RingCentral shall be solely responsible for creating, maintaining, hosting, and supporting any RingCentral applications that incorporate the APIs and SDKs.

**(d) API and SDK Incorporation.** RingCentral shall implement the integration in accordance with the API and SDK Reference documentation, as it is described on Zoom's Developer Web Page (https://zoom.us/developer/), which may be revised from time to time. RingCentral's implementation must retain "Powered by Zoom" logo; however, RingCentral's implementation does not need to retain this logo or otherwise display the "Zoom" brand to the extent RingCentral's products and services are sold through RingCentral's carrier partners, including without limitation AT&T, British Telecom, and TELUS.

**(e) API and SDK Technical Support.** Zoom shall provide technical support to RingCentral for RingCentral's use of Zoom APIs and SDKs, consisting of answering questions regarding integration of the Zoom APIs and SDKs generally and correcting errors and other issues regarding integration of the Zoom APIs and SDKs generally. More dedicated support is not included and will require an additional work order. Zoom support does not include debugging or troubleshooting RingCentral applications, web sites, or other programs or software not developed by Zoom.

**(f)** In addition, at the time of delivery and at all times during the Term and EOL Period, the Zoom APIs and SDKs will function on the Required Platforms.

**(g)** Zoom shall ensure that all updates to the Zoom APIs and SDK maintain backward compatibility for the API interface only with all versions of the Zoom APIs and SDKs released twelve (12) months prior. Zoom shall promptly inform RingCentral in the event it intends to alter the Zoom SDK or API interface in any way that breaks backward compatibility.

**(h)** During the Term and EOL Period, Zoom shall provide reasonable documentation to RingCentral and its Affiliates to assist in the use, support, debugging, and integration of the Zoom SDK into Integrated Applications.

IN WITNESS WHEREOF, the Parties have each caused this Fourth Amendment to be signed and delivered by its duly authorized representative as of the Fourth Amendment Effective Date.

**Zoom Video Communications, Inc.**      **RingCentral, Inc.**

By: _____      By: _____
                                              *David Sipes*
                                              F65C7A469D074EF...

Name: JOHN BOW                            Name: David Sipes

Title: VICE PRESIDENT                     Title: Chief Revenue Officer

Date: 2/24/2017                           Date: 3/2/2017

## Exhibit K

### Description of Large Meeting Capacity

Large Meeting is an extension of the Zoom Unified Meeting Experience Service, allowing up to 50, 100, 200, 300, or 500 participants to attend a bi-directional/interactive screen-sharing or video meeting. It is an add-on feature that can be purchased monthly or annually. If Zoom increases the number of permitted participants after the Fourth Amendment Effective Date, Large Meeting Capacity under this Agreement shall automatically be extended to include this increased capacity.  In no event during the Term will Large Meeting Capacity be limited to fewer than five hundred (500) participants.

## Exhibit L

### Description of Zoom Webinars

Zoom Webinars is a service that allows 100, 500, 1,000, 3,000, 5,000, or 10,000 view-only attendees to view broadcasts of video and screen sharing.  Zoom Webinars also allows up to fifty (50) panelists (or up to the Large Meeting capacity if the Webinar host has obtained a Large Meeting license) to view and send video, screen share, annotate, and take similar actions during the webinar.  Zoom Webinars is an add-on feature that can be purchased monthly or annually.  If Zoom increases the number of permitted attendees or panelists after the Fourth Amendment Effective Date, Zoom Webinars under this Agreement shall automatically be extended to include this increased number of attendees or panelists.  In no event during the Term will Zoom Webinars be limited to fewer than ten thousand (10,000) participants or fifty (50) panelists (or maximum Large Meeting capacity offered, in applicable).

Zoom Webinars will include at least the following functionalities:

1. Question and answer
2. Polling
3. Promote attendees
4. De-promote attendees
5. Customized iFrames for scheduling, managing, and registering to Zoom Webinars
6. Customized iFrame for the Marketo, HubSpot, and other Zoom Webinars integrations
7. Any additional functionalities required to successfully schedule and manage Zoom Webinars

DocuSign Envelope ID: C65B93F5-42B1-4684-AC05-742318D32529

# FIFTH AMENDMENT TO ZOOM—RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

This Fifth Amendment to the Zoom-RingCentral Strategic Alliance Agreement (this "**Fifth Amendment**") is dated effective November 21, 2017 (the "**Fifth Amendment Effective Date**") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "**Agreement**"). Any capitalized term used herein but not expressly defined in this Fifth Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the Agreement;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1. **Group Meetings Limits**

   (a) **For RingCentral Office Editions (in <u>Exhibit A</u> of the Zoom – Ring Central Strategic Alliance Agreement entered into as of October 8, 2013).** At no additional charge to RingCentral, as of the Fifth Amendment Effective Date the attendee limits for the Standard Edition Zoom Group Meetings and Premium Edition Zoom Group Meetings will be increased to one hundred (100) attendees, and the attendee limits for Enterprise Edition Group Meetings will be increased to two hundred (200) attendees. For the avoidance of doubt, RingCentral may offer any of these editions with lower attendee limits than the foregoing in its sole discretion.

   (b) **For Glip.** At no additional charge to RingCentral, as of the Fifth Amendment Effective Date the attendee limits for the Services as integrated into RingCentral's Glip Free and Basic editions will be increased to one hundred (100) attendees, and the attendee limits for the RingCentral's Glip Pro edition will be increased to two hundred (200) attendees. For the avoidance of doubt, RingCentral may offer any of these editions with lower attendee limits than the foregoing in its sole discretion.

   (c) **For Glip + Meetings Edition Zoom Group Meetings**. At no additional charge to RingCentral, as of the Fifth Amendment Effective Date the attendee limits for the Glip + Meetings Edition Zoom Group Meetings (which constitutes a Zoom Pro 50 Resale) will be one hundred (100) attendees. RingCentral may offer Glip + Meetings Edition Zoom Group Meetings as Free, Plus, and Advanced offerings. For the avoidance of doubt, RingCentral

may offer any of these offerings with lower attendee limits than the foregoing in its sole discretion.  Free RingCentral users of Zoom shall have unlimited time for one-on-one meetings, but meetings with three (3) or more participants shall be limited to forty (40) minutes per meeting.

**(d) Pricing for Use of Services with Free Version of Zoom.** Beginning on the Fifth Amendment Effective Date, Zoom shall allow RingCentral users to have access to the free version of Zoom ("**Free Zoom**") (which shall have no fewer features or less functionality that the version of Zoom that Zoom directly offers for free to its customers).  Beginning the earlier of: (i) three (3) months after RingCentral makes Free Zoom available to its customers, or (ii) June 1, 2018, Zoom shall invoice, and RingCentral shall pay, the fixed amount of ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ RingCentral may cease offering Free Zoom at any time in its sole discretion.  Upon thirty (30) days written notice to Zoom by RingCentral of its ceasing to offer Free Zoom, Zoom shall cease invoicing RingCentral the following month for Free Zoom.  For avoidance of doubt, RingCentral users of Free Zoom shall have unlimited time for one-on-one meetings, but meetings with three (3) or more participants shall be limited to forty (40) minutes per meeting.

2.  **Amendments to Large Meeting Capacity.**

**(a)** Effective on the Fifth Amendment Effective Date, the revenue floor for the Large Meeting Capacity Revenue Floor (as set forth in the table in Section 1(l)(2) of the Fourth Amendment) shall be amended to be:

| License Type | Revenue Share Floor (per license per month) |
|---|---|
| ████████████████ | ███████ |
| ████████████████ | ███████ |
| ████████████████ | ███████ |
| ████████████████ | ███████ |

The Large Meeting Capacity Revenue Share shall otherwise remain unchanged.

**(b)** Beginning on the Fifth Amendment Effective Date and at no additional charge, RingCentral may offer Large Meeting Capacity 300 to Customers who have subscribed to Large Meeting Capacity 100 or Large Meeting Capacity 200.  The Revenue Share Floor applicable to any Customer that upgrades to Large Meeting Capacity 300 in accordance with the previous sentence shall remain at Large Meeting Capacity 100's or Large Meeting Capacity 200's Revenue Share Floor, as applicable.  RingCentral shall not be required to charge any additional amounts to these Customers for the upgrade.

3.  **Zoom APIs.**  RingCentral shall have access to Zoom's APIs for resale to Customers under Zoom's per minute-based plan at the following pricing.  Beginning after RingCentral begins

**EXECUTION COPY**

commercial resale of the Zoom's API, RingCentral commits to pay Zoom at least the "RingCentral Monthly Committed Payment to Zoom" associated with the Tier to which RingCentral is assigned. RingCentral shall first be assigned to the Standard tier and may switch to a different tier at any time upon thirty (30) days' prior notice to Zoom. The Zoom APIs shall be functionally identical for all tiers.

| Tier | Cost per Minute | Minimum Monthly Commit (mins) | RingCentral Monthly Committed Payment to Zoom |
|------|-----------------|-------------------------------|-----------------------------------------------|
| ██████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ██████ | ██████ |

**4.** Paragraph 18(b) of the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 is hereby deleted in its entirety.

**5. Minimum Purchases**

**(a)** Beginning December 1, 2017, RingCentral shall purchase one (1) subscription to Zoom Webinar 10,000 for any month in which it does not resell any subscriptions to that Service. ████████████████████████████████

**(b)** For the avoidance of doubt, Section 5(a) shall not apply in any month where RingCentral resells one or more subscriptions to Zoom Webinar 10,000.

IN WITNESS WHEREOF, the Parties have each caused this Fifth Amendment to be signed and delivered by its duly authorized representative as of the Fifth Amendment Effective Date.

**Zoom Video Communications, Inc.**    **RingCentral, Inc.**

By: _Ray Benhorin_                      By: _Ryan Azus_
                                             DocuSigned by:
                                             65052994C4CB4A1...

Name: Roy Benhorin                       Name: Ryan Azus

Title: Head of Finance                   Title: EVP Global Sales & Services

Date: 12/08/17                           Date: 12/7/2017

# SIXTH AMENDMENT TO ZOOM—RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

This Sixth Amendment to the Zoom-RingCentral Strategic Alliance Agreement (this "**Sixth Amendment**") is dated effective November 21, 2017 (the "**Sixth Amendment Effective Date**") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "**Agreement**").  Any capitalized term used herein but not expressly defined in this Sixth Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the Agreement;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1. **The existing paragraph regarding "Pricing for Use of Services with Free Version of Zoom" will be deleted and replaced with:**

    (a) **Pricing for Use of Services with Free Version of Zoom.** Beginning on the Fifth Amendment Effective Date, Zoom shall allow RingCentral users to have access to the free version of Zoom ("**Free Zoom**") (which shall have no fewer features or less functionality than the version of Zoom that Zoom directly offers for free to its customers).  Beginning the earlier of: (i) three (3) months after RingCentral makes Free Zoom available to its customers, or (ii) June 1, 2018, Zoom shall invoice, and RingCentral shall pay, the fixed amount of ███████████████████████ per month (which shall be pro-rated for partial months) (the "**Free Zoom Service Fee**") for any number of users. After August 1, 2018, RingCentral may cease offering Free Zoom in its sole discretion upon sixty (60) days prior written notice to Zoom.  Zoom shall cease invoicing RingCentral in and after the month during which RingCentral ceases offering Free Zoom.  For avoidance of doubt, RingCentral users of Free Zoom shall have unlimited time for one-on-one meetings, but meetings with three (3) or more participants shall be limited to forty (40) minutes per meeting.

2. **Amendments to Large Meeting Capacity.**

    (a) Effective on the Sixth Amendment Effective Date, the revenue floor for the Large Meeting Capacity Revenue Floor (as set forth in the table in Section 1(l)(2) of the Fifth Amendment) shall be amended to be:

EXECUTION

| License Type | Revenue Share Floor (per license per month) |
|---|---|
| ███████████████ | ████████ |
| ███████████████ | ████████ |
| ███████████████ | ████████ |
| ███████████████ | ████████ |

The Large Meeting Capacity Revenue Share shall otherwise remain unchanged.

3.  **Ultimate Edition.**  The Parties acknowledge and agree that RingCentral Office Enterprise will be renamed to RingCentral Office Ultimate.  All of RingCentral's rights under the Agreement with respect to RingCentral Office Enterprise shall extend to RingCentral Office Ultimate.

IN WITNESS WHEREOF, the Parties have each caused this Sixth Amendment to be signed and delivered by its duly authorized representative as of the Sixth Amendment Effective Date.

**Zoom Video Communications, Inc.**     **RingCentral, Inc.**

By:  _Roy Benhorin_                    By:  _Ryan Azus_
     6309D74900A5469...                      65052994C4CB4A1...

Name:  Roy Benhorin                    Name:  Ryan Azus

Title:  Head of Finance                Title:  EVP Global Sales & Services

Date:  12/29/2017                      Date:  12/29/2017

**SEVENTH AMENDMENT TO ZOOM—RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT**

This Seventh Amendment to the Zoom-RingCentral Strategic Alliance Agreement (this "Seventh Amendment") is dated effective October 4, 2018 (the "Seventh Amendment Effective Date") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "Agreement"). Any capitalized term used herein but not expressly defined in this Seventh Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the Agreement;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement to add the following Addendum as follows:

Addendum

1. In an effort to increase quality tracking and reporting, RingCentral had requested Zoom to enhance Call Detail Record (CDR) reporting ("CDR Reporting").  As part of this enhancement, Zoom will be required to perform engineering customization and deploy a new database to store additional data.

2. Zoom will provide enhancements to CDR Reporting to include:
   a. Meeting Number
   b. Meeting owner's mailbox id
   c. End to end encryption - per participant (ON/OFF)
   d. OS version
   e. SIP-Call-ID
   f. Network Type of participant (Wired/Wireless/3G/4G/LTE)
   g. CPU consumption per participant (Application/System)
   h. Webinar attendee data (limited to current available data on dashboard)
   i. Webinar panelist data (a way to determine a Webinar panelist)
   j. Whether user came from Meetings standalone client
   k. ZMR of each participant
   l. Video for both sending and receiving for each participant
   m. Resolution
   n. Frame rate
   o. Screen sharing both sending and receiving for each participant
   p. Bitrate
   q. Latency
   r. Jitter
   s. Packet Loss-Average (Max)
   t. Resolution
   u. Frame rate
   v. Telephone and Gateway of each PSTN participant

3. RingCentral shall pay Zoom an additional recurring ███████████ for reporting fees for CDR Reporting.  This addendum will be coterminous with the Agreement unless terminated sooner as permitted therein.  Zoom shall commence invoicing for the CDR reporting fees when the CDR Reporting enhancements are operational.

4. Except as set forth above, all other terms and conditions of the Agreement shall remain in full force and effect.

**[SIGNATURE PAGE TO FOLLOW]**

IN WITNESS WHEREOF, the Parties have each caused this Seventh Amendment to be signed and delivered by its duly authorized representative as of the Seventh Amendment Effective Date.

Zoom Video Communications, Inc.

By: _____

Name: _Roy Benhorin_____

Title: _Head of Finance_____

Date: _10/05/18_____

RingCentral, Inc.

By: _____

Name: _Ryan Azus_____

Title: _EVP Global Sales & Services_

Date: _10/9/2018_____

CONFIDENTIAL

## EIGHTH AMENDMENT TO
## ZOOM-RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

This Eighth Amendment to the Zoom-RingCentral Strategic Alliance Agreement (the "**Eighth Amendment**") is dated effective January 25, 2019 (the "**Eighth Amendment Effective Date**") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "**Agreement**").  Any capitalized term used herein but not expressly defined in this Eighth Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the Agreement;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1.      **Extension of the Term of the Agreement.**  Section 16(a) of the Agreement is replaced in its entirety with the following:

> **Term.**  The initial term of the Agreement shall commence on the Effective Date and, unless earlier terminated in accordance with Section 16(b), expire on January 31, 2021 (the "**Initial Term**").  The Agreement shall then automatically renew for two (2) additional one- (1-) year terms (each, a "**Renewal Term**," with the Initial Term and all Renewal Terms (if any) collectively the "**Term**"); *provided, however*, if RingCentral or Zoom provides written notice to either party at least six (6) months before the end of the Initial Term or first Renewal Term, as applicable, of its intention not to renew the Agreement, the Agreement shall terminate at the end of such Initial Term or first Renewal Term, as applicable.  For the avoidance of doubt, following the end of the Term the Agreement shall enter into the EOL Period set forth in Section 16(d).

2.      **Product Integration.**  Upon a schedule to be mutual agreed by the Parties, each Party shall develop and implement an integration providing links to, and single user sign-on access points for, the other Party's products and services (the "**Cross Integration**").  For illustrative purposes only, Exhibit A7-1 hereto provides examples of the Cross Integration.  Each Party shall bear its own costs in designing, developing, testing, implementing, and operating the Cross Integration.

DocuSign Envelope ID: 01B65F6C-497E-423F-AABD-258238F9E7F1

CONFIDENTIAL

**3.     Referral Program.**  The Parties shall establish a referral program under which Zoom may refer, but is not required to refer, potential customers to RingCentral in exchange for referral fees.  This referral program shall be governed by the terms <u>Schedule A7-1</u>, which are hereby incorporated by reference.

**4.     Press Release.**  No later than six (6) months after the completion of the Cross Integration (but at a date during such period to be mutually agreed upon by both Parties), the Parties shall issue a joint press release (whose form and content shall be mutually agreed by the Parties) that (a) includes a quote from an Executive Vice President-level or higher executive] of each Party and (b) announces that the Parties have extended this Agreement and relationship and the Cross Integration.

**5.**     Except as expressly amended by this Eighth Amendment, all other terms and conditions of the Agreement shall remain unchanged and in full force and effect.  To the extent any provision of the Agreement conflicts with the provisions of this Eighth Amendment, this Eighth Amendment shall control.

**6.**     This Eighth Amendment may be signed in counterparts and delivered by facsimile, e-mailed PDF, or other electronic file.  Each such counterpart will constitute an original document and the counterparts, taken together, will constitute one and the same instrument.  A scanned or facsimile copy of a Party's signature page shall be deemed to be an original.


IN WITNESS WHEREOF, the Parties have each caused this Eighth Amendment to be signed and delivered by its duly authorized representative as of the Eighth Amendment Effective Date.


**Zoom Video Communications, Inc.**          **RingCentral, Inc.**

By:  _Roy Benhorin_                          By:  _Ryan Azus_
     6309D74900A5469...                            6505Z994C4CB4A1...

**Name:**  Roy Benhorin                       **Name:**  Ryan Azus

**Title:**   Head of Finance                  **Title:**    EVP, Global Sales and Service

**Date:**  1/28/2019                          **Date:**  1/25/2019

CONFIDENTIAL

## Schedule A7-1

### Referral Program

1.        **Definitions.**

1.1.        "**Administrative Fees**" means any administrative recovery fees, 911 or other emergency service recovery fees, or similar fees charged by RingCentral to a Fee-Qualifying Referral.

1.2.        "**Distribution Partners**" means channel partners and resellers of the subject entity.

1.3.        "**Fee-Qualifying Referral**" has the meaning set forth in Section 3.3.

1.4.        "**Free Trial Period**" means any initial free trial, refund, or money-back guarantee period for RingCentral Services.

1.5.        "**MRR**" means the total amount of monthly recurring subscription revenue for RingCentral Services paid by a Fee-Qualifying Referral to RingCentral or its Affiliates during the applicable month.  MRR does not include One-Time Charges, Taxes, or Administrative Fees. For the avoidance of doubt, MRR relates to the amounts actually paid by a Fee-Qualifying Referral to RingCentral or its Affiliates, not amounts billed to a Fee-Qualifying Referral by RingCentral or its Affiliates.

1.6.        "**One-Time Charges**" means any non-recurring charges billed to a Fee-Qualifying Referral, including but not limited to charges for toll-free numbers, vanity searches and numbers, phones and other equipment, and professional recordings.

1.7.        "**Qualified Referral**" is a Referred Customer that has been approved by RingCentral in accordance with the terms of Section 3.1.

1.8.        "**Referral Date**" means, with respect to a Referred Customer, the date on which Zoom properly submits such Referred Customer in accordance with the terms of Section 3.1.

1.9.        "**Referral Fee Period**" means, with respect to a Fee-Qualifying Referral, the period (a) beginning on the date such Fee-Qualifying Referral first consummates a purchase of RingCentral Services (but only after the applicable Referral Date) and (b) ending on the earlier of (i) the date such Fee-Qualifying Referral first ceases to subscribe to the RingCentral Services and (ii) the Termination Date.

1.10.        "**Referral Fees**" has the meaning set forth in Section 4.1.

1.11.        "**Referral Program Term**" has the meaning set forth in Section 9

1.12.        "**Residual Percentage**" means ████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████

CONFIDENTIAL

1.13.    "**RingCentral Services**" means RingCentral's and its Affiliates' products and services.

1.14    "**Service Activation Date**" with respect to a RingCentral customer means the date the applicable RingCentral Services were first fully activated for such RingCentral customer.

1.15.    "**Taxes**" means any federal, state, provincial, local, municipal, foreign, or other taxes and fees, including but not limited to any Universal Service Fund, TRS, and 911 taxes and fees.

1.16.    "**Termination Date**" means the last day of the Term (or, if RingCentral elects an EOL Period under Section 16(d) of the Agreement, the last day of the EOL Period).

1.17.    "**Terms of the Referral Program**" means the terms of this Schedule A7-1.

1.18    "**Upfront Multiplier**" with respect to a Fee-Qualifying Referral means the multiplier in the column "Upfront Multiplier" in Table A7-1-1 below, based on such Fee-Qualifying Referral's contractual commitment to RingCentral or its Affiliates as of the first day of applicable Referral Fee Period.

### Table A7-1-1: Upfront Multipliers

| Contractual Commitment | Upfront Multiplier |
|---|---|
| ███████ | █ |
| ████ | █ |
| ████ | █ |
| ███████ | █ |

2.    **Engagement as Referral Partners.** RingCentral hereby appoints Zoom, and Zoom hereby accepts appointment, to refer potential customers ("**Referred Customers**") to RingCentral for the marketing, promotion, and sale of RingCentral Services on a non-exclusive basis, in all cases consistent with these Terms of the Referral Program.

3.    **Qualifying Referrals.**

3.1.    Zoom may refer, but is not required to refer, potential customers (each, a "**Referred Customer**") to RingCentral that have shown an interest in, or are reasonably likely to show an interest in, RingCentral Services.

3.2.    **Submission of Referrals.** All referrals of Referred Customers by Zoom shall be through a mutually agreed process. After Zoom submits a Referred Customer through this process, RingCentral shall approve or reject the Referred Customer. RingCentral may reject a Referred Customer if:

3.2.1.    RingCentral, its Affiliates, or any of their respective Distribution Partners (a) is soliciting or in an active sales cycle with such Referred Customer as of the Referral Date; or (b) has solicited or been in an active sales cycle with

CONFIDENTIAL

such Referred Customer any time during the twelve (12) months immediately prior to the Referral Date;

3.2.2    A Distribution Partner of RingCentral or any of its Affiliates registered such Referred Customer with RingCentral or its Affiliates as a lead any time during the twelve (12) months immediately prior to the Referral Date;

3.2.2.    The Referred Customer is a customer of, or was a customer of, RingCentral Services (whether provided by RingCentral, its Affiliates, or their respective Distribution Partners) any time during the twelve (12) months immediately prior to the Referral Date.

3.3.    **Effective Period of Referrals.**  Qualified Referrals shall remain effective from the date RingCentral approves the applicable Qualified Referral in accordance with Section 3.1 until six (6) months thereafter (the "**Referral Effective Period**").  If RingCentral consummates a sale of RingCentral Services with a Qualified Referral during the applicable Referral Effective Period, such Qualified Referral shall be deemed a "**Fee-Qualifying Referral**," and Zoom may earn Referral Fees for such Fee-Qualifying Referral in accordance with Section 4 below.  If RingCentral fails to consummate a sale with a Qualified Referral before the last day of the Referral Effective Period, the Qualified Referral shall cease to be a Qualified Referral, and Zoom shall not be eligible to receive any Referral Fees or other compensation for such Qualified Referral under this Agreement.  Notwithstanding the foregoing, if a Distribution Partner of RingCentral or its Affiliates registers a Qualified Referral with RingCentral or its Affiliates as a lead prior to its Service Activation Date, such Qualified Referral shall not be deemed a Fee-Qualifying Referral unless, and only after such time that, such Qualified Referral confirms in writing that Zoom was its designated its broker-of-record on its Service Activation Date.

3.4.    **No Referral Fees for Prior Referrals.**  No referral of a potential customer by Zoom or its Affiliates to RingCentral, its Affiliates, or their respective Distribution Partners prior to the Eighth Amendment Effective Date shall be deemed a Qualified Referral, and no Referral Fees (as defined below) shall be due thereon.

4.    **Referral Fees.**

4.1.    During the Referral Program Term, Zoom shall earn referral fees for Fee-Qualifying Referrals in accordance with this Section 4 ("**Referral Fees**").

4.2.    For each Fee-Qualifying Referral, Zoom will earn a Referral Fee of:



CONFIDENTIAL

calendar month) until the end of such Qualified Referral's Referral Fee Period.

4.3.     Notwithstanding the terms of Section 4.2, if a Fee-Qualifying Referral receives a refund of, or credits against, MRR for which RingCentral or its Affiliates has already paid Referral Fees to Zoom, RingCentral or its Affiliates may deduct the amount of Referral Fees paid in connection with such MRR against Referral Fees owed to Zoom in future periods.

4.4.     **Earning Schedule.**

4.4.1.     Zoom shall earn the Referral Fee in Section 4.2.1 immediately after the last day of the first calendar month of the Qualified Referral's Referral Fee Period.

4.4.2.     Zoom shall earn the Referral Fees in Section 4.2.2 on a monthly basis immediately after the last day of each applicable calendar month.

4.4.3.     Notwithstanding the terms of Sections 4.2.1 and 4.2.2:

4.4.3.1.     In the event a Fee-Qualifying Referral prepays MRR for any part of the applicable Referral Fee Period, for the purposes of Sections 4.2.1 and 4.2.2 such MRR shall be allocated as if paid during the calendar month to which it applies. ■■■

4.4.3.2.     Zoom shall not earn any Referral Fees for MRR paid by a Fee-Qualifying Referral during a Free Trial Period unless and until, on the date of the expiration of such Free Trial Period, the Fee-Qualifying Referral remains a paying subscriber to the RingCentral Services (a "**Successful Conversion**").  Upon a Successful Conversion, Zoom shall earn Referral Fees for the Free Trial Period in accordance with this Section 4, with such Referral Fees deemed earned in the calendar month during which the Successful Conversion occurred (and RingCentral shall pay such Referral Fees in accordance therewith).

4.5.     RingCentral, its Affiliates, and their respective Distribution Partners may terminate or suspend a Fee-Qualifying Referral from the RingCentral Services at any time in their sole discretion, and Zoom shall not earn any additional Referral Fees for such Fee-Qualifying Referral after such termination or during such suspension.

CONFIDENTIAL

4.6.  If a Referral Fee calculation results in a fractional cent, the fee will be rounded down to the nearest cent.

5.  **Payment of Referral Fees.**

5.1.  No later than thirty (30) calendar days after the last day of each calendar month (the "**Subject Calendar Month**"), RingCentral will (a) provide Zoom with a monthly statement showing all Referral Fees earned by Zoom during the Subject Calendar Month and any offsets against that amount as permitted by this Agreement (the "**Monthly Statement**") and (b) pay all Referral Fees earned in the Subject Calendar Month to Zoom.  RingCentral's Affiliates may separately provide Monthly Statements and payment of Referral Fees to Zoom as RingCentral deems appropriate.

5.2.  On and after the Termination Date, Zoom shall not earn any Referral Fees on MRR paid by Referred Customers, Qualified Referrals, or Fee-Qualifying Referrals.  For the avoidance of doubt, RingCentral shall pay any Referral Fees earned by Zoom prior to the Termination Date in accordance with Section 5.1.

5.3.  RingCentral may offset any amounts Zoom owes RingCentral or its Affiliates under the Agreement against Referral Fees.

5.4.  Zoom and its Affiliates are solely responsible for all federal, state, provincial, local, foreign, and other taxes and fees that may be due as a result of Referral Fees or any other payments by RingCentral or its Affiliates to Zoom or its Affiliates under these Terms of the Referral Program.

6.  **RingCentral's Discretion to Set Terms of Service and to Reject Customers.**  Zoom has no authority under this Agreement to offer to sell, sell, or resell RingCentral Services or to bind RingCentral, its Affiliates, or their respective Distribution Partners to any sales or subscription terms.  RingCentral, its Affiliates, and their respective Distribution Partners have the right, in their sole and absolute discretion, to enter into or not enter into any agreement or sale with a Qualified Referral.  Furthermore, RingCentral, its Affiliates, and their respective Distribution Partners shall at all times be permitted to take any action against Qualified Referrals as permitted by law or regulation or under their respective terms of service, privacy policy, terms of use, and other service agreements, policies, and procedures, including discontinuation, suspension, or termination of RingCentral Services.  RingCentral, its Affiliates, and their respective Distribution Partners have the sole right to set the terms and conditions on which they enter into any agreement for sale of or subscription to RingCentral Services, including without limitation setting the prices and terms and conditions for the RingCentral Services, offering any Free Trial Periods, or providing any refunds are credits.  RingCentral, its Affiliates, and their respective Distribution Partners may change or cease providing the RingCentral Services at any time in their sole discretion.

7.  **Referral Program Obligations.**

7.1.  Zoom is under no obligation to refer potential customers to RingCentral and does not commit to providing any volume of Referred Customers or revenue to RingCentral.

CONFIDENTIAL

7.2.       Zoom and its Affiliates will obtain a Referred Customer's consent before referring such Referred Customer to RingCentral.  In referring a Referred Customer to RingCentral, Zoom and its Affiliates shall comply with all applicable law and regulation with respect to the disclosure of the Referred Customer's information, including without limitation under applicable confidentiality agreements or privacy laws or regulations.

7.3.       Zoom and its Affiliates may contact their customers and prospects about the possibility of purchasing RingCentral Services ("**Referral Activities**").  In conducting Referral Activities and otherwise exercising their rights and performing their obligations under this Agreement, Zoom and its Affiliates shall comply with all applicable laws and regulations and use commercially reasonable efforts to ensure that their Referral Activities do not damage RingCentral's, its Affiliates', or their respective Distribution Partners' reputations.  Zoom and its Affiliates shall not make any representations, warranties, commitments, or covenants with respect to the RingCentral Services.

7.4.       Neither Party will hold itself out as a representative or agent of the other Party.

7.5.       Zoom will not knowingly refer a Referred Customer to RingCentral that it knows is currently a customer of the RingCentral Services.

7.6.       Each Party (and their respective Affiliates) shall be solely responsible for payment of any amounts owed to its employees, contractors, agents, representatives, and Distribution Partners.  Other than the payment of Referral Fees pursuant to this Agreement, each Party will bear its own costs in carrying out its obligations under this Agreement.

7.7.       Neither Party will be required to engage in any other marketing or promotion of the other Party's services, including without limitation the RingCentral Services.

7.8.       During the Referral Program Term and for twelve (12) months thereafter, Zoom and its Affiliates shall not solicit or communicate with any Fee-Qualifying Referral or other customer of RingCentral for the purpose of attempting to cause such Fee-Qualifying Referral or other customer to cease subscribing the RingCentral Services or migrating to a platform that competes with the RingCentral Services.

7.9       RingCentral shall not actively engage Qualified Referrals with the intention of switching such Qualified Referrals from a Zoom product to a competing product provided by RingCentral; *provided, however*, the foregoing shall not prevent RingCentral or its Affiliates from offering to sell or selling RingCentral's Office or Contact Center products.

8.       **Use of Trademarks.**

8.1.       Without prejudice to the Parties' rights and responsibilities under Section 9 (Marks) of the Agreement, each Party and its Affiliates may not use the other Party's and its Affiliates' names, logos, trademarks, service marks, or trade names (collectively, "**Marks**") in any advertising, publicity, or other public communication in connection with these Terms of the Referral Program without the other Party's prior written consent.  Any use of RingCentral's or its Affiliates' Marks shall comply with RingCentral's then-current guidelines regarding use of its

CONFIDENTIAL

Marks, available as of the Eighth Amendment Effective Date at https://www.ringcentral.com/brandlibrary, the terms of which (as may be amended by RingCentral from time to time) are hereby incorporated by reference.

8.2.    Notwithstanding the provisions of Section 8.1, either Party may refer to the other Party in disclosing these Terms of the Referral Program to the extent required pursuant to securities laws or regulations or stock exchange listing rules.

9.      **Term.**  These Terms of the Referral Program shall remain in effect from the Eighth Amendment Effective Date until the Termination Date (the "**Referral Program Term**").

10.     **Independent Contractors.**  The Parties acknowledge and agree that the terms of Section 7 (Independent Contractor Status) of the Agreement remain valid and in effect notwithstanding these Terms of the Referral Program.

DocuSign Envelope ID: 01B65E6C-4975-123F-AABD-258338F9E7F1

CONFIDENTIAL

**Exhibit A7-A**





CONFIDENTIAL

## NINTH AMENDMENT TO
## ZOOM-RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT

This Ninth Amendment to the Zoom-RingCentral Strategic Alliance Agreement (the "**Ninth Amendment**") is dated effective June 28, 2019 (the "**Ninth Amendment Effective Date**") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "**Agreement**") with regards to the AT&T environment within the RingCentral instance.  Any capitalized term used herein but not expressly defined in this Ninth Amendment shall have the same meaning given to such term in the Agreement.

WHEREAS, the Agreement sets forth the terms under which RingCentral shall resell the Zoom service;

WHEREAS, the Parties mutually desire to amend the Agreement;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1.      **Access to Customer Information from China.**  All Zoom employees and subcontractors in China with access to the "AT&T Office@Hand Meetings" service in the RC ATT instance (the "**RC-AT&T Service**") (a) may not work exclusively or almost exclusively from a remote location and (b) may not have access to any RingCentral or AT&T customer information for RC- AT&T Service other than Permitted Customer Information.  "**Permitted Customer Information**" means (i) the meeting host's account ID, account name, personal meeting identifier, country information, first name, last name, mailbox ID, and e-mail address; (ii) meeting scheduling information; (iii) the user names and phone numbers of the meeting participants; (iv) client hardware information (e.g., type of device, such as Windows or Mac, CPU, and memory size); (v) operating system version, (vi) brand of microphone (such as the headphone model); (vii) camera information (such as its manufacturer); (viii) computer speaker; (ix) IP address of the meeting participants; and (x) RingCentral data center location.  The Parties acknowledge and agree that the foregoing definition of Permitted Customer Information relates to the feature set of the Services as of the Ninth Amendment Effective Date.  In the event the Parties agree to change such feature set, they shall revisit the definition of Permitted Customer Information to include such additional information as reasonably necessary in a mutually signed amendment.

2.      Except as expressly amended by this Ninth Amendment, all other terms and conditions of the Agreement shall remain unchanged and in full force and effect.  To the extent any provision of the Agreement conflicts with the provisions of this Ninth Amendment, this Ninth Amendment shall control.

3.      This Ninth Amendment may be signed in counterparts and delivered by facsimile, e-mailed PDF, or other electronic file.  Each such counterpart will constitute an original document and the counterparts, taken together, will constitute one and the same instrument.  A scanned or facsimile copy of a Party's signature page shall be deemed to be an original.

CONFIDENTIAL

*[Signature page follows.]*

CONFIDENTIAL

IN WITNESS WHEREOF, the Parties have each caused this Ninth Amendment to be signed and delivered by its duly authorized representative as of the Ninth Amendment Effective Date.

| **Zoom Video Communications, Inc.** | **RingCentral, Inc.** |
|---|---|

By: *Aparna Bawa*
A6C4947BAA0F447...

Name:  Aparna Bawa

Title:  General Counsel

Date:  Jun 30, 2019

By: *Ryan Azus*
65052994C4CB4A1...

Name:  Ryan Azus

Title:  EVP, Global Sales and Service

Date:  Jun 30, 2019

**TENTH AMENDMENT TO**
**ZOOM-RINGCENTRAL STRATEGIC ALLIANCE AGREEMENT**

This Tenth Amendment to the Zoom-RingCentral Strategic Alliance Agreement (this "**Tenth Amendment**") is dated effective September 24, 2020 (the "**Tenth Amendment Effective Date**") and amends the Zoom-RingCentral Strategic Alliance Agreement dated October 8, 2013 by and between Zoom Video Communications, Inc. and RingCentral, Inc., and all amendments, exhibits, and addenda thereto (the "**Agreement**").  Any capitalized term used herein but not expressly defined in this Tenth Amendment shall have the same meaning given to such term in the Agreement.

**WHEREAS**, the Agreement sets forth the terms under which RingCentral may resell the Zoom service;

**WHEREAS**, the Parties mutually desire to amend the Agreement and the Fifth Amendment to the Agreement;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby amend the Agreement as follows:

1.  Section 1(z) (Definitions) is hereby deleted in its entirety and replaced with the following:

    **(z)**  "**Zoom Webinars Revenue Share**" means, with respect to a license for Zoom Webinars, the greater of (1) and (2) below, as calculated each calendar month:



2.  Section 5 of the Fifth Amendment (*Minimum Purchases*) to the Agreement is hereby deleted in its entirety and replaced with the following:

    **5. Minimum Purchases**



Page 1 of 2



Except as expressly amended by this Tenth Amendment, all other terms and conditions of the Agreement shall remain unchanged and in full force and effect. To the extent any provision of the Agreement conflicts with the provisions of this Tenth Amendment, this Tenth Amendment shall control.

This Tenth Amendment may be signed in counterparts and delivered by facsimile, e-mailed PDF, or other electronic file. Each such counterpart will constitute an original document and the counterparts, taken together, will constitute one and the same instrument. A scanned or facsimile copy of a Party's signature page shall be deemed to be an original.

IN WITNESS WHEREOF, the Parties have each caused this Tenth Amendment to be signed and delivered by its duly authorized representative as of the Tenth Amendment Effective Date.

| **Zoom Video Communications, Inc.** | **RingCentral, Inc.** |
|---|---|
| By: *Ryan Azus* | By: *John M* |
| 1E1C35B58085472... | 62F585D6F9644E1... |
| Name: Ryan Azus | Name: John Marlow |
| Title: Chief Revenue Officer | Title: Chief Administrative Officer |
| Date: 9/30/2020 | Date: 9/29/2020 |