1 | CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
2 | KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
3 | NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
5 | 405 Howard Street
San Francisco, CA 94105-2669
6 | Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
8 | ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
9 | 1000 Marsh Road
MENLO PARK, CA 94021
10 | Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Defendant
RingCentral, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RINGCENTRAL, INC., <br><br> Defendant. | Case No. 5:21-cv-01727-EJD <br><br> **NOTICE OF AUTHORITY** <br><br> Date: March 25, 2021 <br> Time: 9:00 a.m. <br> Judge: Hon. Edward Davila |
| RINGCENTRAL, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC. <br><br> Counterdefendant. | |

Defendant and Counterclaimant RingCentral, Inc. submits the attached authority that is responsive to authority submitted by Plaintiff and Counterclaim Defendant Zoom, Dkt. 35:

- *Beacon Assocs., Inc. v. Apprio, Inc.*, 308 F. Supp. 3d 277, 289–90 (D.D.C. 2018) ("plaintiff, who was seeking a preliminary injunction to prevent 'unjustified termination' of the contract, had established irreparable harm because the parties had 'contractually removed' the ability to recover lost fees from third-parties");
- *Flex-Plan Servs., Inc v. Evolution1, Inc.*, NO. C13-1986-JCC, 2013 WL 12092543, at *6–7 (W.D. Wash. Dec. 31, 2013) (finding irreparable harm where "[t]he parties included an express limitation of liability provision" and "agreed to be subject to injunctive relief preventing them from committing a material breach") *compare* SAA § 18(c) (discussing RingCentral and Zoom's rights "to enforce and compel strict performance of every term and condition hereof").

Dated: March 25, 2021

CLEMENT SETH ROBERTS
KAREN G. JOHNSON-MCKEWAN
ROBERT L. URIARTE
NATHAN SHAFFER

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Clement Seth Roberts*
Clement Seth Roberts
Attorneys for RingCentral, Inc.