| | | |
|---|---|---|
| 1 | Douglas E. Lumish (CA 183863)<br>doug.lumish@lw.com | Clement Seth Roberts (SBN 209203)<br>croberts@orrick.com |
| 2 | Matthew Rawlinson (CA 231890)<br>matt.rawlinson@lw.com | Karen G. Johnson-McKewan (SBN 121570) |
| 3 | Arman Zahoory (CA 306421)<br>arman.zahoory@lw.com | kjohnson-mckewan@orrick.com<br>Nathan Shaffer (SBN 282015) |
| 4 | **LATHAM & WATKINS LLP**<br>140 Scott Drive | nshaffer@orrick.com<br>**ORRICK, HERRINGTON &** |
| 5 | Menlo Park, California 94025<br>Telephone: 650-328-4600 | **SUTCLIFFE LLP**<br>The Orrick Building |
| 6 | Facsimile: 650-463-2600 | 405 Howard Street<br>San Francisco, CA  94105-2669 |
| 7 | Jennifer Barry (CA 228066)<br>jennifer.barry@lw.com | Telephone:   +1 415 773 5700<br>Facsimile:    +1 415 773 5759 |
| 8 | **LATHAM & WATKINS LLP**<br>12670 High Bluff Drive | Robert L. Uriarte (SBN 258274) |
| 9 | San Diego, CA 92130<br>Telephone: 858-523-5400 | ruriarte@orrick.com<br>**ORRICK, HERRINGTON &** |
| 10 | Facsimile: 858-523-5450 | **SUTCLIFFE LLP**<br>1000 Marsh Road |
| 11 | *Attorneys for*<br>*Zoom Video Communications, Inc.* | MENLO PARK, CA 94021<br>Telephone: +1 650 614 7400 |
| 12 | | Facsimile: +1 650 614 7401 |
| 13 | | *Attorneys for Defendant*<br>*RingCentral, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>RINGCENTRAL, INC.,<br><br>             Defendant. | CASE NO. 5:21-cv-1727-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AND DEFENDANT'S JOINT REQUEST TO FILE DOCUMENTS UNDER SEAL** |

1  Now before the Court is Plaintiff Zoom Video Communications, Inc.'s ("Zoom") and
2  Defendant RingCentral, Inc. ("RingCentral") Administrative Motion to File Documents Under
3  Seal and response to the Court's Order to Show Cause (ECF No. 25).  Having considered the
4  submission of the parties, the Declaration of Tiffany Wan, the Declaration of Robert L. Uriarte,
5  the pleadings on file, and any other relevant materials, the request to seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the parties may file the following materials in which the parties assert a confidentiality interest under seal:

| Document | Portions to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Exhibit A to Zoom's Complaint ("SAA") (ECF No. 1) | Highlighted portions in yellow on pages 11, 20-22, 31-34, 37-38, 40-46, 54-57. | The text reflects confidential pricing information and other highly sensitive private business information |
| Exhibit 1 to Makagon Declaration ("SAA") (ECF No. 14-6) | Highlighted portions in yellow on pages 11, 21- 23, 32-35, 38-42, 49-50, 61-62, 64-70, 77-80, 82, 86-89, 97-98. | The text reflects confidential pricing information and other highly sensitive private business information |
| RingCentral's Counterclaims (ECF No. 11) | Highlighted portion in yellow at page 6. | The text reflects confidential pricing information and other highly sensitive private business information |
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof (ECF No. 14) | Highlighted portion in yellow at page 4. | The text reflects confidential pricing information and other highly sensitive private business information |

**IT IS FURTHER ORDERED** that the parties may file the following materials in which RingCentral asserts a confidentiality interest under seal:

| Document | Portions to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Zoom's Complaint (ECF No. 1) | Highlighted portions in blue at pages 1, 6, 7 | The text reflects a confidential deal term |
| Ex. A to the Complaint ("SAA") (ECF No. 1) | Highlighted portions in blue at pages 13, 45. | The text reflects a confidential deal term |

| Document | Portions to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Ring Central's Counterclaims (ECF No. 11) | Highlighted portions in blue at pages 5, 6, 7, 10, 11, 12. | The text reflects a confidential deal term |
| Makagon Declaration (ECF No. 14-2) | Highlighted portions in blue at pages 4-5. | The text reflects a confidential deal term |
| Exhibit 1 to Makagon Declaration ("SAA") (ECF No. 14-6) | Highlighted portions in blue at pages 13, 69. | The text reflects a confidential deal term |
| Exhibit 5 to Marlow Declaration (ECF No. 14-10) | The highlighted date in blue on page 1 | The text reflects a confidential deal term |
| Ringcentral, Inc.'s Ex Parte Motion For (1) Temporary Restraining Order and (2) Order To Show Cause Re Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof (ECF No. 14) | Highlighted portions in blue at pages 1, 2, 3, 4, 5, 6, 9, 10, 11. | The text reflects a confidential deal term |
| Temporary Restraining Order (ECF No. 24) | The time period at page 3, line 14 and in the block quote beginning on line 16; the date at page 4, line 7; the date at page 6, line 24; the time period at page 7 line 6, and the date at line 8. All designations highlighted in blue. | The text reflects confidential deal terms derived from the portions of the SAA RingCentral seeks to seal as reflected above. |

**IT IS SO ORDERED.**

Dated: _____March 29_____, 2021

Hon. Edward J. Davila
United States District Judge