CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
MENLO PARK, CA 94021
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Defendant
RingCentral, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RINGCENTRAL, INC.,<br><br>Defendant.<br><br>RINGCENTRAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.<br><br>Counterdefendant. | Case No. 5:21-cv-01727-EJD<br><br>**DECLARATION OF TIFFANY WAN RE ZOOM'S ADMINISTRATIVE MOTION TO SEAL (ECF NO. 30)** |

I, Tiffany Wan, declare and state as follows:

1. I am an attorney employed by RingCentral, Inc. ("RingCentral"). My current title is Intellectual Property Counsel. I am familiar with RingCentral's policies and business practices, including what information RingCentral considers confidential and does not disclose to the public.

2. I submit this declaration pursuant to Civil Local Rule 79-5(e) in connection with Zoom's Administrative Motion to File Under Seal and Exhibit B to Zoom's Response to the Order to Show Cause re Preliminary Injunction (the "Administrative Motion"). I have personal knowledge of the facts set forth herein, except where indicated on information and belief, and if called upon as a witness, I could testify to them competently under oath.

3. RingCentral's pricing negotiations and revenue sharing terms with other parties is considered commercially sensitive and is treated as confidential within RingCentral. Specific pricing and revenue information is not disclosed publicly and RingCentral and restricts knowledge of this information within RingCentral to a subset of persons who need this information for their business operations.

4. Disclosure of such information to the public and to RingCentral's competitors would harm RingCentral. This harm may include, among other things, an adverse impact on RingCentral's ability to negotiate future deals because other RingCentral partners may use such information as leverage against RingCentral during negotiations. RingCentral's competitors could use this information to undercut RingCentral's pricing or deal terms and obtain an unfair competitive advantage.

5. I have reviewed the Administrative Motion and supporting materials. Exhibit B to Zoom's OSC response includes confidential revenue sharing and billing information and RingCentral believes that the dollar amounts reflected in Exhibit B should remain under seal.

6. Attached as Exhibit 1 to this Declaration is a true and correct copy of Exhibit B to Zoom's OSC Response with RingCentral's proposed redactions highlighted. Attached as Exhibit 2 to this Declaration is a true and correct copy of Exhibit B with RingCentral's proposed redactions implemented.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct to the best of my knowledge.
3  Executed this 30th day of March, 2021, at Hayward, California.

*Tiffany Wan*

Tiffany Wan