# EXHIBIT B

REDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED

## AGREEMENT

This Agreement resolves certain disputes between Zoom Video Communications, Inc. ("Zoom") and RingCentral, Inc ("RingCentral," together with Zoom, the "Parties"). Any capitalized term not expressly defined herein shall have the same meaning given to such term in the parties' Strategic Alliance Agreement, dated October 8, 2013, as amended ("SAA").

Specifically, disagreements have arisen between the Parties regarding the display of the RingCentral brand on the Service, Zoom's obligations to provide feature updates to RingCentral, and the amount of Service Fees owed to Zoom for Services rendered for calendar year 2019 and through June 30, 2020. The Parties desire an amicable resolution to these issues and hereby agree as follows:

1. **Branding:** On or before August 10, 2020, Zoom will deliver to RingCentral a new release of the Services in which the RingCentral branding (the "Branding") appears in the Service in a manner that is consistent with Section 3(e) of the Parties' Strategic Alliance Agreement (i.e. "Ring Central Powered by Zoom") (the "Branding Update"). Zoom hereby agrees not to change or alter the Branding without RingCentral's prior written approval.

2. **Code Merge::** Zoom will (A) deliver a code merge with the Zoom 5.X branch to the RingCentral development environment by November 30, 2020, and (B) assist RingCentral in its efforts to deliver the update to production (the "Code Merge Update"). Zoom will use best efforts to deliver future code merges to RingCentral on a six-month release cycle that provide RingCentral with material Zoom features and functionality available as of the latest web back end branch (which may not include features developed between the time of the branch and the time the code merge is released). RingCentral will (i) accept the code merge absent a good-faith claim that the code merge contains defects that materially and negatively affect the functionality of the Service, and (ii) assist Zoom in its efforts to deliver the Code Merge Update. If RingCentral rejects the code merge based on the above, the parties will make reasonable efforts to work together to resolve the issues within a reasonable period of time.

3. **Feature Parity; Security Patches**. Except as the Parties may agree to the contrary as set forth in Section 8(a) of the SAA, any version of the Service provided to RingCentral under the SAA and released to RingCentral in the ordinary course during the remainder of the Term and EOL Period shall have at least the same material features and functions as the business and personal versions of the Service offered by Zoom generally to customers ("Feature Parity"). Zoom will use commercially reasonable efforts to identify software vulnerabilities and, in the case of known software vulnerabilities, will work with RingCentral to provide RingCentral with relevant updates, upgrades, and bug fixes that Zoom has developed to the business and personal versions of the Service offered by Zoom generally to customers no later than Zoom generally delivers such updates, upgrades and bug fixes to other private cloud partners.

4. **Service Fees; Credits; Test Accounts**: Effective and conditioned upon the timely completion of the Branding Update in accordance with Section 1, (A) RingCentral will not challenge any amounts billed to RingCentral by Zoom, or any amounts paid to Zoom by RingCentral, for the Services rendered during calendar year 2019, and through June 30, 2020; and (B) any claims RingCentral may have had for any alleged overpayment to Zoom for the Services during that period are hereby waived. The parties agree that the amount due and owing by RingCentral to Zoom for services

rendered April 1, 2020 through June 30, 2020 is ▮▮▮▮ (which reflects a ▮▮▮▮ credit against the invoiced amount, of which ▮▮▮▮ has been paid by RingCentral, leaving an outstanding unpaid invoice of ▮▮▮▮. Zoom will also issue a service fee credit in the amount of ▮▮▮▮ for services rendered July 1, 2020 through September 30, 2020. RingCentral will use the Zoom billing numbers for future billings and agrees that test accounts are at the discretion of RingCentral to provide and will be billed and invoiced at the stated pricing rates for the applicable Service per the SAA.

5. **Mutual Release:** The Parties each mutually agree to release the other from any claims or disputes relating to (i) Zoom's provision of the Branding prior to the Branding Update, (ii) Zoom's provision of the Services prior to the Code Merge, including with respect to Feature Parity, or (iii) any claims for over or under payment for the Services provided through June 30, 2020.

IN WITNESS WHEREOF, the Parties have duly entered into this Agreement as of the date first written above.

| **RingCentral, Inc.** | **Zoom Video Communications, Inc.** |
|---|---|
| By: *John M* (DocuSigned by: 62F585D6F9644E1...) | By: *aparna Bawa* (DocuSigned by: A6C4947BAA0F447...) |
| Its: Manager | Its: Chief Operating Officer |
| Date: Jul 22, 2020 | Date: Jul 22, 2020 |