Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
Matthew Rawlinson (CA 231890)
matt.rawlinson@lw.com
Arman Zahoory (CA 306421)
arman.zahoory@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, California 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

Jennifer Barry (CA 228066)
jennifer.barry@lw.com
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450

*Attorneys for*
*Zoom Video Communications, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RINGCENTRAL, INC., <br><br> Defendant. <br> RINGCENTRAL, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Counterdefendant. | CASE NO. 5:21-cv-1727-EJD <br><br> **ZOOM'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF ZOOM VIDEO COMMUNICATIONS, INC.'S ANSWER TO DEFENDANT RINGCENTRAL, INC.'S COUNTERCLAIMS** |

1    Pursuant to the Northern District of California Civil Local Rules 7-11 and 79-5(e), Plaintiff
2 and Counterdefendant Zoom Video Communications, Inc. ("Zoom") files an administrative
3 motion regarding sealing portions of Zoom's Answer to Defendant RingCentral, Inc.'s
4 ("RingCentral's") Counterclaims (the "Answer"), pending the submission of a declaration by
5 RingCentral providing justification as to whether those portions should be sealed.

6    The portions of Zoom's Answer to be conditionally sealed reflect information that Zoom
7 understands RingCentral considers sealable.  Given that, consistent with Local Rule 79-5(e), Zoom
8 files these references under seal.  Specifically, Zoom moves to seal the following:

| Document | Portions to be Sealed |
|---|---|
| Zoom's Answer to RingCentral's Counterclaims | Highlighted portion at p. 3 |

12    The present motion is accompanied by the attached Declaration of Arman Zahoory and the
13 [Proposed] Order.

15 Dated:  April 5, 2021                          LATHAM & WATKINS LLP

17                                               By /s/ Douglas E. Lumish
18                                                  Douglas E. Lumish
19                                                  Matthew Rawlinson
                                                   Jennifer Barry
20                                                  Arman Zahoory
                                                   of Latham & Watkins LLP
21
22                                                  *Attorneys for*
                                                   *Zoom Video Communications, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

ZOOM'S ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THE ANSWER TO COUNTERCLAIMS
CASE NO. 5:21-cv-1727-EJD.