Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
Matthew Rawlinson (CA 231890)
matt.rawlinson@lw.com
Arman Zahoory (CA 306421)
arman.zahoory@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, California 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

Jennifer Barry (CA 228066)
jennifer.barry@lw.com
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450

*Attorneys for*
*Zoom Video Communications, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RINGCENTRAL, INC.,<br><br>Defendant. | CASE NO. 5:21-cv-1727-EJD<br><br>**DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF ZOOM'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF ZOOM VIDEO COMMUNICATIONS, INC.'S ANSWER TO DEFENDANT RINGCENTRAL, INC.'S COUNTERCLAIMS** |
| RINGCENTRAL, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Counterdefendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

ZAHOORY DECL. ISO
ADMIN. MOT. TO SEAL ANSWER
CASE NO. 5:21-cv-1727-EJD

I, Arman Zahoory, state and declare as follows:

1.      I am a member in good standing with the State Bar of California and an associate at the law firm Latham & Watkins LLP, counsel of record for Zoom Video Communications, Inc. ("Zoom") in the above-captioned action.

2.      I have personal knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would competently testify as to these facts under oath.

3.      I submit this declaration in accordance with Civil Local Rule 7-11(a) and Civil Local Rule 79-5(e) in support of Zoom's Administrative Motion to Seal Portions of Zoom's Answer to Defendant RingCentral, Inc.'s Counterclaims.

4.      Zoom's Answer contains information that RingCentral considers confidential. Accordingly, Plaintiff has filed the following conditionally under seal:

| Document | Text to be Sealed |
|---|---|
| Zoom's Answer to Defendant RingCentral, Inc.'s Counterclaims | Highlighted portion at p. 3 |

5.      Pursuant to Local Rule 79-5(e), Defendant has 4 days to file a declaration justifying that these sections remain under seal.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2021 in Redwood City, California.

By: /s/ *Arman Zahoory*
Arman Zahoory

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Arman Zahoory.

By: /s/ *Douglas E. Lumish*
Douglas E. Lumish