Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
Matthew Rawlinson (CA 231890)
matt.rawlinson@lw.com
Arman Zahoory (CA 306421)
arman.zahoory@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, California 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

Jennifer Barry (CA 228066)
jennifer.barry@lw.com
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450

*Attorneys for*
*Zoom Video Communications, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RINGCENTRAL, INC.,<br><br>Defendant.<br><br>RINGCENTRAL, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Counterdefendant. | CASE NO. 5:21-cv-1727-EJD<br><br>**[PROPOSED] ORDER GRANTING ZOOM'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF ZOOM VIDEO COMMUNICATIONS, INC.'S ANSWER TO DEFENDANT RINGCENTRAL, INC.'S COUNTERCLAIMS** |

Now before the Court is Plaintiff and Counterdefendant Zoom Video Communications, Inc.'s ("Zoom's") Administrative Motion to Seal Portions of Plaintiff Zoom's Answer to Defendant RingCentral, Inc.'s ("RingCentral") Counterclaims ("Answer"). The Motion seeks to seal portions of Zoom's Answer, pending the submission of a declaration from RingCentral pursuant to Civil Local Rule 79-5(e). Having considered the Motion, the supporting Declaration of Arman Zahoory, and Defendant's declaration in support, the Court finds that compelling reasons exist to seal. Thus, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** as follows:

| Document | Text to be Sealed |
|---|---|
| Zoom's Answer to RingCentral's Counterclaims | Highlighted portion at p. 3 |

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Edward J. Davila