1  Douglas E. Lumish (CA 183863)
   doug.lumish@lw.com
2  Matthew Rawlinson (CA 231890)
   matt.rawlinson@lw.com
3  Arman Zahoory (CA 306421)
   arman.zahoory@lw.com
4  LATHAM & WATKINS LLP
   140 Scott Drive
5  Menlo Park, California 94025
   Telephone: 650-328-4600
6  Facsimile: 650-463-2600

7  Jennifer Barry (CA 228066)
   jennifer.barry@lw.com
8  LATHAM & WATKINS LLP
   12670 High Bluff Drive
9  San Diego, CA 92130
   Telephone: 858-523-5400
10 Facsimile: 858-523-5450

11 *Attorneys for*
   *Zoom Video Communications, Inc.*
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17 ZOOM VIDEO COMMUNICATIONS, INC.          CASE NO.  5:21-cv-01727-EJD

18              Plaintiff,                    **CERTIFICATE OF SERVICE**

19      v.

20 RINGCENTRAL, INC.

21              Defendant.

22 RINGCENTRAL, INC.

23              Counterclaimant,

24      v.

25 ZOOM VIDEO COMMUNICATIONS, INC.

26              Counterdefendant.

27

28

**CERTIFICATE OF SERVICE**

        I am employed in the County of San Mateo, State of California.  I am over the age of 18 years.  My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.

        On **April 5, 2021**, I served the following documents described as:

UNREDACTED PLAINTIFF ZOOM VIDEO COMMUNICATIONS, INC.'S
ANSWER TO DEFENDANT RINGCENTRAL, INC.'S COUNTERCLAIMS

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

        The above-described document was transmitted via electronic mail to the following parties on April 5, 2021:

Clement Seth Roberts
croberts@orrick.com
Karen G. Johnson-McKewan
kjohnson-mckewan@orrick.com
Nathan D Shaffer
nshaffer@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2660

Robert Luis Uriarte
ruriarte@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

        I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        Executed on **April 5, 2021**, at Redwood City, California.

*/s/ Arman Zahoory*

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW