1  Douglas E. Lumish (CA 183863)
   doug.lumish@lw.com
2  Matthew Rawlinson (CA 231890)
   matt.rawlinson@lw.com
3  Arman Zahoory (CA 306421)
   arman.zahoory@lw.com
4  **LATHAM & WATKINS LLP**
   140 Scott Drive
5  Menlo Park, California 94025
   Telephone: 650-328-4600
6  Facsimile: 650-463-2600

7  Jennifer Barry (CA 228066)
   jennifer.barry@lw.com
8  **LATHAM & WATKINS LLP**
   12670 High Bluff Drive
9  San Diego, CA 92130
   Telephone: 858-523-5400
10 Facsimile: 858-523-5450

11 *Attorneys for*
   *Zoom Video Communications, Inc.*
12

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN JOSE DIVISION**

17 ZOOM VIDEO COMMUNICATIONS,          CASE NO. 5:21-cv-1727-EJD
   INC.,
18                                      **[~~PROPOSED~~] ORDER GRANTING**
                                        **ZOOM'S ADMINISTRATIVE MOTION**
19              Plaintiff,              **TO SEAL PORTIONS OF PLAINTIFF**
                                        **ZOOM VIDEO COMMUNICATIONS,**
20      vs.                             **INC.'S ANSWER TO DEFENDANT**
                                        **RINGCENTRAL, INC.'S**
21 RINGCENTRAL, INC.,                   **COUNTERCLAIMS**

22              Defendant.

23

24 RINGCENTRAL, INC.,

25              Counterclaimant,

26      vs.

27 ZOOM VIDEO COMMUNICATIONS,
   INC.,
28
                Counterdefendant.

Now before the Court is Plaintiff and Counterdefendant Zoom Video Communications, Inc.'s ("Zoom's") Administrative Motion to Seal Portions of Plaintiff Zoom's Answer to Defendant RingCentral, Inc.'s ("RingCentral") Counterclaims ("Answer").  The Motion seeks to seal portions of Zoom's Answer, pending the submission of a declaration from RingCentral pursuant to Civil Local Rule 79-5(e).  Having considered the Motion, the supporting Declaration of Arman Zahoory, and Defendant's declaration in support, the Court finds that compelling reasons exist to seal.  Thus, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** as follows:

| Document | Text to be Sealed |
|---|---|
| Zoom's Answer to RingCentral's Counterclaims | Highlighted portion at p. 3 |

**IT IS SO ORDERED.**

Dated: _____April 27_____, 2021        _____

Hon. Edward J. Davila