# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 5:21-cv-01727 |
| Date case was first filed in U.S. District Court: | March 11, 2021 |
| Date of judgment or order you are appealing: | March 29, 2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

RingCentral, Inc.

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

The Orrick Building

405 Howard Street

City: San Francisco   State: CA   Zip Code: 94105

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Clement Seth Roberts   **Date** 4/28/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
RingCentral, Inc.

Name(s) of counsel (if any):
Clement Roberts, Karen Johnson-McKewan, Robert L. Uriarte, Nathan Shaffer

Address: 405 Howard Street, San Francisco, CA 94105
Telephone number(s): 415.773.5700
Email(s): croberts@orrick.com; kjohnson-mckewan@orrick.com; ruriarte@orrick

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Zoom Video Communications, Inc.

Name(s) of counsel (if any):
Douglas Lumish, Matthew Rawlinson, Arman Zahoory, Jennifer Barry

Address: 140 Scott Dr, Menlo Park, CA 94025
Telephone number(s): 650.328.4600
Email(s): doug.lumish@lw.com;matt.rawlinson@lw.com;arman.zahoory@lw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   *1*                                   *New 12/01/2018*