```
 1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
    wbrown@paulweiss.com
 2  MELINDA HAAG (STATE BAR NO. 132612)
    mhaag@paulweiss.com
 3  R. ROSIE VAIL (STATE BAR NO. 317977)
    rvail@paulweiss.com
 4  PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
 5  943 Steiner Street
    San Francisco, California 94117
 6  Telephone:   (202) 223-7300
    Facsimile:   (202) 223-7420
 7
    BRAD S. KARP (NY SBN 2064509; pro hac vice app. to be filed)
 8  bkarp@paulweiss.com
    PAUL, WEISS, RIFKIND, WHARTON &
 9  GARRISON LLP
    1285 Avenue of the Americas
10  New York, New York 10019
    Telephone:   (212) 373-3000
11  Facsimile:   (212) 757-3990

12
    Attorneys for Defendant and Counterclaimant,
13  RingCentral, Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., | Case No.  5:21-cv-01727-EJD |
| Plaintiff, | Judge:  Hon. Edward Davila |
| v. | |
| RINGCENTRAL, INC., | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant. | |
| RINGCENTRAL, INC., | |
| Counterclaimant, | |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Counterdefendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Walter F. Brown of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby appears as counsel on behalf of Defendant and Counterclaimant RingCentral, Inc. ("RingCentral") in the above-captioned matter.

RingCentral hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for RingCentral at the address and email set forth below:

> WALTER F. BROWN, JR. (STATE BAR NO. 130248)
> wbrown@paulweiss.com
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 943 Steiner Street
> San Francisco, California 94117
> Telephone:  (628) 432-5111
> Facsimile:  (202) 204-7379

Dated:   May 14, 2021        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

   /s/ Walter F. Brown, Jr.
　 ─────────────────────────
   WALTER F. BROWN, JR.

   *Attorney for Defendant and Counterclaimant*
   RINGCENTRAL, INC.