1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   wbrown@paulweiss.com
2  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@paulweiss.com
3  R. ROSIE VAIL (STATE BAR NO. 317977)
   rvail@paulweiss.com
4  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
5  943 Steiner Street
   San Francisco, California 94117
6  Telephone:  (202) 223-7300
   Facsimile:  (202) 223-7420
7
   BRAD S. KARP (NY SBN 2064509; *pro hac vice* app. to be filed)
8  bkarp@paulweiss.com
   PAUL, WEISS, RIFKIND, WHARTON &
9  GARRISON LLP
   1285 Avenue of the Americas
10 New York, New York 10019
   Telephone:  (212) 373-3000
11 Facsimile:  (212) 757-3990

12
   *Attorneys for Defendant and Counterclaimant,*
13 *RingCentral, Inc.*

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 
| ZOOM VIDEO COMMUNICATIONS, INC., | Case No. 5:21-cv-01727-EJD |
|---|---|
| Plaintiff, | Judge: Hon. Edward Davila |
| v. | |
| RINGCENTRAL, INC., | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant. | |
| RINGCENTRAL, INC., | |
| Counterclaimant, | |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Counterdefendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Melinda Haag of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby appears as counsel on behalf of Defendant and Counterclaimant RingCentral, Inc. ("RingCentral") in the above-captioned matter.

RingCentral hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for RingCentral at the address and email set forth below:

> MELINDA HAAG (STATE BAR NO. 132612)
> mhaag@paulweiss.com
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 943 Steiner Street
> San Francisco, California 94117
> Telephone:   (202) 223-7300
> Facsimile:   (202) 223-7420

Dated:   May 14, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

 /s/ Melinda Haag
_____
MELINDA HAAG

*Attorney for Defendant and Counterclaimant*
RINGCENTRAL, INC.