| | |
|---|---|
| 1 | WALTER F. BROWN, JR. (STATE BAR NO. 130248) |
| | wbrown@paulweiss.com |
| 2 | MELINDA HAAG (STATE BAR NO. 132612) |
| | mhaag@paulweiss.com |
| 3 | R. ROSIE VAIL (STATE BAR NO. 317977) |
| | rvail@paulweiss.com |
| 4 | PAUL, WEISS, RIFKIND, WHARTON & |
| | GARRISON LLP |
| 5 | 943 Steiner Street |
| | San Francisco, California 94117 |
| 6 | Telephone:   (202) 223-7300 |
| | Facsimile:   (202) 223-7420 |
| 7 | |
| | BRAD S. KARP (NY SBN 2064509; *pro hac vice* app. to be filed) |
| 8 | bkarp@paulweiss.com |
| | PAUL, WEISS, RIFKIND, WHARTON & |
| 9 | GARRISON LLP |
| | 1285 Avenue of the Americas |
| 10 | New York, New York 10019 |
| | Telephone:   (212) 373-3000 |
| 11 | Facsimile:   (212) 757-3990 |
| 12 | |
| | *Attorneys for Defendant and Counterclaimant,* |
| 13 | *RingCentral, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., | Case No.  5:21-cv-01727-EJD |
| Plaintiff, | Judge:  Hon. Edward Davila |
| v. | |
| RINGCENTRAL, INC., | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant. | |
| RINGCENTRAL, INC., | |
| Counterclaimant, | |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Counterdefendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that R. Rosie Vail of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby appears as counsel on behalf of Defendant and Counterclaimant RingCentral, Inc. ("RingCentral") in the above-captioned matter.

RingCentral hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for RingCentral at the address and email set forth below:

> R. ROSIE VAIL (STATE BAR NO. 317977)
> rvail@paulweiss.com
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 943 Steiner Street
> San Francisco, California 94117
> Telephone:   (628) 432-5116
> Facsimile:   (202) 223-7420

Dated:   May 14, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ R. Rosie Vail
R. ROSIE VAIL

*Attorney for Defendant and Counterclaimant*
RINGCENTRAL, INC.