# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ZOOM VIDEO COMMUNICATIONS, INC.

Plaintiff(s),

v.

RINGCENTRAL, INC.

Defendant(s).

Case No: 5:21-cv-01727-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brad S. Karp, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: RingCentral, Inc. in the above-entitled action. My local co-counsel in this case is Walter F. Brown, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>943 Steiner Street<br>San Francisco, California 94117 |
| MY TELEPHONE # OF RECORD:<br>(212) 373-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(628) 432-5111 |
| MY EMAIL ADDRESS OF RECORD:<br>bkarp@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>wbrown@paulweiss.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2064509.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/17/21

Brad S. Karp
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brad S. Karp is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/18/2021

UNITED STATES DISTRICT XXXXXXXXX JUDGE