UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff-counter-defendant-Appellee, <br><br> v. <br><br> RINGCENTRAL, INC., <br><br> Defendant-counter-claimant-Appellant. | No. 21-15792 <br><br> D.C. No. 5:21-cv-01727-EJD <br> Northern District of California, San Jose <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant RingCentral's unopposed motion to seal portions of the Opening Brief and Excerpts of Record is granted. The Clerk will file under seal the Opening Brief (Docket Entry No. 15-2) and Excerpts of Record Volume 2 (Docket Entry No. 15-3). The Clerk will file publicly the redacted Opening Brief (Docket Entry No. 13), Excerpts of Record Volume 1 (Docket Entry No. 14), and the redacted Excerpts of Record Volume 2 (Docket Entry No. 17).

Within 21 days of this order, RingCentral must file publicly a redacted version of the Motion to Seal (Docket Entry No. 15-1), omitting Appendix A.

The existing briefing schedule remains in effect.